RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV 29 A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Michael Allen Brazell 226568 ET. AL.    )
Full name and prison number            )
of plaintiff(s)                        )
                                       )
                                       )
v.                                     )   CIVIL ACTION NO. 2:05CV1130-T
                                       )   (To be supplied by Clerk of
                                       )   U.S. District Court)
Warden Gwendolyn Mosley, Sgt.          )
Hulett, CO¹ Ivey, CO¹ Fayson,          )
CO¹ L. Peavy, Nurse Crawford, P.H.S.   )
Nurse Bush P.H.S. ET. AL.              )
                                       )
                                       )
_____        )
Name of person(s) who violated         )
your constitutional rights.            )
(List the names of all the             )
persons.)                              )


I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (  )  NO ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (  )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) N/A

               _____

               Defendant(s) N/A

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) N/A

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Easterling Corr. Facility Clio, Ala. 36017**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Easterling Corr. Facility**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden Gwendolyn Mosley | E.C.F. 200 Wallace dr |
| 2. Sgt. L. Hulett | E.C.F. 200 Wallace dr. |
| 3. CO¹ Ivey | E.C.F. 200 Wallace dr. |
| 4. CO¹ Fayson | E.C.F. 200 Wallace dr. |
| 5. CO¹ L. Peavy | E.C.F. 200 Wallace dr. |
| 6. Nurse Bush #1, Nurse Crawford #2 | E.C.F. 200 Wallace dr. |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **November 16, 2005**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **8th Amendment violation(s)**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Please refer to sworn affidavit(s) _____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Preliminary injunction, investigation by inteligence + investigation (I+I) Ala. D.O.C., Declatory Judgment - punitive Damages, status as class action, rule 23(c)(1) F.R. CIV. P.

_Michael Brazell_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-27-05
(Date)

_Michael Brazell_
Signature of plaintiff(s)

4