RECEIVED

2005 NOV 29 A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# In the United States District court For the middle district of Alabama Northern Division

| | |
|---|---|
| Michael Brazell-226568 Pro se, Plaintiff<br>V.<br>Gwendolyn Mosley ET. AL. Defendants | Civil Action<br><br>2:05CV1130 T |

## Sworn Affidavit of Michael Brazell

Before me, the undersigned authority, A notary public in and for said state and county of alabama, at large, who personally appeared, Michael Brazell an inmate at Easterling Correctional Facility, who being known to me first and duly sworn, deposes and says, under oath as now follows;

My name is Michael Brazell, I am presently being confined at Easterling Correctional facility Adiministrative segregation 5B-8

I am 21 years of age

To start this off my name is Michael Brazell #226568, I'm a assigned to cell 8B in 5 dorm (segregation unit) on Nov. 16, 05, first shift between 8:30 and 9:30 a.m. Ivey $CO^I$ was passing out lunch treys in the seg unit to inmates and once he aproached my cell, I asked him politely if he would hand me my shower slides which was right outside my door, he verbally assaulted me by saying in his exact words, "I have no knowledge punk". Im a mental health patient and I was just taken off my medications. I reacted after being verbally assaulted by Ivey and threw my treys on the tear. About 20 or 30 min. later I was laying on my rack and Ivey, and Sgt. Hulett, came to my assigned cell and me, and both of my cell mates were handcuffed, three people in the cell. I was brought outside my cell by Ivey and Sgt. Hulett. I wasn't any type of threat to me or anyone else and they had no reason to bring me out

of my cell except for me to be beaten. Ivey was lifting my arms up by my handcuffs, while I was handcuffed behind my back, he was constantly twisting and pulling on my handcuffs. It was hurting and I pleaded with him to stop, I was scratched by his nails in several different places, Ivey was taking me to the lobby so I could be beaten while handcuffed behind my back, which isn't the first time something like this has happen to me. Sgt. Hulett was involved with me being assaulted in May of 2005. Sgt. Hulett said he was taking me out of my cell so my cell mates could eat which they had already eaten and the treys was on there way back to the kitchen. Ivey slammed me against the door and then brought me back to my cell, he was constantly twisting, pulling, and jerking me around by my handcuffs, I pleaded with him to stop because I was in pain, my wrists and shoulders was in severe pain and he was still pulling on my handcuffs, he wouldn't stop, only laughed. Once I was infront of my cell he was trying to force me to touch Sgt. Hulett to provoke him, This is sadistic treatment. Ivey was trying to push me into his back while I was handcuffed behind my back. My cell mate Thomas Adams #10062 and Adam Pitts #190612 observed this from the observation window in 8 cell on B side tear. Once I was placed

inside my cell and the handcuffs was taken off. I seen lacerations, abrations, cuts, and bruises aswell as swelling on both of my wrists, and forearms, Sgt. Hulett told Ivey to go to the lobby, Sgt. Hulett never tryed to stop anything. I showed Sgt. Hulett and Fayson and told them that I need a body chart. I was also delayed so seg board could be held. I am now in severe pain, shoulders, and wrists with no medical treatment. The Deputy Warden aswell as staff is in the lobby holding seg board which is the reason why I won't be taken to the H.C.U., atleast till after seg board adjourns which is cruel and unusual punishment. Sence I was injured I asked another inmate which his name is Cedric Brooks #162905, if he would tell the seg board what happened to me, Ivey heard me ask for his help. While Cedric Brooks was in the seg board room he tried to explain my sitivation and Sgt. Hulett made him be quiet. Ivey, and Fayson brought him back to his cell and while Ivey was leaving he hit my door and said, "You piece of shit," which was twards me. A nurse named, Ms. Bush, was on the tear during first shift was doing pill call. I tryed to tell her I had just been assaulted by an officer and I was injured and she did not do her job as a nurse, she refused to help me. Officer Ivey and

Sgt. Hulett are still working in the seg unit and pursuant to Admin Reg. 433 IV A. 1. they should be replaced. I'm also feared for my safety aswell as my life. This isn't the first time something like this has occured to me, or other prisoners. This is a constant and common policy under seg commander Sgt. Hulett. He made the call for me to be brought outside my cell with the reason under the disguise that my cell mates Adam Pitts and Thomas Adams could eat which makes no sence at all, they had already eaten. They knew what there intetions was before I was brought outside my cell. It's a common practice that the D.O.C. beats prisoners with there handcuffs behind there back and also to be refused and declined medical treatment which would produce documents, evedence, and testimony from civilian health care personell who work for P.H.S. This is clearly a violation of my eighth amendment right, it's clearly cruel and unusual punishment and Ivey used excessive force with inttentions to injure me and I was refused medical treatment on first shift. During 2nd shift, Ms. Crawford came oround for pill call and I told her I was injured and nothing was done. I also asked Officer Larry Peavy if he would take me to get a body chart, he also refused me of medical treatment, he

said it wasn't his problem, no one told him. I gave up all hope and filled out sick call and placed the slip in my door. On 3rd. shift on Nov. 17, 05 around 4:00 a.m., officer William came to my cell after reading my sick call slip and told me to get dressed so I could be taken to the H.C.U., Officer Floyd and William came got me out of my cell and brought me to the lobby and I then talked to Sgt. Baxtley and explained my sitiuation. I was then escorted to the H.C.U. by Sgt. Baxtley and Officer Floyd to recieve a body chart. The nurse Ms. Dawson did the body chart and I was then taken to the segregation unit. On first shift on Nov. 17, 05 Officer Ivey was passing out lunch treys on the following day that I was assaulted, officer Ivey came to my door and told me in these exact words, "WATCH IT!" Sgt. Hulett was on the tear so I called him to my cell and told him that Ivey was harrassing me, he said that Ivey will be removed from the seg unit for a couple of weeks. Between 9:00 and 10:00 a.m. Fayson and Ivey came to my door and told me to get dressed. I was feared for my safety a refused to come out because I thought Ivey was going to assault me again. I finaly went ahead and let them handcuff me behind my back and was led to the lobby

Aff. 1 pg.   ⑥

I was then taken to a room in the lobby to explain what happened on the incodent that occured on Nov. 16, 05 about being assaulted by officer Ivey after giving a statement to Cpt. Sconyers and officer X I was led back to my cell by officer Fayson, and Ivey.

(1.) Plaintiff maintains that pursuant to Hudson V. M<sup>c</sup>Millan 503 U.S. p1, (1992) that CoI Ivey's use of force violated the 8th amendment

(2.) Plaintiff maintains that pursuant to Estelle V. Gamble 429 U.S. p.97 (1976) The Ala. D.O.C. has shown deliberate indifference to inmate Brazell request for emergency medical care, by a refusal and delay of over 20 hours. Chance V. Armstrong 143 F. 3d 698 (2nd Cir. 1998

(3.) Plaintiff maintains that pursuant to Meriweather V. Coughlin 879 F.2d 1037 (2nd Cir 1989) Ala. D.O.C. including but not limited to defendants Warden Mosley, Sgt. Hulett, CoI Ivey, CoI Fayson, CoI Peavy, are liable in ther individual and official capacties.

## Certificate of Service

I, hereby certify, that the above, sworn affidavit of Michael Brazell is true and correct to the best of my belief and knowledge, that I have served a copy of the same upon;

Kim Thomas, General Counsel
Legal Division, Ala. D.O.C.
301 S. Ripley St.
Montgomery, Ala. 36130

By placing a copy of the same in the U.S. mail, first-class postage, pre-paid and properly addressed this the __27__ day of __Nov.__ 2005

signed _Michael Brazell_

Sworn to and subscribed to before me this the __18__ day of __Nov.__ 2005

_[signature]_
Notary Public

My commission expires __5-7-2006__