In the United States District court
For the middle district of Alabama
Northern Division

| | |
|---|---|
| Michael Brazell-226568<br>Pro se, Plaintiff<br>V.<br>Gwendolyn Mosley<br>ET. AL. Defendants | Civil Action |

## Sworn Affidavit of Cedric Brooks

Before me, the undersigned authority, A notary public in and for state and county of Alabama, at large, who personally appeared, Cedric Brooks an inmate at Easterling Correctional Facility, who being Known to me first and duly sworn, deposes and says, under oath as now follows;

My name is Cedric Brooks, I am presently being confined at Easterling Correctional Facility, Administrative segregation 5B-9

I am over 21 years of age

ON NOVEMBER 16, 05 AROUND 9:45am OFFICER·IVEY WAS PASSING OUT LUNCH TREYS IN SEG. UNIT ON B·SIDE TIER AS HE STOOD BETWEEN #9·CELL + #8·CELL I INMATE Cedric BROOKS #162905 HEARD OFFICER IVEY CALL INMATE MICHEAL BRAZELL A PUNK AND MINTUES LATER I SAW THREE TREYS THROWN OUT OF #8·CELL AND CLOSE TO 25 MINTUES LATER OFFICER: IVEY AN Sgt. L. Hulett CAME TO #8·CELL AND HANDCUFFED ALL THREE INMATES AFTER HANDCUFFING THEM THEY ROLLED #8 CELL DOOR BROUGHT INMATE MICHEAL BRAZELL OUT HIS CELL, INMATE BRAZELL WAS TOLD HE WAS BEING TAKEN OUT SO HIS CELLMATES COULD EAT, BUT THEY HAD ALREADY EATING AS HE WAS OUT HIS CELL ON B·SIDE TIER OFFICER IVEY WALKED BEHIND INMATE BRAZELL AND STARTED TWISTING HIS WRIST, PULLING HIS ARM ALWAY UP AS THEY WALKED UP B·SIDE TIER, A COUPLE MINTUES LATER INMATE BRAZELL WAS WAITING TO GO BACK IN HIS CELL AS HE'S WAITING FOR Sgt. L. Hulett TO OPEN THE CELL DOOR OFFICER IVEY STARTED PUSHING INMATE BRAZELL FROM BEHIND TRYING TO MAKE HIM BUMP AGAINST Sgt. L. Hulett AND WHILE PUSHING HIM STILL TWISTING + PULLING HIS WRIST, Sgt. L. Hulett WAS TELLING OFFICER IVEY TO STOP IN A PLAYING MATTER AS INMATE BRAZELL WAS PUT BACK IN HIS CELL

HE ASKED Sgt. L. Hulett And officer IVEY Also officer
D. FASON SEVERAl TIMES To PLEASE Let Him Go to
tHE HEALTH CARE unit To SEE A NURSE About His
SwolleN WRist And IT wAS BRuisED uP. He Also
TRIED to stoP + AsK NURSE BusH To SEE About
But sHE IgNoRED Him And HE wAS RefusED
MEdiCAl CARE By All officers stated InCludiNG
2Nd SHift officer LARRY PEAVY THis statemENT
of tHis FollowiNG INcidENt Is THE TRuTH And
INmate MicHEAl BRAZEll #226568 wAS AssulTed.

## Certificate of service

I hereby certify, that the above, sworn, affidavit of Cedric Brooks is true and correct to the best of my belief and knowledge, that I have served a copy of the same upon;
Kim Thomas, General Counsel
Legal Division, Ala. D.O.C.
301 S. Ripley St.
Montgomery, Ala. 36130
By placing a copy of the same in the U.S. mail, first-class postage, pre-paid and properly addressed this the _____ day of _____ 2005
signed _____

Sworn to and subscribed to before me this the _____ day of _____ 2005

_____
Notary Public
My commission expires _____
I declare under penalty of perjury that the foregoing is true and correct.
Executed on __11-27-05_____
Sign X _Cedric Brooks_____    AIS # _162905_