MICHAEL BRAZEL, ET. AL.
   PLAINTIFF

      V.

WARDEN EWONDOUYO MOSLEY
ET. AL., ALA. D.O.C.


### AFFIDAVIT OF CEDRIC BROOKS

I was found guilty of Rule #31, Assault on an inmate, (Quantee Thomas) and was locked up 10 September 25, 2003, 5-Dorm Segregation.

Inmate Quantee Thomas was released on June 13, 2004 from Easterling Correctional Facility, some 9 months later.

I've been in maximum custody since December 15, 2003, I have been classed now in close custody and after reviews by the Board denied placement in administrative segregation, which affords a prisoner a few privileges.

I have been placed on transfer to Holman prison for over a year, but is more like indefinite confinement in the seg. unit.

I am being subjected to excessive punishment as well as cruel and unusual treatment.

In October of 2005, I was found guilty of violating Rule #62 - Security, Safety or Health Hazard. The Hearing Officer relied entirely on Confidential Informant(s), which I believe is illegal. I was and now remain in a 1 man cell over 2 years.

I believe that this continued treatment is disproportionate to the offense.

This is my personal example of cruel treatment, abuses and the deliberate indifference of the Administration at E.C.F.

This is common treatment of many prisoners in Segregation.

I am and have been for over 2 years denied my Constitutional Right to be free from Cruel and Unusual Punishment(s) under the 8th Amendment. All violation occurred at the Easterling Correctional Facility.

I declare under the penalty of perjury that the foregoing Affidavit is true and correct. Done this day of 11-27-2005.

Signed: _Cedric Brooks_   AIS# 162905
CEDRIC BROOKS.