MICHAEL BRAZELL,
ET. AL.

   V.

WARDEN GWENDOLYN MOSLEY
ET. AL.

AFFIDAVIT OF RICKY DAVIS - #173073

On October 24, 2005 I had flooded my cell. Sgt. Hollett came and hand-cuffed me behind my back and took me to his office, with two other officers. One of the officers was CO1 Ivey.

Sgt. Hollett, choked me, and CO1 Ivey tried to kick my feet out from under me. This was on the 1st shift.

I asked to go to H.C.U. (Health Care Unit) to get a body chart and emergency medical care. My request was denied.

I asked CO1 Grimsley (2nd shift) to get a 2nd shift Lieutenant or Sergeant, CO1 Grimsley refused my request. I told him that Sgt. Hollett had choked me.

CO1 Grimsley gave me my dinner tray and moved my handcuffs to the front.

(1)

I asked to go to the toilet and was then refused, to get attention, I kicked my tray top.

When CO1 Grimsley and Sgt. Hollott came in the Seg. room, grabbed me and Sgt. Hollott hit my face into the wall many times.

My eye became swollen, my mouth was bleeding. I was told to lay down on the floor and was hand-cuffed behind my back.

I asked to go to H.C.U. for emergency medical treatment. I was again refused treatment.

Later on the 2nd shift Sgt. Logan came in S-Dorm. I asked him for help, told him what had happened, he took me to H.C.U. where I recieved treatment for swollen eye, and abrasions, bruises on my neck where I had been choked. These assaults by Sgt. Hollott and CO1 Ivey happened while I was hand-cuffed behind my back.

I hereby affirm, under the penalty of perjury that the foregoing affidavit is true and correct. x Ricky Wade Davis AIS# 173073

Done this 27 day of Nov. 2005 at the Easterling Corr. Facility (2)