Michael Tapes,
    Plaintiff,
v.
Warden, C. Mosley, et al.,     (Affidavit Of Gregory Boykins)

State Of Alabama   )
County Of Barbour ) -ss-

## Affidavit

Plaintiff Gregory Boykins, (being) first duly sworn does say and Depose the following:

I am over the age of 21 years and I have Personnal Knowledge of the herein stated matters and that:

1. I have been Subjected to 8th Amendment Violations; such as acts of Cruelty, inhumane and degrading Treatment, excessive Punishment and Continual Isolations as follows:

a). I have been subjected to Indefinite Segregation. The officials at the Easterling Corr. Facility are aware of the substantial risk of serious harm to the inmates and myself who are being Subjected to Indefinite Confinement in the Seg. Unit.
I have been in the Seg. Unit since Nov. 2, 02, up until the present. I have been Placed on Continual transfer since the Summer of 2003, without transfer, only the anticipation of "said."

b). I have been Subjected to Hostile cell-mates as well as Gang Bangers.

c). I have been subjected to excessive Punishment because I am a Litigator.

d). I have been Subjected to Bad Health Problems such as Continual Rash Breakouts.

e). Subjected to Poor Ventilation and Poor Sanitation because waste Backs-up in the Shower area.

f). Subjected to Poor Blood Circulation, when I attend the Yard Period, because my feet are shackled (ankles) an my hands are handcuffed from behind.

g). Subjected to small cells, designed for one man, but are being used to House 3 inmates at a time, while one inmate sleeps on the Floor.

h). Indefinite Seg. causes mental anguish, depression and deterioration of the mind (Excessive Punishment to Segregation Confinement). I am presently Seeing a Psychiatrist as well as a Psycholist.

I am being Deprived of my Constitutional Right to be free from Cruel and unusual Punishment under the 8th Amend. All violations occurred at the Easterling Corr. Facility.

I Declare under the Penalty of Perjury that the foregoing is true and Correct. Done this 17th day Nov. 2005.

Signed: Gregory Boykins,

Gregory Boykins, Pro se