M/D-5

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR THE

2005 NOV 29 A 9:45 DISTRICT OF ALABAMA

__Northern__ DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Michael Brazell, pro se ) 
and others similarly )
situated, segregation unit ) 
in E.C.F. )
      Plaintiff(s) )     2:05CV 1130-T
)
v. )
)
Warden Gwendolyn Mosley )
et. AL., alabama )
Department of corrections. )
)
      Defendant(s) )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Michael Brazell #226568__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

                                                           __Michael Brazell__
                                                        Plaintiff(s) signature

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 226568          NAME: BRAZELL, MICHAEL ALLEN                    AS OF: 11/22/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 8 | $431.08 | $100.00 |
| DEC | 31 | $73.67 | $0.00 |
| JAN | 31 | $4.53 | $0.00 |
| FEB | 28 | $56.16 | $100.00 |
| MAR | 31 | $68.54 | $0.00 |
| APR | 30 | $55.41 | $150.00 |
| MAY | 31 | $61.85 | $0.00 |
| JUN | 30 | $86.22 | $120.00 |
| JUL | 31 | $89.95 | $100.00 |
| AUG | 31 | $168.08 | $0.00 |
| SEP | 30 | $207.27 | $100.00 |
| OCT | 31 | $246.77 | $100.00 |
| NOV | 22 | $216.27 | $130.00 |

RECEIVED

2005 NOV 29  
DEBRA P. HACKETT, CLK  
U.S. DISTRICT COURT  
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, **Michael Allen Brazell**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. **Not applicable**

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest, or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities, or life insurance payments?   YES ( )   NO (✓)

   D. (Gifts) or inheritances?   YES (✓)   NO ( )

   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _None_

_Michael Brazell 226568_
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

Subscribed and sworn to before me on this _____ day of _____, 199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-27-05_.

_Michael Brazell_
Plaintiff