IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BARELL, PRO SE ET. AL. PLAINTIFF(S) <br><br> V. <br><br> GWENDOLYN MOSLEY ET. AL., DEFENDANT(S) | CIVIL ACTION - 2:05-CV-1130-T |

---

DECLARATION OF NAMED AFFIANT(S)

---

COMES NOW PLAINTIFF AND AFFIANT(S), PURSUANT TO 28 USC § 1746, WHICH PROVIDES, "IN ALL FEDERAL COURT PROCEEDINGS, WRITTEN DECLARATIONS MADE UNDER PENALTY OF PERJURY ARE PERMISSABLE IN LIEU OF NOTARIZED AFFIDAVITS.

THE UNDERSIGNED STATE AND HEREBY AFFIRM THE FOLLOWING;

## AFFIDAVIT

On December 6, 2005 at about 1:15-1:30 pm the Corrections Emergency Response Team, (C.E.R.T.) by and under the instruction(s) and direction(s) of Segregation Commander Sgt. Nolett, and other officers who are at this time unknown to the affiants, Plaintiff's entered the cell of inmate Ricky Davis - AIS# 173073 - SB-11.

Sgt. Nolett instructed the C.E.R.T.'s to enter inmate Davis's cell that, "He's been giving me trouble." Inmate Davis is a mental health patient/inmate.

The resulting action(s) were orders of the Seg. Commander, Sgt. Nolett and the instructor/Commander of the C.E.R.T. who is referred to at this time only as Officer X, there were approximately 18-20 C.E.R.T. officers, these officers failed to identify themselves and none wore any type of name tag, there was one white officer, all other C.E.R.T. officers are black officers.

It is the testimony of the undersigned, under penalty of perjury

(1)

that inmate Davis was forced to the floor of his cell, while about 6-8 C.E.R.T.'s came in his cell, inmate Davis was choked almost unconscious at the same time being threatened by Officer X. I.E. "you better not say anything", "I'll come back and kick your ass", "I'll beat you to death." "Why don't you call me a nigger, boy?"

Inmate Davis maintains that during this episode that Officer X, forced him to grab the top of the window, Officer X then grabbed inmate Davis's ass and said, "I need me a good boy!"

The C.E.R.T.'s left cell 5B-15, and were walking around the tier of B-side ordering inmates to, "get on your bed," "get out of the window"; obviously those instructions/orders of the C.E.R.T.'s were to prevent any inmate(s) from eye-witnessing any actions of the C.E.R.T.'s, from the observation windows in the cell doors.

Upon the 2nd set of orders of Seg. Commander Sgt. Hellott at approximately 1:30-1:45 p.m. of the same afternoon, the C.E.R.T. instructor, Officer X

(2)

then entered Cell 5B-11 a second time, the only occupant/prisoner was inmate. This second unprovoked assault by C.E.R.T. members/officers X, X, X, X, X, X, X, and X, resulted again in inmate Davis being forced to the cell floor and again choked by officer X.

Inmate Davis was then heard to ask Sgt. Pellott to be taken to the H.C.U. (Health Care Unit) for a "body check". Inmate Davis was refused any treatment, being threatened.

During this second episode, Deputy Warden Davenport was present during this assault, who remained silent, in what is now assumed his condonement of inmate Davis' assault. Deputy Warden Davenport continued to "make rounds", and then exited 5-Dorm.

Nurse X was making late pill-call, sick-call being escorted by CO-1 Simmons, who also failed to respond to Davis' request.

These efforts are the continued and combined efforts of retaliation of the ALA. D.O.C. against inmates housed in Easterling(s) Segregation Block.

(3)

These unprovoked actions of the D.O.C.'s officers are of such a viscious and sadistic nature, so as to "shock the public's conscience."

These deliberate incidents of unnecessary violence and abuse of prisoner are the direct result of retaliation.

The occurrence and severity of these incidents have recently increased, in that a protesting inmate(s) life and limb are in jeopardy.

The undersigned inmates are each reluctant to place our signatures here, from the present and very real threat of assault and retaliation by D.O.C. who are named or otherwise known by Officer X, do hereby swear and affirm under the penalty of perjury that the foregoing is true and correct.

Done this 6 day of December 2005.

_Thomas Adams - 100612-B_    _Kenneth Hill 181096_
_Ricky Wade Davis 173073_    _Larry Holcomb 125662_
_Michael Bogelf 226568_
_Marvette Mains #123240_
_Cedric Brooks #162905_

(4)