## Affidavit Statement

Comes now, Borreh Baines, who is over (21) twenty-one years of age and is presently incarcerated at Easterling Correctional Facility. Would like to state the following.

On November 16, 2005, around 9 o'clock a.m. CDI Ivey was passing out trays and when he passed my cell 7-B cell and approached 8-B cell, Michael Braxell cell. I heard Michael Braxell ask CDI Ivey could he have his shower shoes thats in front of his cell? Officer Ivey reply was "I have no knowledge of it punk!". Whereupon Braxell throws his tray on the floor in protest!!. Officer Ivey then goes and gets Sgt. Hublett and tells Braxell to stick his hands out. He complys and CDI Ivey handcuffs him behind, and brings him out of his cell. Soon as Braxell is out CDI Ivey begins tightening, and twisting his handcuffs while pushing him up the tier.

Brazell is asking Sgt. Hulett to order COI Ivey to stop, but he doesn't. After walking Brazell up the tier twisting and tightening his cuffs, in order to cause him pain, he walks him back in front of his cell where Sgt. Hulett is standing and tries to push Brazell into Sgt. Hulett. All along Brazell is telling COI Ivey "man stop". It is my assumption that they were trying to provoke Brazell, so they could "jump him". They've been beating inmates back here quite regularly lately. Finally, when they saw they could not provoke Brazell, they placed him back in his cell. Brazell asked to go to the infirmary to get a body chart, but they put it off until (3rd shift). They have been constantly harassing, and jumping inmates in S Dorm. This is the second time they have assaulted Brazell, and now they are attempting to get

his judge to revoke his split-sentence because he has filed a federal complaint. I, and other inmates have wrote the wardens complaining, but they appear to only be concerned with justifying their officer actions.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: December 20, 2005

*Garrott Gaines*
GARROTT GAINES

## Affidavit Statement

Comes now, GARRETT GAINES #173280, who is over (21) twenty-one years of age, states the following:

I am a inmate at Easterling Correctional Facility, currently housed in 5 dorm Segregation -al lock-up. Since I've been housed in the Seg. unit, I've been assaulted twice while in restraints by officers. I've also witnessed or seen the results of other inmates being assaulted. It has become a tacit policy, the constant harassing, and physical abuses of those inmates who happen to get on the bad side of officers, or this administration. Those who seek redress, or relief through the court are in constant fear of being harassed, or written up by officers. I, myself have constantly been the recipient of write-ups stemming from incidents with officers who continue to try and push my buttons to the point that I verbally respond, and they add their own version in order to write me up for threats, or disorderly conduct. I have complained to the Warden several times, but my complaints are brushed aside, as are other inmates, and these same officers are continued to be

placed over us, which seems to only encourage them to continue their conduct of harassment, and physical abuse. It has become a pattern. Most inmates are too afraid to speak up because they see what happens to those that do. Warden Mosely often boast about how she never gets rid of her problem inmates, that she will break them one way or another. I have been beaten by her officers twice, and written up numerous times since being placed in 5 dorm segregation, February 14th, 2003.

*Garrett Goines*
GARRETT GOINES

I swear that the foregoing is true under the penalty of perjury.
Executed on: December 8, 2005

*Garrett Goines*
GARRETT GOINES