IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL ALLEN BRAZELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1130-T |
| ) | |
| **GWENDOLYN MOSLEY, Warden,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED as follows:

(1) Plaintiff's motion for temporary restraining order (Doc. No. 5) is denied.

(2) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 16th day of December, 2005.

                                             /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**