IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ALLEN BRAZELL, #226568, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1130-T (WO) |
| WARDEN GWENDOLYN MOSLEY, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

2. This case is referred back to the Magistrate Judge for further proceedings.

Done this 22nd day of December, 2005.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE