## Sworn Affidavit of Michael Brazell

Comes now, Michael Brazell #226568, who's over (21) twenty-one years of age, and is the plaintiff of civil action 2:05-CV-1130-T. Now states the following:

On Dec. 28, 2005, on 3rd shift around 4:30 a.m. inmate David Liles #205363 was involved in a verbal altercation with CO I Floyd while he was in the segregation unit, B side tier, 14 cell. Reason, is because he tried to trick the tray slot for ventalation, and CO I Floyd threaten to write inmate liles up. They continued to argue then he was joined with CO I Williams, Sgt. Baxtley, Lt. Seals. Lt. Seals started threatening inmate David Liles, he said, "when I come back on tuesday in black, I want you to have that same attitude, Im coming in there." Tuesday will be Jan. 3, 2006. This type of treatment is common in the seg. unit. Once the C.E.R.T team comes he will most likely be beaten.

I swear under the penalty of perjury that the foregoing is true and correct done this 28 day of Dec 2005

Michael Brazell 226568