IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~STATE~~ NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, PRO SE, AND OTHERS PLAINTIFF U. GWONDOLYN MOSLEY, WARDEN III, ET. AL. | CIVIL ACTION 2:05-CV-1130-T |

DECLARATION OF THOMAS ADAMS-

Comes now the Applicant, A prisoner
of the Alabama Department of Corrections
being held at the Easterling Correctional
Facility's, SEGREGATION UNIT-5B-8.
    Who before this Honorable Court, and
under the Penalty of Perjury, does now
depose by oath and signature the
following;

## DECLARATION

IT IS MY SWORN STATEMENT AND TESTIMONY THAT ON NOVEMBER 16, 2005 I WAS AN EYE-WITNESS TO THE EVENTS THAT MICHAEL ALLEN BRAZELL - 226568, ALLEGES AGAINST DEPARTMENT OF CORRECTION OFFICIALS AND EMPLOYES.

THE EVENTS OF BRUTALITY AND EXCESSIVE USE OF FORCE HAPPENED AS ARE NOW RECORDED IN THE AFFIDAVITS OF THE PLAINTIFF AND OTHERS WHO ARE BEING HELD IN THE SEGREGATION UNIT.

ALL OBJECTIONS WERE TIMELY FILED, PER THE INSTRUCTIONS OF THE HONORABLE MYRON THOMPSON, AND MAILED FROM THE CELL 5B-8, ON THE 12th DAY OF DECEMBER, 2005.

ALTHOUGH THE ORDER OF THE UNITED STATES DISTRICT JUDGE, HONORABLE MYRON H. THOMPSON RECORDS THAT, "THERE BEING NO OBJECTIONS FILED TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE FILED HEREIN ON DEC. 6, 2005." - - - , DONE THIS 22nd DAY OF DECEMBER, 2005.

IT IS OBVIOUS THAT THERE IS SOME TYPE OF BREACH IN THE DELIVERY OF PROPERLY ADDRESSED LEGAL MAIL, WHICH IS A FEDERAL CRIME.

MAIL WHICH IS PROPERLY ADDRESSED TO THE VARIOUS COURTS, INCLUDING THE UNITED

STATES DISTRICT COURT(S) is PRIVILEGED AND MAY NOT BE OPENED UNLESS PRISON OFFICIALS HAVE A SPECIAL SECURITY INTEREST THAT MUST MEET CERTAIN FOURTH AMENDMENT REQUIREMENTS. WASHINGTON v. JAMES 782 F.2D 1134 (2D CIR. 1986) TAYLOR v. STERRETT 532 F.2D 462 (5TH CIR. 1976)

AFFIANT, THOMAS ADAMS-100612, MAINTAINS THAT THE PLAINTIFF MAILED FROM CELL 5B-8, ON THE 12 OF DEC., 2005 THE FOLLOWING: PRELIMINARY INJUNCTION, DECLERATION OF NAMED AFFIANT(S), AFFIDAVIT OF CURRENT CRIMES X 2., THE FORMER AFFIDAVIT OF THOMAS ADAMS-100612 WAS ALSO MAILED, PROPERLY ADDRESSED TO THE U.S. DISTRICT COURTS ON 14, DEC., 2005.

I WAS PLACED IN CELL 5B-8 ON JUNE 21, 2005 AND HAVE REMAINED THERE CONTINUOUSLY SINCE.

I HAVE READ THE FOREGOING COMPLAINT AND THE MOTION FOR RECONSIDERATION ALSO AND HEREBY VERIFY THAT THE MATTERS ALLEGED IN THEM ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT. DUE TO A PENALTY OF PERJURY, I AFFIRM BY OATH AND SIGNATURE.

Thomas Adams-100612-B

EXECUTED AT EASTERLING CORRECTIONAL FACILITY ON THE 27 day OF DECEMBER, 2005