IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
_____

PLAINTIFF(S)                          |

MICHAEL ALLEN BRAZEL,                  |
AND OTHERS SIMILARLY                   |   CIVIL ACTION
SITUATED, PRO SE                       |   2:05-CV-1130-T
         V.                            |
GWENDOLYN MOSLEY,                      |
WARDEN III, ET. AL.                    |
   DEFENDANTS
_____

_____ AFFIDAVIT _____


COMES NOW THE AFFIANT, THOMAS ADAMS-
#100612, BEFORE THE HONORABLE MYRON
THOMPSON, THE UNITED STATES DISTRICT JUDGE,


    PURSUANT TO F. R. CIV. P. · 28 U.S.C. 1746(2)
who under the PENALTY OF PERJURY now
deposes under OATH and by signature
THE following;

## DECLARATION/ AFFIDAVIT

I, hereby affirm by oath and signature that I am over 21 yrs. old and that the following is true and correct I believe to the best of my knowledge:

On Dec 28, 2005, at about 4:30 am in S-Dorm, Segregation unit, four (4) Correctional Officers, COI Floyd, COI Williams, Sgt. Baxley, Lt. Sams were involved in a verbal confrontation with inmate David Liles- 205363.

In which, Lt. Sams stated to inmate Liles that, "I'll be back Tuesday, (Jan. 3, 2005), dressed in black, and I'm coming in your cell."

I believe that this is a serious threat by a member of the predominantly black. (Correctional emergency response team) C.E.R.T.

I believe that this serious threat to inmate Liles, is a prime example of the propensity to violence that is practiced against inmates who are being held in Segregation. This threat will be carried out on 1-3-2005, without provocation, and the Segregation Commander Nellott will not intervene, but actually condones this type of brutality.

(1)

IT IS MY BELIEF THAT THIS THREAT CARRIES THE VERY REAL INTENT THAT SOME SERIOUS BODILY INJURY WILL OCCUR.

THERE IS A PROPENSITY FOR VIOLENCE WHICH IS KNOWN OF THE C.E.R.T., EVEN THOUGH UNPROVOKED. THIS INCIDENT AND THE VERBAL THREAT CARRIES AN INDIVIDUAL MOTIVE, FROM A PERSONAL ISSUE, WHICH MAY AND COULD BE RACIALLY MOTIVATED.

INMATE DAVID LILES IS A WHITE SUPREMACIST AND ALL MEMBERS OF C.E.RT. ARE BLACK OFFICERS.

I CERTIFY BY OATH AND SIGNATURE THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE.

x    Thomas Adams - 180612
        SB-8   E.C.F.
        200 WALLACE DR.
        CLIO, ALABAMA    36017


DONE THIS 28 DAY OF DECEMBER, 2005.


CC.   UNITED STATES DISTRICT COURT
        ALA. DEPT. OF CORRECTIONS
        FILE, INMATE