IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZEAL, AND OTHERS SIMILARLY SITUATED, PRO SE PLAINTIFF(S) <br> V. <br> GWENDOLYN MOSLEY, WARDEN III, ET. AL DEFENDANTS. | CIVIL ACTION 2:05-CV-1130-T |

## AFFIDAVIT

COMES NOW THE AFFIANT, DAVID LILES-205363 WHO BEFORE THIS HONORABLE COURT, DEPOSES BY OATH AND SIGNATURE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING OCCURRED;

## DECLARATION, AFFIDAVIT

I hereby affirm under oath that on December 28, 2005, at about 4:30 AM I was briefly involved in a verbal confrontation with CO I Floyd, about my attempt to "trip the lock" on my "chuck hole" in the cell door, which is an opening about 4" x 16", through which meal trays are passed.

This was to create and/or cause some cross-ventilation in my cell, 5 B-14, there are 2 prisoners in 14 cell a one-man cell about 7' x 8', approximately 56 sq. ft.

CO I Floyd and I argued for about 5-10 minutes.

CO I Floyd was joined at the cell-door of 14 cell by CO I Williams who was also working 3rd shift in segregation.

In the next minute these two officers were joined by the other 2 defendants Sgt. Bailey and Lt. Seals.

Lt. Seals is a member of the Correctional Emergency Response Team, (C.E.R.T.).

Lt. Seals, made the threat to inmate David Liles-205363 that, "I'll be back on Tuesday, (January 3, 2006), dressed

(1)

in all black, (the official C.E.R.T. uniform) and we're coming in that cell."

I believe that Lt. Seals, has every intent to use excessive force, brutality to cause serious injury to me, for a verbal confrontation between myself and CO I Floyd.

I believe ~~intends~~ Lt. Seals intends to abuse his authority and power over me for personal reasons, these illogical reasons show no merit and have no penalogical purpose, I have been no threat to security, safety or health of another person.

I will protect myself against an unreasonable and unjust assault by any number of C.E.R.T. officers, I will not be a willing victim of racially motivated beatings and physical assault(s).

I affirm under the penalty of perjury that the foregoing affidavit is true and correct, to the best of my belief and knowledge.

x_David Liles_ 205363
DAVID LILES - 205363
5B-14   E.C.F.

DONE THIS _____ DAY OF _____, 2005

(2)