RECEIVED
2006 JAN -4 A 9:33

In the United States district Court
for the middle district of Alabama
Northern Division

| | |
|---|---|
| Michael Brazell #226568 ) | |
| plaintiff ) | Motion for Appointment |
| V. ) | of counsel |
| Gwendolyn Mosley ) | |
| warden ) | Civil Action No. |
| L. Hulett ) | 2:05-CV-1130-T |
| sgt. ) | |
| CO$^I$ Ivey ) | |
| CO$^I$ Fayson ) | |
| CO$^I$ L. Peavy ) | |
| Nurse Bush ) | |
| Nurse Crawford ) | |
| defendants ) | |

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states;

(1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

(2) The complaint is this case alleges that the plaintiff held in the segregation unit at Easterling Correctional Facility, 5-B-8, are and were, and likely will be subjected to the misuse of force by several correctional officers, some of whom watched and failed to then intervene, and others who actualy participated.

①

(3) The complaint alleges that supervisory official(s) were presently aware of the violent propensities of some of the officers and are liable for failing to take action to control them.

(4) Plaintiff imprisonment in the seg. unit, will greatly limit his ability to litigate. The "Law Liabrary," visits once, or twice a week. Plaintiff has a very limited access to Law Liabrary and a limited knowledge of the law.

(5) Plaintiff is serving an "Indefinate sentence" in 5B, seg. unit, plaintiff have no ability to investigate the facts of this case

(6) Plaintiff has demanded a jury trial.

(7) The case will require discovery of documents and depositions of a number of witnesses.

(8) The testimony will be in sharp conflict, and counsel would better enable plaintiff to present evidence and cross-examine.

(9) As set forth in the memorandum of law submitted with this motion, these facts, along with the legal merit of plaintiff claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiff motion for the appointment of counsel should be granted

(2)

I hereby certify and affirm under the penalty of perjury that the foregoing motion for the appointment of counsel is true and correct to the best of my belief and knowledge Done this 21 day of Dec 2005

*Michael Brazell-226568*
Michael Allen Brazell - 226568
5-B-8 E.C.F
200 Wallace dr.
Clio, Ala. 36017

③