In the United States district Court
for the middle district of Alabama
Northern Division

RECEIVED
2006 JAN 10 A 9:50

Michael Brazell #226568 )
   plaintiff. )
V. ) Civil Action No.
Gwendolyn Mosley et. al. ) 2:05-CV-1130-T
   defendant(s) )
)

## Motion for leave to file an Amended Complaint

Plaintiff, Michael Brazell, pursuant to rules 15(a) and 19(a), Fed. R. CIV. P., requests leave to file an amended complaint adding a party.

1. Defendant, Donal Campbell, Alabama Dept. of Corrections is the commissioner of the state of Alabama.
   He is legally responsible for the overall operation of the Dept. and each institution under it's jurisdiction, including Easterling Corr. Facility.
   This court should grant leave freely to amend a complaint. Forman V. Davis, 371 U.S. 178, 182, (1962)

Date. Jan. 8, 06
Respectfully submitted, Michael Brazell

Michael Brazell #226568  5-B-8
E.C.F. 200 Wallace dr.
Clio, Ala. 36017

## Certification

I hereby certify under the penalty of perjury, by oath and signature, that the foregoing motion to amend complaint and summons in civil case Michael Allen Brazell 2:05-CV-1130-T is true and correct to the best of my belief and knowledge, done this 8th day of Jan. 2006.

*Michael Brazell*
J-B-8, Michael Brazell #226868
E.C.F. 200 Wallace dr.
Clio, Ala. 36017