In the United States district court
for the middle district of Alabama
Northern Division

Michael Brazell #226568 )
   plaintiff )
     v. )    Civil Action
Warden Gwendolyn Mosley et.al. )    2:05-CV-1130-T
   defendant(s) )
)

## Affidavit of Michael Brazell

Comes now the affiant Michael Brazell comes before this honorable court.

Pursuant to Federal Rules of Civil procedure, 28 U.S.C. 1746 (2), which under the penalty of perjury now states the following:

My name is Michael Brazell, who is the plaintiff, Im being held in the segregation unit, 5-B-8.

On Dec. 30, 2005 between 2:00 to 3:00 a.m. inmate Ricky Davis #173073 is assigned to 5B-11. He had a problem with the officers because they would not turn his lights off. Officer Floyd and CO≠Williams was on the tier and then was joined by Sgt. Boxtley, Sgt. Bryant. Inmate Ricky Davis was escorted out of his cell to the lobby, he stayed out there 2 to 3 miniutes and then brought back on the tier by officer Floyd, and Williams, they were both laughing and Ricky Davis face was extremly red, as

well as some swelling to the right side of his face. Upon information and belief by inmate Ricky Davis, he was slaped around by Sgt. Bryant. Sgt. Bryant was also involved in beating Garrett Gaines while he was handcuffed behind his back in Nov. of 2005. Nothing is being done to stop officers from beating inmates while in handcuffs. Ricky Davis was also refused medical treatment by nurse McKenly on 3rd. shift.

I declare under the penalty of perjury that the foregoing is true and correct except upon information and belief which that I believe is true. done this 30th day of Dec. 2005

*Michael Bigwell 226568*