In the United States District Court
For the Middle District of Alabama
Northern Division

Michael Brazell #226568
plaintiff.

v.

Warden Gwendolyn Mosley et.al.
defendant

Case Action No.
2:05-CV-1130-T

## Affidavit of Ricky Davis 173073

Comes now Ricky Davis 173073, who is over (21) twenty-one years of age, and an inmate at E.C.F. now states the following:

On Dec. 30, 2005 at about 2:30 to 3:00 a.m., I was woke up by CO' Floyd, CO' Williams, Sgt. Baxtley who then told me they had to change beds from my cell (5-B-11) to (5-B-9).

I asked, "why don't you just move me?" I was then told that, "we can't move you, Sgt. Hulett is the one that assigned you this cell." Sgt. Hulett is the seg. commander and works only 1st shift mon.-fri. otherwise there are no supervisors assigned to segregation.

I was hand-cuffed in front of my back, and the double-framed was moved from 5-B-11 to 5-B-9 and the single-frame was moved to (5-B-11), my cell.

I was told by CO' Floyd to help move these beds, I told him "I'm hand-cuffed, I can't move these beds!"

CO' Floyd became angry and then told me, "I'll write

you up for failure to obey."

After the single-frame was put in my cell, CO' Floyd began to cuss me, and verbaly abuse me, I still don't know why.

I asked both officers to "cut my lights off," the officers said something that I didn't understand and walked away.

I kicked the door to my cell, twice, and hollered for them to "cut my cell lights off!"

Sgt. Bryant and CO' Floyd and CO' Williams came back to my cell and told me to "put these hand-cuffs on," I put my arms thrue the tray-hole and was hand-cuffed behind my back, I was not allowed to put a jump-suit on.

I was taken to the office, Sgt. Bryant told CO' Floyd and CO' Williams to, "step outside," leaving me alone with this sargent while hand-cuffed behind my back

Sgt. Bryant locked the door and walked back to where I was standing, without any provokation then slapped me several times, these blows to my head were so hard I was knocked down, and into a chair. Sgt. Bryant then started to poke me in my forehead and threatened me saying, "when you go back to your cell you better not say anything!"

I asked to be taken to the H.C.U. because my mouth was bleeding, and my ear was ringing, my eye started to swell immadetly.

At about 3:00-3:30 a.m. nurse McKinley came around for pill call, myself aswell as others told her what had

just happened. Prison Health Services nurse McKinley ignored me and all attempts by anyone to get me any emergency treatment, she was being escorted by CO¹ Floyd and CO¹ Williams.

When 1st shift came on at 6:00 a.m., I asked Sgt. Hulett to be taken to H.C.U. and have a body chart done, I was taken about 8:00-9:00 AM., this body chart is on file.

Later on that day, Cpt. Kenneth Sconyers came to the seg. unit and questioned me and two other inmates, Garrett Gaines, and Cedric Brooks and took some notes from us.

Four inmates, Michael Brazell, Thomas Adams, Garrett Gaines, and Cedric Brooks saw these officers take me out of my cell and what I looked like when I came back.

I hereby affirm by oath and signature that the foregoing is true and correct under the penalty of perjury done this 4th day of Jan. 2006.

Ricky Wade Davis #173073