IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, #226538, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv1130-W (WO) |
| WARDEN GWENDOLYN MOSLEY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 16, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's motion for class certification (Doc. # 1) is DENIED. It is further ORDERED that this case is referred back to the Magistrate Judge for appropriate proceedings.

Done this 25th day of January, 2006.

        /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE