IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MICHAEL ALLEN BRAZELL, | * | |
| #226 568 | | |
|     Plaintiff, | * | |
| v. | * | 2:05-CV-1130-WKW |
| WARDEN GWENDOLYN MOSLEY, | * | |
| *et al*., | | |
| | * | |
|     Defendants. | | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Leave to Amend Complaint. (Doc. No. 15.) Attached to Plaintiff's motion is the proposed amended complaint which consists of the affidavits of Plaintiff and inmate Ricky Davis. In these affidavits, Plaintiff and inmate Davis describe an incident involving an alleged use of excessive force by correctional officers against inmate Davis on December 30, 2005.

The court has carefully reviewed Plaintiff's proposed amended complaint and, based on the factual averments contained therein, Plaintiff's request for leave to amend the complaint shall be denied. If inmate Davis believes his constitutional rights have been violated at the hands of correctional officers, he may file a complaint on his own behalf. He may not litigate such claims through another inmate's complaint.

Accordingly, it is ORDERED that Plaintiff's Motion for Leave to Amend Complaint

(Doc. No. 15) be and is hereby DENIED.

    DONE, this 27th day of January, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED   STATES   MAGISTRATE   JUDGE