IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MICHAEL BRAZELL (AIS #226568), | * | |
| Plaintiff, | * | |
| V. | * | 2:05-CV-1130-WKW |
| SUNDAY CRAWFORD, ET AL. | * | |
| Defendants. | * | |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Sunday Crawford, R.N. and Susanne Bush, L.P.N. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by fifteen days (15) up to and including March 2, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to unforeseen medical circumstances, Defendants' counsel's wife is being induced for delivery on February 9, 2006 and, therefore, counsel will need a brief extension of time in which to comply with this Honorable Court's January 6, 2006 Order.

2. This brief extension of time will in no way prejudice any party, nor will it in any way delay the adjudication of this matter.

WHEREFORE, these Defendants request that this Honorable Court extend the time in which they have to respond to this Honorable Court's Order of January 6, 2006 by fifteen (15) days up to and including March 2, 2006.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for Defendants Sunday Crawford,
R.N. and Susanne Bush, L.P.N.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 8th day of February, 2006, to:

Michael Brazell (AIS# 226568)
Easterling Correctional Facility
Post Office Box 10
Clio, Alabama  36017

s/R. Brett Garrett GAR085
Attorneys for Defendants Sunday Crawford,
R.N. and Susanne Bush, L.P.N.