IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MICHAEL ALLEN BRAZELL,              *
 #226 568
    Plaintiff,                              *

v.                                              *     2:05-CV-1130-WKW

WARDEN GWENDOLYN MOSLEY,    *
*et al.*,
                                                  *
    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Defendants Bush and Crawford's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant Bush and Crawford's Motion for Extension of Time (Doc. No. 23) is GRANTED; and

2. Defendant Bush and Crawford are GRANTED an extension from February 14, 2006 to March 2, 2006 to file their answer and written report.

DONE, this 9th day of February, 2006.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE