IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, #226568 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1130-T |
| WARDEN GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

## ANSWER

1. Defendant, John Ivey, denies the allegations in Count 1 of Plaintiff's Complaint and demands strict proof thereof.

2. Defendants deny the allegations in Count Two and Count Three of Plaintiff's Complaint and demands strict proof thereof.

3. Defendants deny violating Plaintiff's constitutional rights.

4. Defendants deny all allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. Defendants named in their official capacities are immune by virtue of sovereign immunity.

2. Defendants named in their individual capacities are immune by virtue of qualified immunity.

3. Plaintiff lacks standing to bring this suit against the Defendants in their individual capacities.

4.     Plaintiff has failed to state a claim upon which relief may be granted.

       RESPECTFULLY SUBMITTED,

                 TROY KING  
                 ATTORNEY GENERAL  
                 (KIN047)

*s/ J. Matt Bledsoe*  
J. Matt Bledsoe (BLE 006)  
ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 15th day of February 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

MR. MICHAEL ALLEN BRAZELL, #226 568
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

                                            s/ *J. Matt Bledsoe*
                                            J. Matt Bledsoe (BLE 006)
                                            ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7554
(334) 242-2433 (fax)