IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, #226568 )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>GWENDOLYN MOSLEY, et.al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.2:05-CV-1130-T |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Michael Brazell was assigned to Easterling Correctional Facility on June 14, 2004. I have not violated inmate Brazell's constitutional rights. According to Sgt. Lewis Hulett, inmate Brazell threw his and his cellmate's food trays on the floor. Inmate Brazell was angry with Officer John Ivey for not giving him his shower shoes that he had previously thrown on the floor in front of his cell.

Sgt. Hulett and Officer Ivey removed inmate Brazell from his cell to allow his cellmates to eat without interruption from inmate Brazell. Inmate Brazell's cellmates stated to Sgt. Hulett that they did not want to eat.

EXHIBIT A

Affidavit-Gwendolyn Mosley
Civil Action No.2:05-CV-1130-T
Page 2

Inmate Brazell was returned back to his cell. I have not received any information to suggest that inmate Brazell had received unwarranted treatment by Sgt. Hulett or Officer Ivey.

_____
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 6th day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07