

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, #226568 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CIVIL ACTION NO.2:05-CV-1130-T |
| ) | |
| GWENDOLYN MOSLEY,et.al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Lewis Hulett</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Lewis Hulett</u> and I am presently employed as a <u>Correctional Officer II,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL  36017. I am over twenty-one (21) years of age.

On November 16, 2005, I, Sgt. Lewis Hulett was assigned as the Segregation Commander.  Officer John Ivey reported to me that inmate Michael Brazell, W/226568, threw his and his cellmate's food trays onto the floor.  Officer Ivey reported to me that inmate Brazell was upset because he (Ivey) would not give inmate Brazell a pair of shower shoes that were lying on the floor outside of his cell.

Officer Ivey and I removed inmate Brazell from his cell, 5B-8, to allow cellmates Thomas Adams, W/100612, and Adam Pitts, W/190612, the opportunity to eat without the interruption of inmate Brazell. Inmates Adams and Pitts reported to me that they did not want to eat.

Affidavit-Lewis Hulett
Civil Action No.2:05-CV-1130-T
Page 2

    I instructed Officer Ivey to escort inmate Brazell back to his cell. Inmate Brazell was placed back into his cell without incident. At no time did I observe Officer Ivey mistreat or abuse inmate Brazell physically or verbally. At no time did inmate Brazell report to me that Officer Ivey mistreated him or did he ask me to go to the Health Care Unit. I have no further knowledge of the incident.

                                        _Lewis Hulett, CO I_
                                        Lewis Hulett

    SWORN TO AND SUBSCRIBED TO before me this the 6th day of February, 2006.

                                        _Linda E. Jeal_
                                        NOTARY PUBLIC

My Commission Expires: 7-15-07