

EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL ALLEN BRAZELL, #226568   )
                                 )
    Plaintiff,                   )
                                 )
Vs.                              )   CIVIL ACTION NO.2:05-CV-1130-T
                                 )
GWENDOLYN MOSLEY,et.al.,         )
                                 )
    Defendants.                  )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared John Ivey, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is John Ivey and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On November 16, 2005, I, Officer John Ivey was assigned as a Segregation Rover. I was assisting Officer Daron Fayson, Segregation Rover, in the feeding of chow on B-Side of the Segregation Unit. I approached Cell 5B-8, which housed inmates Michael Brazell, W/226568, Thomas Adams, W/100612, and Adam Pitts, W/190612, and opened the tray door. I placed two (2) food trays in the tray hole. Inmate Brazell asked me to hand him a pair of shower shoes that were lying on the floor outside of his cell. I advised inmate Brazell that handing him the shower shoes through the food tray door while feeding was unsanitary. I also advised inmate Brazell that I would need to find

Affidavit-John Ivey
Civil Action No.2:05-CV-1130-T
Page 2

out if the shower shoes belonged to him before I just gave them to him. I then placed the third food tray in the tray door. Inmate Brazell pushed the food tray onto the floor. Inmate Brazell then grasped inmate Thomas' and Pitts' food trays and threw them out of the cell onto the floor. Officer Fayson and I completed feeding chow.

I reported the incident to Segregation Commander, Sgt. Lewis Hulett. Sgt. Hulett and I removed inmate Brazell from the cell. Sgt. Hulett asked inmates Thomas and Pitts if they wanted another food tray. Both inmates reported that they did not want to eat. Sgt. Hulett instructed me to escort inmate Brazell back to the cell. Sgt. Hulett and I placed inmate Brazell back in his cell. I did not physically or verbally harm inmate Brazell in any way during the incident. I have no further knowledge of the incident.

John Ivey

SWORN TO AND SUBSCRIBED TO before me this the __6__ day of __FEB.__, 2006.

Linda E. Deal
NOTARY PUBLIC

My Commission Expires: __7-15-07__