In the United States District Court
For the middle district of Alabama
Northern Division

| | |
|---|---|
| Michael Brazell-226568<br>Pro se, Plaintiff<br>V.<br>Gwendolyn Mosley<br>ET AL. Defendants | Civil Action |

### Sworn Affidavit of Kennth Hill

Before me, the undersigned authority, A notary public in and for said state and county of alabama, at large, who personally appeared, Kennth Hill an inmate at Easterling Correctional Facility, who being known to me and being by me first duly sworn, deposes and says, under oath as now follows;



EXHIBIT E

My name is Kenneth Hill I am presently being confined At Easterling Correctional Facility Administrative segregation SB-10

I am over 21 Years Age

I was standing in the Door way in my cell looking At officer Ivey passing out the lunch trays when I heard Michael Brazell Ask officer Ivey would he hand him his shower slides that was outside his cell Door and officer Ivey said something crazy to Inmate Brazell. A Few mins later A tray was threw out on the tear so Sgt. Hulett came to 8 cell and Ask who threw the tray on the tear Sgt. Hulett and officer Ivey came back to 8 cell About 15 or 20 mins later and got Inmate Brazell out of his cell thats when I seen officer Ivey pull Inmate Brazell arms up in the Air by his handcuffs Brazell Ask officer Ivey to stop pulling on him like that by his handcuffs because Brazell say he was in Pain then they put Brazell back in his cell. but this is not the First time I seen them doing A Inmate like that. the officer do it all the time to Inmates.

Certificate of Service

I hereby certify, that the above, sworn Affidavit of plaintiff is true and correct to the best of my belief and knowledge.

That I have served a copy of the same upon;

Kim Thomas, General Council
Legal Division, Ala. D.O.C.
301 S. Ripley St.
Montgomery, Ala. 36130

By placeing a copy of the same in the U.S. mail, first-class postage, prepaid and properly addressed this the __18__ day of __Nov.__ 2005

signed _Kenneth Wile_ - 181096

Sworn to and subscribed to before me this the __18__ day of __nov.__ 2005

_____
Notary Public
My commission Expires __5-7-2006__