In the United States District Court
For the middle district of Alabama
Northern Division

| | |
|---|---|
| Michael Brazell-226568<br>Pro se, Plaintiff<br>V.<br>Gwendolyn Mosley<br>ET. AL. Defendants | Civil Action |

## Sworn Affidavit of Adam Pitts

Before me, the undersigned authority, A notary public in and for said state and county of Alabama, at large, who personally appeared, Adam Pitts an inmate at Easterling Correctional Facility, who being known to me and being by me first duly sworn, deposes and says, under oath as now follows;

EXHIBIT G

My name is Adam Pitts, I am presently being confined at Easterling correctional facility Administrative segregation 5B-8

I am 21 years of age;

I was in my cell when officer Ivy brought around the lunch tray's. My cell partner Michael Brazell asked officer Ivy to hand him his shower shoes from outside our door. Officer Ivy stated to inmate Brazell "I have no knowledge Punk" Inmate Brazell pushed the tray's back out of the tray hole. Officer Ivy left. He come back about 10-minutes later and handcuffed inmate Brazell took him out of the cell. Out on the teer Officer Ivy snatched Brazell around by his handcuffs Even after Brazell told Ivy it was hurting He still continued to use Excessive force on Brazell. This is not the first time I've seen officer's Abuse inmates in this manner. Between 9am and 10am Nov. 17 2005 Inmate Brazell was interviewed in 5 dorm lobby by Captain Sconyers and officer X.

## Certificate of Service

I, hereby certify, that the above, sworn affidavit of Adam Pitts is true and correct to the best of my belief and knowledge, that I have served a copy of the same upon;

Kim Thomas, General Counsel
legal Division, Ala. D.O.C.
301 S. Ripley St.
Montgomery, Ala. 36130

By placing a copy, of the same in the U.S. mail, first-class postage, pre-paid and properly addressed this the _____ day of _____ 2005

signed _Adam Pitts_

Sworn to and subscribed to before me this the _____ day of _____ 2005

_____
Notary Public

My commission expires _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Sign X _Adam Pitts_   190612 AIS#