# Administrative Segregation Orientation
## Annex A

1. It is your responsibility to abide with and obey all rules established in The <u>Handbook of Rules and Information for Inmates</u>, the <u>Administrative Regulations of the Alabama Department of Corrections</u>, and the laws of the State of Alabama.

2. All cells will be kept clean and orderly. Do not write, mark, deface, or attach objects on the cell walls or any part thereof.

3. Only authorized items are permitted. Other items may be considered contraband and will be subject to disciplinary action. Items that are authorized are:

    a. Current legal papers and only two law books at any given time. When a new law book is needed, an old book must be surrendered.

    b. Stationary items limited to stamps, envelopes, a pad of paper, and a writing instrument. All must be contained neatly in approved container.

    c. Only issued or authorized clothing.

    d. Issued personal hygiene items limited to one small hair comb, one bar of soap, one toothbrush, one small tube of toothpaste, toilet tissue, and one face towel. Female inmates may be issued sanitary napkins.

    e. One book from the institutional library, one religious book of your choice, one Alcoholics Anonymous book, one Narcotics book, and a combination of up to four (4) newspapers/magazines.

    f. One authorized radio with earphones.

4. Other personal property items have been inventoried and stored in the property room until your release.

5. A shower and shave is required every other day. A razor, clipper, or shaving powder will be furnished as appropriate.

6. Meals are served three times daily, except on Sunday and holidays. A cup will remain in the cell. No food items or eating implements will be kept in the cell. Retaining, throwing, or intentionally spilling food is in violation of items 2, 3, and 6 above and subject to disciplinary action.

7. If canteen privileges have not been withdrawn, and when security permits, permission may be granted for you to purchase from the canteen one-half (1/2) of the amount authorized for the general population inmates weekly. Insure items intended for purchase are authorized

Annex A to AR 433 (Page 1 of 2)

AR 433 – January 7, 2003

prior to purchasing. If your canteen privileges have been withdrawn, and when security permits, permission may be granted for purchases not over $5.00 worth of stationary or personal hygiene items. All canteen requests must be approved by a Correctional Officer Supervisor II (Captain) or designee.

8. You may have one visit per month from your approved visiting list. All visiting must be approved by the Warden or Warden's designee prior to the visitor's arrival at the institution. Inform all potential visitors of your status and visitation restrictions. Security considerations will determine whether visitation will be contact or non-contact.

9. You are permitted one telephone call per month. All telephone calls must be approved by the Warden or Warden's designee prior to making the call. Inform all potential visitors of your status and visitation restrictions.

10. All requests for canteen, telephone, or visiting privileges will be considered in relation to your purpose and conditions of being in segregation. Your conduct and demonstrated attitude, and cell inspections will determine if you warrant these privileges.

11. A minimum of one hour of exercise in appropriate restraints will be extended daily when weather and security permits.

12. Medical and Dental sick call will be made daily. Pill call will be held three (3) times daily when needed. When routine medical attention is needed, you should: notify an on-duty officer, fill out the sick call requests (including your name, AIS number, cell number, and the nature of your illness) and give the request to the pill call nurse. Emergency medical, dental, and psychological care will be provided as needed.

13. A unit supervisor will visit the segregation unit.

14. A staff psychologist will visit the unit two times weekly.

15. The Institutional Segregation Review Board will meet to consider your status and progress for seven (7) days of continuous segregation.

16. Inmates placed into Administrative Segregation under investigation should be reviewed and appropriate action will be taken within 72 hours of initial placement, excluding weekends and holidays.

17. A notary public will tour the segregation unit once per week to provide notary service.

18. When additional questions or emergencies arise, contact the officer on duty.