IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1130-WKW |
| ) | |
| GWENDOLYN MOSELY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on plaintiff's Motion for Reconsideration (Doc. # 11), filed on January 4, 2006. Upon consideration, it is hereby ORDERED that this motion is DENIED.

DONE this the 22nd day of February, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE