In The United States District Court
For The Middle District Of Alabama
Northern Division

Michael Brazell
#226568
Plaintiff

v.

Gwendolyn Mosley
et. al.
Defendant(s)

Civil Action No.
2:05-CV-1130-WKW

-----------X

## Motion To Compel

Comes now, the plaintiff in the above styled case, according to Fed. Rules Civ. Proc. Rule 37(A), compelling the Defendant(s).

(1.) The plaintiff is unable to properly respond to the defendants pleadings.

(2.) Defendants, Larry Peavy, CO¹, and Daron Fayson, CO¹, did not respond by affidavit or answer to the plaintiffs complaint.

(3.) This honorable court ordered on January 6th, 2006, page 2, para. 2, "An answer and written report be filed with the court

containing the sworn statements of <u>all</u> persons having knowledge of the subject matter of the complaint."

(4.) The defendants failed to do so.

(5.) The defendants failed to produce medical and psychiatric records, i.e., A body chart which will produce evidence that the plaintiff was injured.

(6.) It was also ordered by order of the same, page 2, para. 3, "<u>No</u> motion for summary judgment, motion to dismiss, or any other dispositive motions addressed to the complaint be filed by any party without permission of the court.

(7.) The court has not given permission to defendants to file a motion for summary judgment.

(8.) According to Fed. Rules Civ. Proc., Rule 12(b)(6), "Summary judgment shall not be granted unless the plaintiff can prove <u>no</u> set of facts.

(9.) The plaintiffs and witnesses sworn affidavit

must be considered as facts.

(10.) The defendants failed to comply with the orders of the court, and the plaintiff is unable to properly respond without the defendants being ordered to comply with the strict orders of Jan. 6th, 2006.

Signed *Michael Brazell*

## Certificate of Service

I hereby certify that I have, this the 19th day of February 2006, served a copy of the foregoing upon the ~~above~~ Defendants, by placing same in the U.S. mail, properly addressed to:

Office of the Attorney General
11 South Union Street
Montgomery, Ala. 36130

Signed *Michael Brazell*