IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MICHAEL ALLEN BRAZELL,     *
 #226 568
     Plaintiff,     *

     v.     *     2:05-CV-1130-WKW

WARDEN GWENDOLYN MOSLEY,     *
*et al.*,
     *

     Defendants.

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion to Compel. Plaintiff's motion has been read, considered and shall be denied.

Accordingly , it is ORDERED that the Motion to Compel (Doc. No. 28) be and is hereby DENIED.

DONE, this 27th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE