In The United States District Court
For The Middle District Of Alabama
Northern Division

RECEIVED
2006 FEB 27 A 9:54

Michael Brazell, )
plaintiff, )
vs. ) Civil Action No.
Gwendolyn Mosley, et. al., ) 2:05-CV-1130-W
defendants. )

## Motion for leave to file an Amended Complaint

Comes now, the plaintiff Michael Brazell, by and through himself, pursuant to Rule 15(a) Fed. R. Civ. P., requests leave to file an amended complaint adding to the original complaint a full and complete Relief requested.

Date: 2-23-06   Respectfully submitted,
                Michael Brazell

## Certificate of Service

I hereby certify that I have served a copy of the above and foregoing upon attorneys of record for all defendants, by placing a copy of the same in the U.S. mail on this 23rd day of February 2006

Respectfully Submitted: Michael Brazell