# Amended Complaint
## 05-1130-W

### Relief Requested:

Wherefore, plaintiff requests that the court grant the following relief:

A. That the court retain jurisdiction of this cause;

B. Declare that the acts of the Defendants are in violation of the Plaintiff's civil rights as secured by 42 U.S.C. §1983;

C. Issue a declaratory judgment stating that the physical force used against the plaintiff without need or provocation were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth (8th) Amendment of the United States Constitution;

D. Award the plaintiff compensatory damages in the amount of ONE-HUNDRED THOUSAND DOLLARS ($100,000.00) for the physical and emotional injuries.

E. Award the plaintiff punitive damages in the amount of TWO-HUNDRED THOUSAND DOLLARS ($200,000.00)

F. Plaintiff demands a jury trial on all issues;

G. Award the plaintiff attorney's fees pursuant to 42. U.S.C. §1988;

(1.)

H. Award the plaintiff the costs of the proceedings;

I. Grant to the plaintiff such other relief this court deems just, proper, and equitable.

Date: 2-23-06

Respectfully Submitted,

*Michael Brazell*

Michael Brazell
A.I.S. # 226568
200 Wallace dr.
Clio, Ala. 36017

(2.)