IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MICHAEL ALLEN BRAZELL,         *
 #226 568
    Plaintiff,                            *

v.                                              *    2:05-CV-1130-WKW

WARDEN GWENDOLYN MOSLEY,   *
*et al.*,
                                                  *
    Defendants.

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Leave to File an Amended Complaint. Plaintiff seeks to amend his complaint to fully and completely specify the relief requested in this matter. Plaintiff's motion has been read, considered and shall be granted.

Accordingly, it is ORDERED that the Motion for Leave to File an Amended Complaint (Doc. No. 30) be and is hereby GRANTED.

Done, this 1st day of March, 2006.

                                                       /s/ Susan Russ Walker
                                                     SUSAN RUSS WALKER
                                                     UNITED STATES MAGISTRATE JUDGE