# AFFIDAVIT

**STATE OF ALABAMA** )
)
Barbour **COUNTY** )

I, Beth H Long, hereby certify and affirm that I am a Medical Records Clerk, at Easterling Correctional Fac.; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Michael A. Brazell, AIS# 226568; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Prison HealthCare Service - ECF; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 1st day of March, 2006.

Beth H Long

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 1st Day of March, 2006.**

Linda A. Wilkinson
Notary Public

9/16/2007
My Commission Expires



A-21

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Brazell, Micheal AIS 220568 DOB ______ UNIT A19 YEAR 2005

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY: M – MEDICAL
D – DENTAL
P—PSYCHIATRIC
N/C-NO COMPLAINTS

B-8

NURSES SIGN AND INITIAL

NC 072



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Michael Brazell

Date of Birth: 11-3-84 Social Security No.: 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

Date: 12-5-05 Time: 8:35 p.m. A.M. P.M.

This is to certify that I, Micael Brazell (Print Inmate's Name), currently in custody at the Ebri (Print Facility's Name), am refusing to accept the following treatment/recommendations: S/C 12-5-2005 (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Michael Brazell (Signature of Inmate)** [signature] (Signature of Medical Person)

(Witness) (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/______ (OTHER) TREATMENT RECORD

DATE: 11-17-05 TIME: 435 AM (circled) PM

FACILITY: Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ EMERGENCY ☐ OTHER

ALLERGIES: NKA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6 ORAL RECTAL RESP. 18 PULSE 77 B/P 118/76 RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S: Doc Body Chart.

O: W/M to HCU escorted by Officer Floyd and Sgt Bayley A&Ox3. Resp even et unlabored. Skin warm et dry to touch. Multiple abrasions noted to arms and hands bilaterally.

ABRASION/// CONTUSION # BURN xx FRACTURE Z LACERATION/SUTURES

PHYSICAL EXAMINATION

A: Doc Body Chart

P: No further Tx indicated Release to Doc.

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RELEASE/TRANSFER DATE: 11/17/05 TIME: 445 AM PM

RELEASE/TRANSFERRED TO: ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE: [signature] LPN DATE: 11-17-05

PHYSICIAN'S SIGNATURE: [signature] DATE: 11/17/05

CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE): Brazell, Michael

AGE: 21 DATE OF BIRTH: 11/3/84 R/S: W/M AIS #: 226568



PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Michael Brazell

Date of Birth: 11-3-84 Social Security No.: 226568

Date: 11-14-05 Time: 9:00 pm A.M. / P.M. (P.M. circled)

This is to certify that I, Michael Brazell (Print Inmate's Name), currently in custody at the Easterling (Print Facility's Name), am refusing to accept the following treatment/recommendations: Sick Call (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Michael Brazell
(Signature of Inmate)**
226568

[signature]
(Signature of Medical Person)

(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



PHS PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-10-05

**To:** DOC Easterling

**From:** PHS Easterling

**Inmate Name:** Brazell Michael **ID#:** 226568

**The following action is recommended for medical reasons:**

1. House in ______
2. Medical Isolation ______
3. Work restrictions ______
4. May have extra ______ until ______
5. Other ______

**Comments:**

Tx care x1 week 10-10-05 thru 10-17-05 @ 5AM clean c̄ soap/H2O, dry, apply TAO et cover c̄ bandaid

**Date:** 10/10/05 **MD Signature:** [signature] CRNP **Time:** 1530

10-12-05 4A — done. [initials]
10-13-05 4A — done [initials]
10-14-05 4A done [initials]

60418

SEG
B8

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/11/05

**To:** Doc

**From:** HCU

**Inmate Name:** Brazell Michael **ID#:** 226 568

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra ____ until ____
5. Other

**Comments:**

5 A.M.

Blood Pressure & pulse daily x 3 days

10/12 BP 108/58 P 60

10/13 BP 112/58 P 60

10/14 BP 112/72 P 64

[signature] 10/14/05

**Date:** 10/11/05 **MD Signature:** Darbouze / [illegible] **Time:** 11:05 AM

Michael Brazell 226568

60418



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-13-05

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Brazell, Michael **ID#:** 226568

**The following action is recommended for medical reasons:**

1. House in ______
2. Medical Isolation ______
3. Work restrictions ______
4. May have extra ______ until ______
5. (Other) PPD Reading on (mon) 8-15-05 @

**Comments:** 7-3 pill call

**Date:** 8-13-05 **MD Signature:** [signature] **Time:** 1P

[signature: Michael Brazell]

60418


PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/23/05 | TIME 910 AM (PM) | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|
| ALLERGIES NKA | | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |

VITAL SIGNS: TEMP 99.0 ORAL RECTAL RESP 20 PULSE 98 B/P 130/80 RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S "An officer assaulted me"
O- AlOx3. Skin warm/dry. Resp even et unlabored. Reports that an officer rammed his head into the wall causing injury to his neck. Reports sharp pain upon moving neck and neck feels stiff. Ø visible injuries noted. Skin intact. Ø distress noted.
A- DOC Body Chart
P- Release to DOC

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / ___ SUTURES

Skin intact
Ø injuries visible

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 5/23/05 | TIME 915 AM (PM) | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE [signature] | DATE 5/23/05 | PHYSICIAN'S SIGNATURE [signature] DATE 5/24/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazell, Michael | 226569 | 11/3/84 | W/M | ECF |

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 5 / 10 / 05 ORIGINATING INSTITUTION/WORK RELEASE CENTER OAS

REASON FOR PROFILE: razor irritation

TREATMENT: shave profile

SHAVE PROFILE INSTRUCTIONS

R L

1 Specific area of face or neck involved is to be identified on the above profiles by the physician.
2 Hair in the areas shown on the diagrams is not to exceed 1/8".
3 The type shave to be used is clipper.
4 This shaving profile expires on 11 / 10 / 05
5 Any corrections automatically cancel this profile authorization.
6 If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7 Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___
DATE

☑ Inmate 5 / 10 / 05
DATE

NURSE'S SIGNATURE (Distributed By)

PHYSICIAN'S SIGNATURE (Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS# |
|---|---|---|---|---|
| Brazell, Michael | 11/3/84 | | W/M | 226568 |

ORIGINAL - Blue Medical Jacket YELLOW - Inmate PINK- Warden

F-13

X Michael Brazell
226568



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 2/13/05 | 920 AM (PM) | Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKDA Wt 172

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.5 ORAL/RECTAL RESP 20 PULSE ____ B/P 110/70 RECHECK IF SYSTOLIC <100> 50 ____

NATURE OF INJURY OR ILLNESS

S-"I feel like I want to hurt myself or someone else."

O- W/m brought to HCU. A+Ox3. Skin warm et dry to touch. Resp even et unlabored. No injuries noted at present. Denies any injuries. Denies having a plan. No acute distress noted.

ABRASION /// | CONTUSION # | BURN xx | FRACTURE z | LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A- Alt in mental status

P- Dr. Nevels notified. See orders.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Sucide watch | | |
| Safe Vest + blanket | | |
| Sack lunch. No personal property. | | |
| VO Dr. Nevels / [signature] | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT: As above

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 2/13/05 | 930 AM (PM) | | ☒ DOC ☒ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] | 2/13/05 | S Banerjee, MD | 2/16/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazell Michael | 226568 | 11-3-84 | W/m | ECF |



PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/13/05

**To:** Doc

**From:** PHS

**Inmate Name:** Brazell Michael **ID#:** 226568

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra until
5. Other

**Comments:** Suicide Watch. Place in Safe Cell c Safe gown, Safe blanket & Sack lunches only. No personal property.

**Date:** 2/13/05 **MD Signature:** [signature] **Time:** 9 30 pm

[signature]

60418



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/2/05

**To:** Medical Records/Security

**From:** ______

**Inmate Name:** Michael Brazell **ID#:** 226568

**The following action is recommended for medical reasons:**

1. House in ______
2. Medical Isolation ______
3. Work restrictions ______
4. May have extra ______ until ______
5. Other ______

**Comments:** Release from suicide watch back to ADOC segregation.

**Date:** 3/2/05 ~~**MD**~~ **Signature:** [signature], Psy D **Time:** 4:35 pm

60418



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 2/15/05 | 2010 AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.8 ORAL/RECTAL RESP 16 PULSE 76 B/P 124/84 RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S: "I was doing push ups on my knuckles" Ⓡ 4th digit
O: swollen @ proximal joint, A&OX3, resp. equal and unlabored, skin warm and dry
A: alteration in comfort
O: A&OX3 (currently in medical isolation cell - HCU)
P: Motrin order, to see MD

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

swollen

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg i po TID | 2015 | [illegible] |

DIAGNOSIS: alteration in comfort

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 2/15/05 | 2020 AM PM | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] | 2/15/05 | [signature] | 2/18/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 11/3/84 | W/M | EAS |

 (White – Record Copy, Yellow – Pharmacy Copy)



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 9/19/04 TIME 855 AM PM

ORIGINATING FACILITY East ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT

ALLERGIES NKDA 172#

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.8 ORAL RECTAL RESP 16 PULSE 88 B/P 120/90 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S. I got in a fight

O Ambulate in handcuffs escorted by Off Lightner & Hamilton. A+ Ox3. Speech cl. Resp. c̄ ease. Scratch noted to back of neck. No other Redness noted to left side of neck. No other broken areas or bruises noted to skin. No c/o voiced.

A Body chart per

ABRASION /// CONTUSION # BURN xx xx FRACTURE Z Z LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

Doc protocol.

P Released to DOC. No Tx. needed.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE 9/19/04 TIME 900 AM PM

RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE

PHYSICIAN'S SIGNATURE [signature] DATE 9/18/04

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael DOC# 226568 DOB 11-3-81 R/S W/m FAC. East

PHS-MD-70007 (White – Record Copy, Yellow – Pharmacy Copy)

PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSTION DATE 6/27/04 | TIME 1pm PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA Wt. 175

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 (ORAL) RECTAL RESP 16 PULSE 80 B/P 110/70 — RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S- "DOC"

ABRASION /// | CONTUSION # | BURN xx | FRACTURE z | LACERATION / ___ SUTURES

Redness — 1cm — Red Abrasion — 4cm

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O-W/m A+Ox3 Amb ̄c Steady gait Resp ̄c ease Skin W/D - 4cm round human bite noted to (R) side of ↑ back - Abrasions noted to ↑ (R) shoulder + (R) side of neck - Small approx 1/2 in abrasion noted below lower lip - No other injury noted to body Denies any complaints

A- Body chart per DOC —

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tetanus 0.5ml IM to (R) deltoid | | |
| v/o Dr. Darbouze/SB | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6/27/04 | TIME 1:10 PM | (RELEASE) / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE SBushnell | DATE 6/27 | PHYSICIAN'S SIGNATURE [signature] DATE 6/28/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Brazell Michael | 220568 | 11/3/84 | W/m | ECF |

PHS-MD-70007 (White – Record Copy, Yellow – Pharmacy Copy)



PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# KITCHEN CLEARANCE PHYSICAL ASSESMENT

| | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | ✓ |

OTHER: ____________________

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: 2Scott [signature] DATE: 6-14-04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X Michael Brazell DATE: 6-14-04

EXPIRATION DATE: 6-14-05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Brazell Michael | 226508 | 11-3-84 | W/m | ECF |

PHS-MD-70042 (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

PRO[illegible] [illegible]JRE FOR ACCESS TO HEALT[illegible] [illegible]RE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dis-satisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

X Michael [signature] 246568 | 175 | 5'9" | 6-14-04

Inmate Signature | AIS# | Weight | Height | Date

[signature]

Witness

6-14-04

Date

7:00pm

Time

# RECEIVING SCREENING FORM

INMATE'S NAME: Brazell, Michael DATE: 5/27/04 TIME: 9:55 AM

DOB: 11/3/84 OFFICER: Freddie McCampbell INSTITUTION: KILBY

RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | X |
| Is the skin in poor condition or show signs of vermin or rashes? | | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | X |
| Is the inmate making any verbal threats to staff or other inmates? | | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | X |
| Does the inmate have any obvious physical handicaps? | | X |

**FOR THE OFFICER**

Was the new inmate oriented on sick/dental call procedures?

This inmate was

X a. Released for normal processing

____ b. Referred to health care unit

____ c. Immediately sent to the health care unit.

Freddie McCampbell
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 1/30/06 TIME:

| Target Symptoms — Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|
| Anger outbursts | 0 / 0 |
| Snapping at people | 0 / 0 |
| Mood swings | 0 / 0 |
| Irritability | 0 / 0 |
| Low tolerance level | 0 / 0 |

Medications: Depakene/Xantac D/c'd as of 11/9/05 — Informed Consent

Compliance: Inmate report % vs MAR % Im doing well clinically

In addition to the information in the tables above and below, then inmate-patient:

S "I am fine. I don't have any problem now. My mood is good. I don't get angry anymore. I am doing good". Reports ø other s/s of mood, anxiety or thought d/o. ø thoughts to hurt himself or anyone else. Voices no other issues or concern. A+Ox3. Good eye contact. Mood: euthymic. Affect: appropriate. Thought process: logical, ø loose associations noted at this time

Side effects: 0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ø SI, ø HI, ø HA, ø delusions, ø paranoia |
| Serious Depression | ✓ | | ø S/S of Bipolar D/O or Impulse Control D/O noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

Lab info: None Labs Ordered: from mental Labs Reviewed: health. AIMS:?

ASSESSMENT/Diagnosis (DSM-IV)

Bipolar D/O (in remission)
Impulse control D/O (in remission)

PLAN: Im clinically stable. Has been doing well without being on any psychotropic meds since 11/9/05. Exhibits ø s/s or signs of mental illness at present time. Discussed c̄ Tx team to change his mental health code to HIST at this time

Return to clinic: RTC ~~[illegible]~~ PRN / Print Last Name: DR. BANERJEE Sign: S Banerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | HIST | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. RTC on PRN basis at this time. Continue care.

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Brazell, Michael AIS#: 226564 Institution: Easterling

Date Review Completed: 11-2-05 Date Placed in Segregation: 9-9-04

30 DAY REVIEW ✓ 90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| | |
|---|---|
| **Affect:** Appropriate for Segregation | **Appearance:** Appropriate for Segregation |
| **Concentration:** Appropriate for Segregation | **Intellectual Functioning:** Within Normal Limits |
| **Mood:** Appropriate for Segregation | **Memory:** Intact |
| **Orientation:** Appropriate for Segregation | **Speech:** Appropriate for Segregation |
| **Other:** | |

BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational) [circled]
Terrified/Crying
Withdrawn
Suicidal
Other:__________

COMMENTS: Cedeeds MI

RECOMMENDATIONS:

_X_ *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: CRISIS INTERVENTION

Treatment Plan Initiated On: 2/14/05 Treatment Coordinator: M. Griffin

Inmate's Housing Location: Safe Cell Institution: ECF

Presenting Crisis: Inmate reports having suicidal ideations.

**DSM IV Diagnosis:**

Axis I:

Axis II:

Axis III:

Current Precautionary Measures: Placed in safe cell

Problem #1 Reports having suicidal ideations.

Goal: Eliminate thoughts & intent to harm self

Target Date for Resolution: 2/15/05

Intervention(s):
1. Place in safe cell
2. Supportive therapy by MHP

Staff Member(s) Responsible: TC, RN, MD

Frequency: Daily

Problem #2 Reporting suicidal ideation

Goal: Eliminate thoughts of self harm

Target Date for Resolution: 2/19/05

Intervention(s):
1. Safe cell
2. Supportive therapy

Staff Member(s) Responsible: TC, RN, MD

Frequency: Daily

Second Page attached: Yes ☐ No ☐

Treatment Team Members

Psychiatrist: Date:

Mental Health Nurse: Date:

Treatment Coordinator: M. Griffin, MHP Date: 2/14/05

Inmate Agreement: Date:

Treatment Plan Review by: (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 225568 |

ALDOC Form 470-02

# Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care (*Review*)

**Treatment Plan Reviewed on:** 10/10/05
**Inmate's Current Housing Location:**

**Treatment Plan Initiated on:** 3/16/05
**Institution:** Easterling Correctional Facility

CURRENT STATUS

Problem # 1 Inmate continues to display signs and symptoms of Impulse Control Disorder as evidenced by angry outbursts, mood swings, irritability, low tolerance level, and impulsivity that is harmful to self or others.

Target Date for Resolution: 6 months

Status: Resolved No Change X Modified

Outcome/Modification: Inmate will continue to receive individual monthly counseling and 90dys psychiatric follow-up. Inmate will continue to comply with recommended medication regime by psychiatrist. Inmate was seen by psychiatrist on 8/3/05, at that time, inmate's medication regime was increased. Inmate was seen by MHP on 10/6/05 and reported increase in anger episodes during the past week. As a result of his impulse behavior he mentioned that he was in a fight with his cellmate in segregation.

Staff Member Responsible: Psychiatrist, MHP, Nurse Frequency: 90dys, Monthly, Weekly

Problem # 2 Inmate is medication non-compliant with his Depakene medication.

Target Date for Resolution: 6months

Status: Resolved No Change X Modified

Outcome/Modification: Inmate will be seen by psychiatrist for medication re-evaluation. Inmate will enroll in the medication compliance group upon release from segregation. MHP will discuss the importance of medication compliance with inmate during individual counseling sessions.

Staff Member Responsible:Psychaitrist, MHP, Nurse Frequency: Monthly, Weekly

Psychiatrist: S Banerjee, MD. Date: 10/12/05

Mental Health Nurse: R. Flowers, LPN Date: 10/12/05

Treatment Coordinator: [signature], MS Date: 10/12/05

Inmate Agreement: [signature] Date: 10/12/05

Next Treatment Plan Review to be Conducted by: (within six months)

Inmate Name: Brazell, Michael | AIS#226568

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated on: 3/16/05 Treatment Coordinator: Steven Futrell, Psy.D.

Inmate's Housing Location: Segregation Institution: ECF

DSM IV Diagnosis:
Axis I: Impulse Control DO
Axis II: Deferred
Axis III: None noted
Axis IV: Incarceration
Axis V: GAF=

| Problem #1 | Outbursts of Anger |
|---|---|
| Goal: | Reduce or eliminate the frequency, intensity, and duration of episodes of anger. |
| Target Date for Resolution: | 9/16/05 |
| Intervention: | 1. Psychotropic medication 2. Psychotherapy/counseling c̄ treatment coordinator |
| Staff Member Responsible: | Psychiatrist/TC — Frequency: 90/30 |

| Problem #2 | Suicidal ideation, per history |
|---|---|
| Goal: | Prevent any recurrence of suicidal ideation |
| Target Date for Resolution: | Ongoing |
| Intervention: | Psychotherapeutic intervention by treatment coordinator. |
| Staff Member Responsible: | TC — Frequency: 30 days/ongoing |

| Problem #3 | Hx of Substance Abuse |
|---|---|
| Goal: | Reduce/eliminate the impulse to abuse substances |
| Target Date for Resolution: | 9/16/05 |
| Intervention: | 1. Psychotherapeutic intervention by T.C. 2. ~~Referral to SAP/Drug Treatment~~ SF |
| Staff Member Responsible: | TC/SAP Staff — Frequency: 30 days/TBA |

Second Page attached: Yes ☐ No ☑

Treatment Team Members

Psychiatrist: S Banerjee, M.D. Date: 3/16/05
Mental Health Nurse: ____ Date: ____
Treatment Coordinator: [signature] Psy.D. Date: 3/16/05
Inmate Agreement: [signature] Date: ____
Treatment Plan Review to be Conducted by: ____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Brozell, Michael | 226567 |

3:20 pm 3/16

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: CRISIS INTERVENTION (*REVIEW*)

Treatment Plan Reviewed On: 2/28/05 Treatment Plan Initiated On: ______

Inmate's Current Housing Location: Safe Cell Institution: ______

Current Precautionary Measures:
Safe Cell

CURRENT STATUS:

**Problem #1**
Suicidal threats
Target Date for Resolution: 3/07/05
Status: Resolved ☐ No Change ☑ Modified ☐
Outcome/Modification: Eliminate thoughts of harming self or others.
Staff Member(s) Responsible: TC, RN, MD Frequency: Daily

**Problem #2**
Suicidal threats
Target Date for Resolution: 3/02/05
Status: Resolved ☐ No Change ☑ Modified ☐
Outcome/Modification: Eliminate thoughts of harming self or others
Staff Member(s) Responsible: TC, RN, MD Frequency: Daily

3/01/05

Comments:
3/2/05: Stated that he is neither suicidal nor homicidal. DC suicide watch.

Second Page attached: Yes ☐ No ☐

### Treatment Team Members

Psychiatrist: ______ Date: ______
Mental Health Nurse: ______ Date: ______
Treatment Coordinator: M. Griffin, MHP Date: 2/28/05

Inmate Agreement: ______ Date: ______

Next Treatment Plan Review by: ______ (within one working day)

| Inmate Name | AIS # |
| --- | --- |
| Brazell, Michael | 226568 |

ALDOC Form 470-03

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: CRISIS INTERVENTION (*REVIEW*)

Treatment Plan Reviewed On: 2/24/05 Treatment Plan Initiated On: 2/14/05

Inmate's Current Housing Location: Safe Cell Institution: ECF

Current Precautionary Measures:
Safe Cell

CURRENT STATUS:

**Problem #1**
Suicidal threats

Target Date for Resolution: 2/25/05

Status: Resolved ☐ No Change ☑ Modified ☐

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible: TC, RN, MD Frequency: Daily

**Problem #2**
Threatening self harm.

Target Date for Resolution: 2/24/05

Status: Resolved ☐ No Change ☑ Modified ☐

Outcome/Modification: Eliminate thoughts of self harm

Staff Member(s) Responsible: TC/RN/MD Frequency: Daily

Comments:

Second Page attached: Yes ☐ No ☑

### Treatment Team Members

Psychiatrist: ______ Date: ______

Mental Health Nurse: ______ Date: ______

Treatment Coordinator: M. Griffin, MHP Date: 2/24/05

Inmate Agreement: ______ Date: ______

Next Treatment Plan Review by: ______ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: CRISIS INTERVENTION (*REVIEW*)

Treatment Plan Reviewed On: 2/21/05 Treatment Plan Initiated On: 2/14/05

Inmate's Current Housing Location: Safe Cell Institution: ECF

Current Precautionary Measures:
Placed in safe cell

CURRENT STATUS:

Problem #1
Inmate reports having thoughts of harming self.

Target Date for Resolution: 2/22/05

Status: Resolved ☐ No Change ☑ Modified ☐

2/21/05

Outcome/Modification: 1. Placed in safe cell
2. Supportive therapy by MHP

Staff Member(s) Responsible: TG, RN, MD

Frequency: Daily

Problem #2
Suicidal threats

Target Date for Resolution: 2/24/05

Status: Resolved ☐ No Change ☑ Modified ☐

2/23/05

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible: TG, RN, MD

Frequency: Daily

Comments:

Second Page attached: Yes ☐ No ☐

Treatment Team Members

Psychiatrist: ______ Date: ______

Mental Health Nurse: ______ Date: ______

Treatment Coordinator: M. Griffin, MHP Date: 2/21/05

Inmate Agreement: ______ Date: ______

Next Treatment Plan Review by: ______ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 11/9/05 TIME:

| Target Symptoms — Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
|---|---|
| Angry outbursts | 0/0-1 |
| Snapping at people | 0/0-1 |
| Mood swings | 0/0-1 |
| Irritability | 0/0-1 |
| Low tolerance level | 0/0-1 |

Medications: med non-compliant Depakene, Xantac

Informed Consent ✓

Compliance: Inmate report 100% vs MAR 100%

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have not been taking those medicines for past three months. I am doing good without taking any medicines. I have been flushing those medicines down the toilet. I feel good. I don't get angry anymore, I don't get any mood swings." Reports ø other sxs of mood, anxiety or thought d/o.

Side effects:

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ø sxs of psychosis, ø SI, ø HI, ø HA |
| Serious Depression | ✓ | | ø sxs of Bipolar D/O or ø delusion |
| Self-Injurious Thoughts | ✓ | | Denies — Impulse Control D/O |
| Suicidal intent | ✓ | | Denies — noted at this time. |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present time |
| Situational Upset | ✓ | | None noted |

ø thought to hurt himself or anyone else. Voices no other concerns at present.

Lab info: None at this time. Labs Ordered: Labs Reviewed: AIMS:?

**ASSESSMENT**/Diagnosis (DSM-IV)

Bipolar D/O (in remission)

Impulse control D/O (in remission)

**PLAN:** IM clinically stable. Has been med non-compliant and refusing all psychotropic meds at this time. Exhibits ø sxs for signs of mental illness at present. Will D/C Depakene, D/C Xantac

Return to clinic: RTC 90 days Print Last Name: DR. BANERJEE Sign: [signature] Banerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

Will be followed up c̄ counseling
RTC in 90 days for follow up
Discussed Tx plan c̄ IM. He understands and agrees c̄ Tx plan. Continue care.

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Brazell, Michael

AIS #: 226568 LOCATION: B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**

Side effects: ____ Medication-Related Problem: ____ Non-Compliance: X

Explanation: 17 morning & evening doses of Depakene missed. Inmate states "I don't need it & I'm not going to take it anymore."

Reported by: R. Flowers, LPN Date: 11-8-05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 11/1-11/7/05 Inmate remains non-compliant & talked to on weekly basis. Instructed inmate of possible signs & symptoms from not taking medication as ordered & to take medication as ordered. Will be seen by Dr. Banerjee on 11/9/05 for follow-up & med non-compliance.

Follow-Up by: R. Flowers, LPN Date: 11-9-05 Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance report on 11/9/05
Please review progress notes dated 11/9/05.
S Banerjee, MD

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Brazell, Michael

AIS #: 226568 LOCATION: 5B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Depakene | 500mg. | Bid | |

**PROBLEM REPORTED:**

Side effects: ____ Medication-Related Problem: ____ Non-Compliance: X

Explanation:
5 morning & 6 evening doses of Depakene missed

Reported by: R. Flowers, LPN Date: 11-1-05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/25-10/31/05
Inmate states "I don't want to take any medicine any more."

Instructed inmate of importance of taking medication as ordered & possible signs & symptoms of not taking medication routinely. Will be seen on 11/9/05 by Dr. Banerjee for follow up & med non-compliance

Follow-Up by: R. Flowers, LPN Date: 11-4-05 Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
S Banerjee, MD

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568 LOCATION: B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Depakene | 500mg. | Bid | |

**PROBLEM REPORTED:**

Side effects:____ Medication-Related Problem:____ Non-Compliance: X

Explanation:
38 morning doses of Depakene missed
8 evening doses of Depakene missed

Reported by: R. Flowers, LPN Date: 10/25/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/17/05 - 10/25/05
Inmate states "I don't need the medicine & I'm not going to take it."

Instructed inmate on importance of taking medication & possible signs/symptoms of not taking it. Will be scheduled to be seen by Dr. Banerjee for med-noncompliance.

Follow-Up by: R. Flowers, LPN Date: 10/25/05 Michael Brazell 226568

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05.
S Banerjee, MD

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568 LOCATION: 5B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**

Side effects:____ Medication-Related Problem:____ Non-Compliance: X

Explanation:

4 morning & evening doses of Depakene missed

Reported by: R. Flowers, LPN Date: 10/17/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/11 - 10/17/05

Inmate states "The medicine is not working for me."

Instructed inmate to take medication as ordered & will be scheduled to be seen by Dr. Banerjee for med non-compliance.

Follow-Up by: R. Flowers, LPN Date: 10/18/05

Michael Brazell 226588

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05

S Banerjee, MD

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568 LOCATION: 5B-15

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| VPA | 500 mg | Bid | |
| Zantac | 150 mg. | Bid | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X
Explanation:
5 morning doses of VPA + Zantac missed
4 evening doses of Zantac + VPA missed

Reported by: R. Flowers, LPN Date: 9/26/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 9/21/05 - 9/26/05
Inmate states " I don't think its doing me any good;"

Instructed inmate on importance of taking medication as ordered + will be scheduled to be seen by Dr. Banerjee for med non-compliance.

Follow-Up by: R. Flowers, LPN Date: 9/27/05 Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**
Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
S Banerjee, MD

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Brazell, Michael AIS#: 226568 Institution: ECF

Date Review Completed: 8-3-05 Date Placed in Segregation: 9-28-04

30 DAY REVIEW ✓ 90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
|---|---|
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity
Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia
Passive
Rational (circled)
Terrified/Crying
Withdrawn
Suicidal
Other:

COMMENTS: Coded SMI

RECOMMENDATIONS:

X SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
REFERRED FOR PSYCHIATRIC EVALUATION
Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Michael Brazell Date of Request: July 24,05

ID # 226568 Date of Birth: 11-3-81 Location: 3A-1

Nature of problem or request: The cell that Im in lights doesnt work and the darkness is bothering my thoughts, I hate not being able to see. I've also been depressed and this cell is driving me crazy I need someone to talk to, please help me.

P.S. Officers keep messing with me and Im having some real bad thoughts. Michael Brazell

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 7/25/05

Time: 1000 AM PM

Allergies: NKDA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:** "I [illegible] to see MHP & see if they can get me moved to another cell."

**(O)bjective** **(V/S):** **T:** 98.4 **P:** 77 **R:** 18 **BP:** 118/80 **WT:** 180

[illegible] any bad thoughts @ this time. States he has asked for them to move him several times because the lights

**(A)ssessment:** won't come on & he is "claustaphobic" anyway. A&O×3. Showed no [illegible] flags @ time. POT for alt in coping skills

**(P)lan:** Refer to Mental Health

Rec'd + talked to by MHP on 7/26/05 R. Flowers, LPN

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE

YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Brazell, Michael AIS#: 226568 Institution: ECF

Date Review Completed: 5-19-05 Date Placed in Segregation: 9-28-04

30 DAY REVIEW ✓ 90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | ~~Passive~~ |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_______ |

COMMENTS: Coded SMI

RECOMMENDATIONS:

X *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Michael Brazell Date of Request: 4-16-05
ID # 226568 Date of Birth: 11-3-84 Location: 5B-8
Nature of problem or request: I need to see someone in Mental Health. I've been feeling depressed. At times I've been geting so angry that the only thing that can calm me down is if I hit something. Help me befor I hurt someone.

Michael Brazell
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

Scheduled for 5/2/05

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

R. Flowers, LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 8/3/05 TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst Today vs Before |
|---|---|
| Angry outbursts | 0-1/2 |
| Snapping at people | 0-1/2 |
| Mood swings | 0-1/2 |
| Irritability | 0-1/2 |
| Low tolerance level | 0-1/2 |

Medications: VPA, Xantac.

Informed Consent: ✓

Compliance: Inmate report 100% vs MAR 100%

In addition to the information in the tables above and below, then inmate-patient:

S "I am feeling better now, since I got started on the medicines. I don't have that many angry outbursts anymore". Reports ∅ other sx's of mood anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other issues or concerns. A+Ox3. Good eye contact. Mood: euthymic Affect: Appropriate, Thought Process: logical ∅ loose associations.

Side effects: 0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sx's of psychosis, ∅ SI, ∅ HI, ∅ HA. |
| Serious Depression | ✓ | | sx's of Bipolar D/O improving ∅ delusions |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: current situation of being in seg. |

Lab info: VPA level Labs Ordered: 83 ug/mL Labs Reviewed: on 6/29/05 AIMS:?

ASSESSMENT/Diagnosis (DSM-IV)

Bipolar D/O ~~(in remission)~~ (in partial remission)
Impulse control D/O ~~(in remission)~~ (in partial remission) (in partial remission)

PLAN: Im clinically stable. Responding well to his current psychotropic meds. Will continue current meds. Continue current Tx plan. RTC in 90 days for follow up. Continue care.

Return to clinic: RTC 90 days Print Last Name: DR. BANERJEE Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAXELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

# INTE[R]DISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 1-16-06 | 1:45 P | S- I/M rep. he stays anxious & picks at his face & has peeling fingers. He relates his anxiety to not knowing whether he has 45 days left to serve, or 16 years, depending on whether his split is taken or not. He denied dep. & SI. He rep. good family support. He reads & listens to music to pass time. He was encouraged to continue using good coping skills. He denied anger outbursts. | |
| | | O- Good eye contact, smiled often, grooming appropriate, speech logical & coherent. No overt Sx of mental illness noted. | |
| | | A- Situational anxiety. | |
| | | P- Continue care. | |
| | | | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 21 | W/M | ECF |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 10/12/05 | | I/M seen for Tx team meeting. Reviewed and discussed tx plan c̄ I/M. He understands and agrees c̄ tx plan. Continue care. | S. Banerjee, MD |
| 11/14/05 | 12:00pm | Monthly individual contact<br><br>S- I/M Brazell, Michael was seen for monthly individual contact today. However, I/M refused and stated "I don't want them to shake my cell up". I/M denies experiencing any suicidal/homicidal ideations, delusions, auditory/visual hallucinations.<br><br>O- 20 yr old W/M alert, coherent, cooperative, spoke logically, maintained eye contact, I/M lying on the bed (top rack).<br><br>A- I/M appears currently stable at the time based on available information noted. #1 Signs/symptoms of impulse control d/o - I/M appears to be asymptomatic at the time and is not in any distress. #2 Medication non-compliance - I/M is currently compliant at the time.<br><br>P- cont with monthly individual counseling, monitor mental stability/medication compliance, 90 days psychiatric follow up, will follow-up next month. | [illegible], MS MHP |
| 12-12-05 | 11:40 A | S- I/M rep. he is stressed out about his sentence (possible loss of split). He rep. his fingers are itchy & peeling. We discussed stress management techniques. He rep. he listens to music & sometimes reads. He rep. no SI or HI. He rep. his family is supportive. He denied mood or anger problems.<br>O- Alert, good eye contact, smiled occasionally, grooming appropriate.<br>A- Appeared currently stable, polite.<br>P- Continue care. | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

# I... RDISCIPLINARY PROGRESS N... :S

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/30/05 | cont | A- I/m is clinically stable at the time and is not displaying any signs/symptoms of Bipolar Disorder. #1 Signs/symptoms of Bipolar Disorder - I/m is asymptomatic at the time and reports a decrease in anger tendencies and depressive episodes. | |
| | | P- cont with monthly counseling, monitor mental stability/medication compliance, 90 days psychiatric follow-up | |
| | | | T. [illegible], MS<br>MHP |
| | | Monthly Individual contact | |
| 10/10/05 | 10:30am | | |
| | | S- I/m Brazell "just maintaining" "had problems with my cellmates" "things been rough over the past week." I/m denies experiencing any additional problems/distress at the time. I/m Brazell reports experiencing angry mood swings over the past few weeks, I/m is not taking his depressive medication and reported "I have been flushing my medication down the toilet." I/m reports feeling a little depressed about being in segregation. I/m denies experiencing suicidal/homicidal ideation as well as auditory/visual hallucinations. I/m Brazell is partially medication compliant at the time and is not taking his depressive medication | |
| | | O- 20 yr old w/m alert, coherent, spoke clearly, cooperative, good eye contact, dress/grooming neat. I/m Brazell describes his mood as being "alright". I/m reports eating 1-3 meals a day and sleeping 1-2 hrs a night | |
| | | A- I/m is relatively stable at the time but is displaying signs/symptoms of Bipolar Disorder. #1 Signs/symptoms of Impulse Control Disorder - I/m continues to report angry mood swings at the time. Conflicting in cell with [illegible]. #2 medication non-compliance - I/m is non-compliant with his depressive medication. | |
| | | P- continue with monthly counseling, monitor mental stability/medication compliance, Refer to psychiatrist for evaluation | |
| | | | T. [illegible], MS<br>MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 22651[illegible] | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/9/05 | cont | continues to report not feeling any difference to medication regime "does n't feel he needs it". I/m states "he just needs to control himself". I/m reports that his anger tendencies have decreased since in new cell, no problems with others. I/m denies feeling depressed and not suicidal/homicidal. I/m also denies experiencing auditory/visual hallucinations. | |
| | | O- 20 yr old W/m alert, coherent, speaks logically, friendly, talkative, good eye contact, dress/grooming neat, I/m reports eating 1-3 meals a day and sleeping 9 hrs a night. | |
| | | A- I/m is clinically stable at the time and is not displaying any s/s or symptoms of Bipolar Disorder/Impulse control disorder. #1 outbursts of anger - I/m denies feeling angry at the time and reports improved mood. #2 suicidal ideations - I/m denies feeling suicidal at the time. | |
| | | P- cont with monthly counseling, monitor mental stability/medication compliance, 90 days psychiatric follow-up | [illegible signature] MHP |
| 9/20/05 | 11:00AM | Monthly<br>S- I/m Brazell reported "Just maintaining" "counting days" "doing alright". I/m denies experiencing any distress or problems at the time. I/m states his anger tendencies have decreased. I/m Brazell states he doesn't believe medication regime is helping him, "to be honest with you I have been flushing my medicine down for the past month". I/m denies feeling depressed at the time. I/m Brazell denies feeling suicidal/homicidal and is not experiencing any auditory/visual hallucinations. | |
| | | O- 20 yr old W/m alert, coherent, cooperative, friendly, speaks logically, dress/grooming neat, I/m Brazell describes his mood as being "alright". I/m reports eating 1-3 meals a day and sleeping 5-6 hrs a night | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226569 | 20 | W/M | ECF |

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/22/05 | cont | A- I/m is relatively stable at the time and is not displaying any signs/symptoms of Impulse control disorder. #1 Anger tendencies - I/m denies experiencing any anger tendencies at the moment and states his last angry episode was Saturday. #2 suicidal ideation - I/m denies experiencing suicidal ideations at the time. #3 H/o substance abuse - I/m is scheduled to [illegible] SAP upon release from seg [illegible] | |
| | | P- cont with monthly counseling, 90 days psychiatric follow-up, monitor mental stability/medication compliance. | [illegible] MHP |
| 7/21/05 | 11:15AM | Monthly individual contact | |
| | | S- I/m Brazell reported "kind of stress out over these officers". I/m continues to report that his current medication regimen is not working, still has anger tendencies. I/m denies a/v hallucinations, as well as suicidal ideations. I/m Brazell reports situational depression and recent [illegible] assault on another inmate. I/m reports feeling paranoid at times of officers trying to harm him | |
| | | O- 20 y-old w/m alert, coherent, [illegible], speech logical, good eye contact, dress/grooming neat. I/m reports eating 1½-3 meals a day and sleeping 5-6 hrs on/off a night. | |
| | | A- I/m is relatively stable at the time, but is displaying signs/symptoms of Impulse control disorder. | |
| | | P- cont with monthly counseling, 90 days psychiatric follow-up, monitor mental stability/medication compliance. | [illegible] MHP |
| 8/9/05 | 12:15pm | Monthly individual contact | |
| | | S- I/m Brazell reported "doing alright pretty good". I/m denies experiencing any additional problems/distress at the time. I/m | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/m | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| | | Counseling Session in admin seg. | |
| 5-19-05 | | S- Inmate Brazell reported this is his second time in prison. I/M stated that he is compliant with medication. I/M stated "I don't feel any different." MHP encouraged I/M to continue taking his meds. I/M receives financial support from his father. | |
| | | O- Alert, Cooperative, Appropriate affect | |
| | | A- Depressed mood | |
| | | P- Next session is scheduled in one month | A. Peters MHP |
| 6/8/05 | | IM seen. Was last seen on 5/11/05. VPA level 19 ug/mL. Discussed c̄ IM to increase his VPA to 1000 mg/d. Discussed Tx plan c̄ IM. He understands and agrees c̄ Tx plan. Will repeat VPA in three weeks. Continue care. | S Banerjee, MD |
| 6/23/05 | 9:40AM | Outpatient monthly counseling | |
| | | S- Outpatient monthly counseling - I/M Brazell reported "doing alright". I/M denies suicidal/homicidal ideation at the time, but continues to report anger tendencies toward correctional staff. I/M is currently taking psychotropic medication at the time and doesn't feel like it is helping. I/M Brazell denies experiencing auditory/visual hallucinations, but is experiencing situational depression. I/M denies experiencing any other distress or problems at the time. | |
| | | O- 20 yr old w/m alert, oriented, cooperative, good eye contact, dress/grooming neat, I/M describes mood as being "fair" affect congruent. I/M reports eating 1 1/2 - 3 meals a day and sleeping 8 hours plus a night | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE; 5/11/05 TIME:

| Target Symptoms Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|
| Angry outbursts at times | 2/0 |
| Snapping at people | 2/0 |
| Mood swings | 2/0 |
| Irritability | 2/0 |
| low tolerance level | 2/0 |

Medications: got started on Depakene — Informed Consent ✓

Compliance: Inmate report ____ % vs MAR ____ %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I get angry at people when they pick on me. I don't have any suicidal thoughts".

Side effects: Reports ø other sx's of mood, anxiety or

**O** thought d/o. ø thoughts to hurt himself or anyone else. Voices no other issues or concerns at present. A+Ox3. Mood: angry mood noted at times. Affect: occasional irritable affect noted. Thought process logical, ø loose associations

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ø sx's of psychosis noted |
| Serious Depression | ✓ | | mild sx's of Bipolar D/O |
| Self-Injurious Thoughts | ✓ | | Denies — Impulse control D/O |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted at present |
| Seriously Impulsive | ✓ | mildly impulsive | ~~None noted~~ mildly impulsive ~~at present~~ |
| Situational Upset | | ✓ | Re: current situation |

Lab info: Labs Ordered: Labs Reviewed: AIMS:? labs ordered on 5/11/05, VPA, LFT's, CBC.

***A**SSESSMENT*/Diagnosis (DSM-IV)

R/O Bipolar D/O
Impulse control D/O

**P**LAN: IM exhibiting mild sx's of Bipolar D/O and Impulse control D/O. Will start him on Depakene. Explained risks / benefits of being on Depakene c̄ IM. He understands and agrees c̄ Tx plan. Continue care.

Return to clinic: RTC 90 days Print Last Name: DR. BANERJEE Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES (Cont.) | SIGNATURE |
|---|---|---|---|
| | | (P:) DC suicide watch, 2° to inmate's statement that he has not plan to harm himself or others. — | |
| | | -Treatment Plan — | |
| | | - Follow-up monthly/PRN. — | |
| 3/16/05 | | IM seen in TX team meeting. Discussed and reviewed TX plan c̄ IM. He understands and agrees c̄ TX plan. Continue care. | S Banerjee, MD |
| 3/16/05 | 3:23pm | (S:) Stated he ~~had~~ has had no further suicidal impulses. No evidence or claims of homicidal ideations or A/V hallucinations. Said he will be in segregation until his EOS next year. | |
| | | (O:) Appropriate eye contact. Speech was clear and cogent. Grooming and hygiene WNL. Affect and mood were neutral. Insight and judgment were ostensibly good. Oriented to time, place, person, and situation. Did not present as psychotic, nor as a danger to himself or others at the time of contact. | |
| | | (A:) No overt mental illness at the time of contact. | |
| | | (P:) Follow up monthly/PRN. | [signature] |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | WM | ECF |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3-1-05 | S- | Im seen in safe cell on suicide watch. Im continues to express thoughts of harming self & at times thoughts of harming others to protect himself. "I'm not going back into population." Im appears to be afraid of being placed in regular dorm w/ other inmates. | |
| | O- | Cooperative, good eye contact, calm, affect: Normal, No psychosis. | |
| | A- | Axis I: Suicidal ideations | |
| | P- | Remain in safe cell. | |
| | | [signature], MHP | |
| 3/2/05 | 435 pm | (S:) Stated definitely that he has neither suicidal nor homicidal intent. Said he's not getting anything out of being in the cell, so he might as well get out. Denied A/V hallucinations. (O:) Neutral affect and mood. Dressed in a suicide smock. Insight and judgment appeared to be WNL at the time of contact. Oriented to time, place, person, and situation. Has reportedly been telling other inmates that he has a life sentence, to protect himself and his EOS date (he is due for release in about one year), thus suggesting a plan to keep himself safe and alive. Did not present as psychotic, nor as a danger to himself or others at the time of contact. (A:) Malingering/manipulation to remain in a single cell. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | WM | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/28/05 | | S- I/m seen in safe cell on suicide watch. I/m continues to voice suicidal ideations. "I don't want to live. I'm ready to die". Pre-occupied with thoughts of dying. However this can be an attempt to convince others to not place him back into population. It is reported that inmate Brazell is afraid of what may happen to him in population. | |
| | | O- Cooperative, talkative, good eye contact, affect, Normal. No sxs of depression, No psychosis. possible manipulation to remain in safe cell. | |
| | | A- Suicidal ideations. | |
| | | P- Remain in safe cell. | |
| | | [illegible], MHP | |
| 2-28-05 | 1:30pm | S- I'm feeling the same way. I'm mad at everybody messing with me. I'll kill myself. I haven't heard from my family. I go home next march, but I tell other inmates I have life so maybe they will think I have nothing to lose and leave me alone. I swung on a guy for making homosexual advances and I got put in Seg and he went to 6A. | |
| | | O- Smiling, talkative, good eye contact, no sxs of mental illness noted. R/o manipulation to avoid population. | |
| | | A- Suicidal ideation | |
| | | P- Remain in safe cell. | Mitchell |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/23/05 | | IM seen - Still voicing suicidal thoughts, ideas. For IM's safety will continue suicide watch. Suicide mattress, suicide smock, suicide blanket recommended. Monitor clinical status closely on regular basis. Continue care. S Banerjee, MD. | |
| 2/24/05 | S- | IM seen in safe cell on suicide watch. IM continues to make suicidal threats. "I'm going to hurt myself when I get the chance." "I'm tired of people messing w/ me." IM avoided giving names of people that he feel is messing w/ him. | |
| | O- | Responsive, oriented, malingering to avoid conflict w/ other inmates that he owe. affect: Normal, No psychosis, No sxs of depression. | |
| | A- | ~~Axis I~~. Suicidal threats | |
| | P- | Remain in safe cell. J. Griffin, MHP | |
| 2/25/05 | 4:01 pm | (S:) Still claiming intent to harm himself, Said he's "tired of this shit". (O:) Seen in safe cell. Was trying to watch goings and coming in the infirmary. Still garbed in a suicide smock. Did not present as psychotic, nor as an imminent danger to himself or others at the time of contact. (A:) Potential to act out by harming himself. R/O malingering/manipulation for 2° gain. (P:) Continue suicide watch. Follow up daily. [illegible], Psy D. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/23/05 | 4:15pm | (S:) Stated he is tired of life, "tired of these fuckers messing c̄ me." ("Who is messing with you?") "Everybody's messing with me." ("Why?") "Just to be messing with me". Stated he is always thinking of hurting someone. "Tell them I need anger management". Denied A/V hallucinations (laughed when asked about what the voices say). Still claiming that he wants to harm himself. | |
| | | (O:) Affect and mood were fairly bright, in stark contrast to the affect and mood of the typical suicidal inmate. Garbed in a suicide smock. Speech was clear and cogent. Maintained good eye contact. Very ~~inquisitive~~ wmrsp inquisitive regarding the content of my note. Insight and judgment seemed very poor. Oriented to time, place, person, and situation. Did not ~~appear~~ psychotic at the time of contact. Genuine danger to himself or others is questionable. | |
| | A/P | (A:) Maintain on suicide watch as a precaution. R/O manipulation/malingering for 2° gain, particularly the avoidance of threats or debts. | |
| | | (P:) Maintain suicide watch. | [signature], Psy.D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | wm | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/14/05 | S- | I/m seen in safe cell on suicide watch. I/m reported having suicidal ideations since the death of his sister a month ago. "I've been feeling like this for over a month." | |
| | O- | Cooperative, responsive to questions, affect appropriate, grieving. No psychosis. | |
| | A- | Suicidal ideations. | |
| | P- | Remain in safe cell. J. Griffin, MHP | |
| 2/16/05 | | I/m expressing suicidal thoughts. For his safety, will continue suicide watch for now. Continue care. Monitor clinical status closely. SBanerjee, MD. | |
| 2/17/05 | S- | I/m seen in safe cell on suicide watch. I/m refusing to talk. "I don't want to talk. I'm tired of talking to everybody." I/m continues to express suicidal ideations. | |
| | O- | Uncooperative, not very talkative, affect flat, angry mood, suicidal ideations. | |
| | A- | Suicidal ideations. | |
| | P- | Remain in safe cell. J. Griffin, MHP | |
| 2/18/05 | 4 45 pm | (S): Only communication is to say he is suicidal. (O): Swaddled in blanket. Affect and mood are irritable. Insight and judgment likely poor. (A): Potential for self harm. (P): Continue suicide watch. [illegible] | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | | W/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Brazell, Michael AIS#: 226568 Institution: Easterling

Date Review Completed: 11-18-04 Date Placed in Segregation: 9-28-04

✓ 30 DAY REVIEW 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II [signature: Brian Mitchell]

MENTAL STATUS EXAMINATION

| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
|---|---|
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) — circled |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_______ |

COMMENTS:

RECOMMENDATIONS:

X *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Brazell, Michael AIS#: 226568 Institution: ECF

Date Review Completed: 8-9-04 Date Placed in Segregation: 6-27-04

✓ 30 DAY REVIEW 90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

- Aggressive
- Agitated
- Delusional
- Eye Contact
- Hallucinating
- Hyperactivity
- Irrational
- Labile
- Lethargic
- Loose Associations
- Manipulative
- Paranoia
- Passive
- (Rational) [circled]
- Terrified/Crying
- Withdrawn
- Suicidal
- Other: ______

COMMENTS:

RECOMMENDATIONS:

X *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

# PSYCHOLOGICAL UPDATE

Name: [illegible] AIS#: 226568 R/S: WM

Date: 6/2/04 Date of Birth: 11/3/84 Age: 19

Inmate [illegible] was last evaluated by ADOC psychology staff member — on 7/2/03. A diagnosis of — was made and the inmate was recommended for participation in SAP, ABE

RECEIVED JUN 10 2004

The following observations and recommendations are made as a result of the current interview:

I. Educational Needs

✓ a. ABE ___ b. Special Education ___ c. Trade School ___ d. Junior College

SAP 2003

II. Mental Health Needs

___ A. Refer to psychiatrist ___ E. Sexual adjustment ___ I. Self-concept enhancement

___ B. Substance abuse counseling ___ F. Reality therapy ___ J. Healthy use of leisure

___ C. Depression ___ G. Anger-induced acting out ___ K. Personal development

___ D. Stress management ___ H. Values clarification

Date referred to psychiatrist ___/___/___

III. RECOMMENDATIONS/REMARKS: [illegible handwritten remarks]

MENTAL HEALTH CODE: SMI HARM HIST NONE

Evaluation Completed by: [signature] Date: 6/2/04

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

Easterling

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**RECEPTION MENTAL HEALTH SCREENING**

Institution: KCF Date/Time Inmate Received: 5/28/04
Date/Time of Screening: 5/28/04 Signature/Title of Screener: Burrell, MS-MHP

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC*

- ☐ Yes ☑ No Psychotropic medication:
- ☐ Yes ☑ No Medication turned over to ADOC upon arrival?
- ☐ Yes ☑ No Mental health follow-up in last 90 days:
- ☐ Yes ☑ No Suicide/self-harm attempts in last 90 days:

*MENTAL HEALTH HISTORY* *Does inmate report a history of the following (if yes, provide details):*

- ☐ Yes ☑ No Outpatient treatment:
- ☐ Yes ☑ No Inpatient treatment:
- ☐ Yes ☑ No Psychotropic medication:
- ☐ Yes ☑ No Suicidal attempts:
- ☐ Yes ☑ No Suicidal thoughts:
- ☐ Yes ☑ No Head injury:
- ☐ Yes ☑ No Seizures:
- ☐ Yes ☑ No Violent behavior:
- ☑ Yes ☐ No Substance abuse: Meth, coke, alc, MJ, pills
- ☑ Yes ☐ No Substance abuse treatment: in prison - 03
- ☐ Yes ☑ No Special education classes:

*INMATE SELF-REPORT OF CURRENT STATUS*

- ☐ Yes ☑ No First incarceration (reaction):
- ☑ Yes ☐ No Reports family support: dad
- ☐ Yes ☑ No Reports serious depression/remorse:
- ☐ Yes ☑ No Thinking about suicide:
- ☐ Yes ☑ No Has plan for suicide:
- ☐ Yes ☑ No Possible to implement plan:
- ☐ Yes ☑ No Reports hallucinations:

*BEHAVIORAL OBSERVATIONS*

- ☐ Poor eye contact ☐ Poor hygiene ☐ Unable to pay attention ☐ Unresponsive
- ☐ Disoriented ☐ Overly anxious ☐ Unable to follow directions ☐ Unable to read
- ☐ Crying ☐ Memory deficits ☐ Signs of self-mutilation ☐ Afraid
- ☐ Illogical speech content ☐ Appears to be hearing voices or seeing things ☐ Paranoid
- ☐ Hostile ☐ Other unusual behavior:

*DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)*

- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell placement recommended
- ☐ Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

Michael Brazell
Inmate Signature

226568
AIS Number

5 27 04
Date Signed

Brazell, Michael

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client : BRAZELL, MICHAEL    Age : 19

Sex : Male    Marital Status :

Education :    Date of Birth : 11/03/1984

File Name : 226568

Prepared for: Kilby Correctional Facility on 06/01/2004

------------------------

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

```
             L     F     K    Hs     D    Hy    Pd    Mf    Pa    Pt    Sc    Ma    Si
  110 --    --    --    -- +  --    --    --    --    --    --    --    --    --    --  -- 110
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
  100 --                   +                                                            -- 100
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
   90 --                   +                                                            -- 90
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
   80 --                   +                                                            -- 80
       -                   +                     *                                      -
       -           *       +                                                            -
       -                   +                                                            -
       -                   +                                 *                          -
   70 --                   +                                                   *        -- 70
       -                   +                                                            -
       -    --    --    -- +  --    -*    --    --    --    --    --    --    --    -*  -
       -                   +                                             *              -
       -     *             +                                                            -
   60 --                   +                                                            -- 60
       -                   +                                       *                    -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
   50 --    --    --    -- +  --    --    --    --    --    --    --    --    --    --  -- 50
       -                   +                                                            -
       -                   +                                                            -
       -                   +               *           *                                -
       -                   +                                                            -
   40 --                   +   *                                                        -- 40
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
   30 --                 * +                                                            -- 30
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
       -                   +                                                            -
   20 --    --    --    -- +  --    --    --    --    --    --    --    --    --    --  -- 20
                               1     2     3     4     5     6     7     8     9     0
             L     F     K    Hs     D    Hy    Pd    Mf    Pa    Pt    Sc    Ma    Si
T-Score     61    76    30    39    66    43    77    44    72    57    63    69    66
```

Unanswered (?) Items = 197

Welsh Code: 46'9208-7/53:1# F'L-K#

-- PROFILE MATCHES AND SCORES --

| | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: | | | 4-6/6-4 | 4-6/6-4 (9) |
| Coefficient of Fit: | | | .8 | .85 |
| Scores: | ? (raw) | 197 | | |
| | L | 61 | 53 | 52 |
| | F | 76 | 74 | 66 |
| | K | 30 | 43 | 43 |
| | Hs (1) | 39 | 54 | 48 |
| | D (2) | 66 | 63 | 52 |
| | Hy (3) | 43 | 55 | 49 |
| | Pd (4) | 77 | 79 | 72 |
| | Mf (5) | 44 | 49 | 47 |
| | Pa (6) | 72 | 81 | 72 |
| | Pt (7) | 57 | 61 | 52 |
| | Sc (8) | 63 | 65 | 56 |
| | Ma (9) | 69 | 59 | 65 |
| | Si (0) | 66 | 54 | 47 |
| Mean Clinical Elevation: | | 60 | 65 | 58 |
| Ave age-males: | | | 33 | 33 |
| Ave age-females: | | | 32 | 29 |
| % of male codetypes: | | | 4.9% | 1.4% |
| % of female codetypes: | | | 4.9% | 1.2% |
| % of males within codetype: | | | 67.6% | 70.9% |
| % of females within codetype: | | | 32.4% | 29.1% |

---

Configural clinical scale interpretation is provided in the report for the following codetype(s):

4-6/6-4

---

-- CONFIGURAL VALIDITY SCALE INTERPRETATION --

There is no information available for this configuration of scores for scales L, F, and K. Interpretation for each of the individual validity scales is presented below.

-- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not be interpreted because the number of unanswered items is greater than 30.

L T = 61

L scores in this range are suggestive of individuals who may be defensive, lack insight, and be slightly more conforming and moralistic than usual. They may have a tendency to repress or deny problems and unfavorable traits.

F T = 76

F scores in this range, if they are valid, suggest the increasing probability of serious psychological and emotional problems which are often characteristic of severe neurosis, psychosis, or behavioral problems. Scores in this range also may occur because individuals have had some difficulty reading or understanding the test items (evaluate measures of consistency of item endorsement), or because they have some motivation to overreport psychopathology (evaluate measures of accuracy of item endorsement).

K T = 30

Scores in this range are very low and suggest that the individual may have serious psychological and emotional problems or may have distorted and greatly exaggerated their problems to create the impression of a severe psychological disorder. Psychological defenses may be extremely weak and the individual may have limited ability to cope with stress.

## -- CONFIGURAL CLINICAL SCALE INTERPRETATION --

4-6/6-4 Codetype

Clinical Presentation:

These individuals are angry, argumentative, and resentful of any demands being placed on them. They are excessively demanding of attention, affection, and sympathy. They typically have poor work histories. Marital problems are quite common. These individuals are suspicious of the motives of others and paranoid features should be ruled out.

These individuals are generally obnoxious, hostile, and angry. They are usually able to control the expression of their hostility , but they do exhibit episodic angry outbursts. These individuals often express rather vague emotional and physical complaints and they report feeling depressed and nervous. Substance abuse may be a significant issue. In response to stress, these individuals may exhibit outbursts of temper and threats of punishment.

These individuals often exhibit strong needs for attention, affection, and sympathy coupled with suspiciousness concerning the motives of others. They may become hostile and angry when their expectations are not met.

The self-concept of these individuals is usually unrealistic and grandiose. They tend to exaggerate their own contributions and self-worth.

These individuals are likely to have a long history of very poor interpersonal relationships. They are difficult to interact with because of their hostile attitudes and behavior which lead to poor relationships. Their relationships are often characterized by resentment, anger, hostility, suspiciousness, and extrapunitive behavior. They are very sensitive to and resentful of any demands being placed on them.

Treatment:

The prognosis is generally quite poor due to the denial of personal responsibility for their problems. These individuals are usually very demanding in psychotherapy.

Possible Diagnoses:

Axis I - Rule Out Mood Disorders
Rule Out Schizophrenia
Rule Out Paranoid Disorders
Rule Out Psychoactive Substance Abuse Disorder

Axis II - Rule Out Paranoid Personality Disorder
Rule Out Passive Aggressive Personality Disorder
Rule Out Borderline Personality Disorder

-- CLINICAL SCALES --

Hs (1) T = 39

Scores in this range indicate that the individual does not report physical complaints or problems. Individuals obtaining scores in this range are often seen as optimistic, sensitive, insightful, and free of somatic preoccupation.

D (2) T = 66

Scores in this range are typical for individuals who feel depressed, unhappy, sad, and pessimistic about the future. They often feel guilty and are self-critical. Suicidal ideation and potential should be ruled out. These individuals often feel inadequate, helpless, and lacking in self-confidence. Social withdrawal, poor concentration, appetite and sleep disturbances, and low frustration tolerance are possible. Increasingly higher scores are usually associated with an increase in the number and severity of depressive symptoms.

Hy (3) T = 43

Scores in this range are obtained by individuals who are often described as caustic, cynical, sarcastic, and socially isolated. They often are constricted, socially conforming, and fixed on a narrow range of interests. They may believe that others are too optimistic.

Pd (4) T = 77

Scores in this range are typically obtained by individuals who are characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. These individuals are likely to be impulsive, unreliable, egocentric, and irresponsible. They often have little regard for social standards. They often show poor judgment and seem to have difficulty planning ahead and

benefiting from their previous experiences. They make good first impressions but long term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within this range.

Mf (5) T = 44

Males obtaining scores within this range usually identify strongly with the traditional masculine role. They may over-emphasize their strength and physical ability.

Pa (6) T = 72

Scores in this range are frequently obtained by 1) individuals who are suspicious, hostile, and feel as if they are being mistreated, or by 2) individuals who are hypersensitive to the reactions of others. The Dominance (Do) Scale is helpful in distinguishing between these groups of individuals -- high Do scores indicating the first group and low Do scores indicating the second group. Individuals in both groups will often blame others for their difficulties. The first group of individuals may manifest psychotic behavior and a thought disorder may be readily apparent. Ideas of reference and delusions of persecution also may be present.

Pt (7) T = 57

Scores in this range are considered to be within normal limits.

Sc (8) T = 63

Individuals who obtain scores in this range may think somewhat differently than others. This may reflect a creative or avant-garde attitude, or a schizoid-like process.

Ma (9) T = 69

Scores in this range typically are obtained by individuals who are described as overactive, have difficulties in concentrating and attending, and find it difficult to relax. They often are quite creative people who start many projects but find it difficult to see them through to completion. As the elevation on this scale increases, there is the increasing probability that the individual is likely to be seen as emotionally labile, impulsive, experiencing flight of ideas, restless, and exhibiting manic features. They may also exhibit maladaptive hyperactivity, grandiosity, verbosity, irritability, unpredictability, and insufficient inhibitory capacities.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility
PAGE 8

Si (0) T = 66

Scores in this range usually are obtained by individuals who prefer to be alone or with a small group of friends. They are likely to be reserved in new social situations.

-- ADDITIONAL SCALES --

No additional scales were selected for interpretation by the user.

END OF REPORT
*********



PHS
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

## I. HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | Past hx of smoking |
| ALLERGIES | | ✓ | |

Weight 188 Temp 99.8 Pulse 88 Resp 18 Blood Pressure 112/70

Eye Exam 20/20 OD 20/20 OS 20/20 OU

If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.

## II. TESTING – (LPN or RN)

RESULTS

Tuberculin Skin Test (q yr) — Date given 8-13-05 Site (L) Forearm Read on 8/15/05 Results 0 mm

Past Positive TB Skin Test (Chest x-ray if clinical symptoms) → Survey Completed
Date ______ Results ______

RPR (q 3 yrs) — Date 5-28-04 Results NR

EKG (baseline at 35, over 45 q 3 yrs) — N/A

Cholesterol (at 35 then q 5 yrs) — N/A

Tetanus/Diptheria (q 10 yrs) — Last Given 6/27/04 Due 6/2014

(if done today) — Site given ______ Dose ______ Lot # ______

Optometry Exam (@ 50 if not already seen) — N/A

Mammogram (females @ 40, q 2 yrs/other M.D. order) — Date ______ Results ______

## III. PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart — RRR

Lungs — Clear bilaterally

Breast Exam — Self exam explained - verbal

Rectal (yearly after 45) with Hemoccult — Results N/A

Results N/A

Pelvic and PAP (q 1 yr) — Date ______ Results ______

Facility Easterling Nurse Signature S McKinnon Date 8-13-05

M.D. or Mid-Level Signature [signature] Date 8/15/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Brazell, Michael | 226568 | 11-3-84 | W/m |

PHS

# INTAKE SCREENING

Date: 5/27/04 | AIS#: 226568

Last Name: Brazell | First: Michael | Middle: Allen

Birthplace: Mobile | DOB: 11-3-84 | SS#: 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

**FEMALES:** Pregnancy test: (circle one) Positive N/A Negative

B/P 130/88 Temp Pulse 84 Resp 20 Weight 172#

FSBS ______ If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
2000 Hx head injury

Previous Incarcerations (Date & Facility)
2003 Draper

Medications: [✓] None | Special Diet (Prescribed) none

Allergies: [✓] NKA | Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form) NO

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert (✓) Oriented; time, place, person () Lethargic () Stuporous () Comatose

Describe:

2) General Appearance (✓) Normal () Abnormal

3) Signs of Trauma () Yes (✓) No

3) Substance Abuse: (✓) Yes () No () Suspected
() Current intoxication/Abuse (✓) Use () Withdrawal Symptoms (✓) Drugs () Alcohol

Describe- What kind? Amount/Frequency? Hx meth, cocaine, pills, heroine IV use

*If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4a) Behavior/Conduct: (✓) Calm (✓) Cooperative (✓) Non-Violent () Agitated () Uncooperative () Violent () Manipulative () Disorganized

Describe:

4b) Affect/Mood: (✓) Normal () Manic () Depressed () Euphoria () Flat () Emotionally Confused

Describe:

4c) Perceptions: () Delusional () Hallucinations () Hearing Voices

5a) Is there h/o actual suicide attempt? () Yes (✓) No

5b) Does pt describe current suicidal thoughts or ideations? () Yes (✓) No

5c) Is there evidence

5d) High risk pt may become assaultive towards staff? () Yes (✓) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control

Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense Y or N

6a) Communication Difficulties () Yes (✓) No

6b) Memory Defects () Yes (✓) No

6c) Hearing Impairment () Yes (✓) No

6d) Speech Difficulties () Yes (✓) No

7) Physical Aids: (✓) None () Glasses () Contacts () Hearing Aid () Dentures () Cane () Crutches () Walker () Wheelchair () Braces () Artificial Limb () Other

8) Additional comments, complaints, symptoms: None [✓]

S)

O) Fever Y (N) Swollen Glands Y (N) Signs of Infection Y (N) Skin Intact (Y) N

A)

P)

If known Diabetic * Call M.D. for order ______. Initial Insulin given: ______

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Michael Brazell
Inmate's Signature/Date

Julie Helton RN 5/27/04
Health Provider Signature/Date

Form 60412 Revised 4/04



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Name: Curtis Brazell
Relationship: Father

Street Address: 2900 Newman Rd
Phone Number: 251-480-7067

City: Mobile
State: Ala.
Zip Code: 36695

Inmate Signature: Michael Brazell
Doc#: 226568
S.S.#: 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
Date: Aug 13, 05

Witness: [signature]
Date: 8-13-05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 11-3-84 | W/m | Eas |

PHS-MD-70003

(White – Medical Record, Yellow – Active File, Pink – Control Center)

# INTAKE HEALTH APPRAISAL

NAME: ______
AIS#: ______
D.O.B.: ______ R/S ______

## HEALTH CLASSIFICATIONS:
(Circle One)

1 - No Restrictions (circled)
2 – Temporary Restrictions
See Special Needs Form
3 – Permanent Restrictions
See Special Needs Form
4 – A&I (Aged & Infirmed)
5 – Not Determined
Recheck ______.

## PLACEMENT:

General Population (X)
Emergency Department ( )
Isolation ( )
Medical Observation ( )
Other ______

## REFERRAL:
CCC Placement ( )

Clinic(s) N/A
See MD/Mid-Level flow sheet for clinic(s).
Medical ( )
Dental ( )
Mental Health ( )
Other ______
When: ( ) Immediately
( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

______

______

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| General Movement | Deformity<br>Pain, Bleeding<br>Habitus, Hygiene | ✓ | |
| Neuro | Mental Status<br>Intox Withdrawal, Tremor<br>Neuro-Deficits | ✓ | A&Ox3 |
| Skin | Injury, Bruises, Trauma<br>Jaundice Diaphoretic<br>Rash, Lesions, Infestations<br>Needle Marks<br>Color, Turgor | ✓ | 12 tatoos |
| Head | Normocephalic<br>Atraumatic<br>Hair, Scalp | ✓ | |
| Eyes | Glasses/Vision<br>Pupils<br>Sclera, Conjunctiva | ✓ | PERRLA |
| Ears | Appearance<br>Canals, TMs, Hearing | ✓ | Cerumen (B) |
| Nose | Epistaxis<br>Sinuses | ✓ | |
| Throat | Teeth, Gums, Dentures<br>Mouth, Tongue, Tonsils<br>Airway | ✓ | |
| Neck | C-Spine, Mobility<br>Veins, Carotids<br>Thyroid, Lymph Nodes | ✓ | FROM |
| Chest | Config. Ausc/Resp<br>Cough/Sputum<br>Breast/Masses | ✓ | CTA(B) |
| Heart | Ausc Rate, Rhythm<br>Murmurs, Ectopy | ✓ | RRR |
| Abdomen | Bowel Sounds<br>Palp, G/R/T, Hernia | ✓ | ⊕ BS |
| GU | Flank Tenderness<br>Bladder Tenderness/Distention | ✓ | |
| Back | ROM, Spasm, Injury | ✓ | FROM |
| Extremities | Edema, Pulse | ✓ | MAEW |
| Genitals | Injuries/Lesions | ✓ | |
| Pelvic Pap | N/A | | |
| Rectal/Guiac (required @ 45 and up)<br>Deferred/follow-up: | | ✓ | ø B/B Pm's |

Medications Ordered: ______

[signature] CRNP — M.D. or Mid-Level Signature

8/28/04 @ 1420 — Date/Time