I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Michael Brazell_    Date _5-28-04_

AIS# _226568_

Medical Staff _[signature]_    Date _5-28-04_

4/13/04

# INTAKE HEALTH EVALUATION

NAME: Bruzell, Michael
AIS #: 226568
D.O.B.: 11-3-84

Age 19  Sex m  Race W  Height 5'8  Weight 173

| Temp: 98.0 | B/P: 120/80 | Pulse: 72 | Resp: 16 |
|---|---|---|---|

** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

**Do you now or have you ever had, or been treated for:**   FSBS 79

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | LMP | ✓ | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | T.B. | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: 5  27  04 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | Lab Tests - Dates | N | Ab |
| Bronchitis | | ✓ | Date read: 5/30/04 | | | Diagnostic Profile II | ✓ | |
| Emphysema | | ✓ | Results: 0  mm | | | RPR | ✓ | |
| Pneumonia | | ✓ | Visual Acuity | | | Urine Dip Stick | ✓ | |
| Diabetes | | ✓ | OD     OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: uTD

Immunizations Needed: No

***HIV Medications: No

Acute or Chronic Problem Noted:   Y   (N)   Refer to Mid-Level or M.D. if yes.

RN or Mid-Level, Signature _____   Date/Time  5/28/04 @ 1420

# PROBLEM LIST

Name: _Brazell, Michael_

AIS# _226568_

Date of Birth: _11/3/84_

Medication Allergies: _NKA_ MD _5/11/05_
_SB, MD_
_SB, MD 1/30/06_

Mental Health Code: (SMI)  HARM  HIST  (NONE)   Date Code Assigned: _6/3/04_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 5/11/05 | MH code A SMI | | SB, MD |
| 5/17/05 | HA 2° to old trauma | | TF |
| 8/3/05 | Bipolar DO in partial remission | | |
| 8/3/05 | Impulse Control DO in partial remission | | |
| | − Migraine | | |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006    12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | |
| 11/9/05 | Bipolar D/O (In remission) Impulse Control DO (In remission) | | |
| 1/30/06 | MH code A HIST | | SB, MD |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Brazell, Michael     AIS# 226568

Medication Allergies: NKDA

**Medical: Chronic (Long-Term) Problems**
        Roman Numerals for Medical/Surgical

**Mental Health Code: SMI  HARM  HIST  NONE**
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | I. PPD 5/30/04 @mm | | | |
| 6/16/04 | MH CODE: NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

MICHAEL BRAZELL

**Inmate Name**

W/226568

**AIS Number**

_✗ Michael Brazell 226568_

**Inmate Signature**

_12-22-05_

**Date**

**Dose Given** _20 mcg. (1 ml) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _S mckinnon_

**Lot Number and Expiration Date** _AHBVB0043A_
_Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB 11/3/84

_MICHAEL BRAZELL_                    _226568_
**Inmate Name**                      **AIS Number**

_Michael Brazell_          _11-22-05_
**Inmate Signature**          **Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _J McLinnon LPN_

**Lot Number and Expiration Date** _Lot# AHBVB004BA_
**EXP. 01/20/2006**

11/21/2005



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael          **BCDC#:** 226568

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.


*Michael Brazell*
Patient's Signature

3/8/05
Date


*[signature]*
Dentist's Signature

3/8/05
Date


PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael          **BCDC#:** 226568

1.     I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.


_Michael Brazell_
Patient's Signature

_10/26/04_
Date


_N C Dee_
Dentist's Signature

_10-26-04_
Date


PHS MD-70090

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

## DENTAL RECORD



**PRISON HEALTH SERVICES INCORPORATED**

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination    5-28-04

Initial Classification

Oral Pathology .................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .................... Periapical
Bitewing
Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 10.26.04 | | _Dr coverage all quadrant_ _w/_ _D.O. or 81 - Mesa)_ | | _rar_ | |
| | | | | | |
| 3-8-05 | 32 | cc. 14 | NK, ON, denies heart murmur; 2 carps 2% x/o 1:100,000 flexed in mand; 10-4 buccal inf'd 35; A punch flap was made; too t't removed; no difficulty; oral 15 given; | _JNPS_ | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazell, Michael | 220568 | 11-3-84 | W | KCF |



**PRISON
HEALTH
SERVICES
INCORPORATED**

**DEPARTMENT OF CORRECTIONS**

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

7/7/2005 2:31:36 PM    FROM: LABCORP LCLS BLR   TO: 13343974471 LABCORP    Page 1 of 1

TO: Case 2:05-cv-01130-WKW-SRW    Document 33-3    Filed 03/01/2006    Page 11 of 25
Easterling Corr. Facility



# LabCorp
Laboratory Corporation of America

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 179-397-0140-0 | 226568 | 51647780589 | 01488855 | 334-397-4471 | 01 |

| Patient Last Name | | |
|---|---|---|
| **BRAZELL** | | |

| Patient First Name | | Patient Middle Name |
|---|---|---|
| **MICHAEL** | | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 20/07/25 | 11/03/84 | M | NO |

**Account Address**

Easterling Corr. Facility
Prison Health Services
200 Wallace Dr.
Clio AL  36017-0010

**Patient Address**

**Additional Information**

PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 06/28/05 12:15 | 06/28/05 | 06/29/05 09:35 ET | BANERJEE | | BANERJEE |

**Tests Ordered**

Valproic Acid (Depakote).S

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Valproic Acid (Depakote).S** | | | | | |
| Valproic Acid (Depakote).S | 83 | | ug/mL | 50 - 120 | MB |

*(handwritten: SB, MD 7/13/05)*

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

Detection Limit = 4

MB: LabCorp Birmingham                     Dir:  John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 334-792-0902  Lab: 205-581-3500

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 205-581-3600
All Rights Reserved
Ver 1.11

**LabCorp**

| 147-397-0121-0 | S | MB | Final | Pg  1 | | 1.00 |

Time 03:42    Additional Information

CD  51640749516

| Patient Name | | Sex | Age (Yr/Mos) |
| BRAZELL, MICHAEL | | M | 020/06 |

Patient Address

| Clinical Information | DOB: 11/03/84 |

| Physician ID | | Patient ID |
| DARBOUZE | | 226568 |

Account Easterling Corr. Facility    01488855
Prison Health Services
200 Wallace Dr.                               01
Clio AL  36017-0010
334-397-4471
PROV:

| Date Collected | Date Entered | Date Reported | |
| 05/27/05 | 05/27/05 | 05/28/05 | 4443 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| alproic Acid (Depakote),S | | | | | |
| Valproic Acid (Depakote),S | 19  *SB MD 6/1/05* | Low | ug/mL | ——— 50 - 120 | MB |

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

*Schedule for appointment*

Detection Limit = 4

Lab: MB LabCorp Birmingham                    Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
or inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL
**REPORT**

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

AZELL, MICHAEL              226568         147-397-0121-0 Seq# 4443 05-28-05 08:1751

**LabCorp** 1.00

143-397-0142-0   S   MB   .nal   Pg 1

Additional Information

CD= 51619534766

Patient Name: BRAZELL, MICHAEL A    Sex: M    Age (Yr/Mos): 020/06

Patient Address:

Date Collected: 05/23/05    Date Entered: 05/23/05    Date Reported: 05/24/05    4,398

Clinical Information    DOB: 11/03/84

Physician ID: BANERJEE    Patient ID: 226568

Easterling Corr. Facility    01408855

Account: Prison Health Services
200 Wallace Dr.                01
Clio AL  36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 6.4 | | x10E3/uL | 4.0 — 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.41 | | x10E6/uL | 4.10 — 5.60 | MB |
| Hemoglobin | 15.9 | | g/dL | 12.5 — 17.0 | MB |
| Hematocrit | 47.7 | | % | 36.0 — 50.0 | MB |
| MCV | 88 | | fl | 80 — 98 | MB |
| MCH | 29.4 | | pg | 27.0 — 34.0 | MB |
| MCHC | 33.3 | | g/dL | 32.0 — 36.0 | MB |
| RDW | 14.5 | | % | 11.7 — 15.0 | MB |
| Platelets | 202 | | x10E3/uL | 140 — 415 | MB |
| Neutrophils | 43 | | % | 40 — 74 | MB |
| Lymphs | 45 | | % | 14 — 46 | MB |
| Monocytes | 8 | | % | 4 — 13 | MB |
| Eos | 4 | | % | 0 — 7 | MB |
| Basos | 0 | | % | 0 — 3 | MB |
| Neutrophils (Absolute) | 2.8 | | x10E3/uL | 1.8 — 7.8 | MB |
| Lymphs (Absolute) | 2.9 | | x10E3/uL | 0.7 — 4.5 | MB |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1 — 1.0 | MB |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 — 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 — 0.2 | MB |
| Hepatic Function Panel (7) | | | | | |
| Protein, Total, Serum | 7.1 | | g/dL | 6.0 — 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 — 5.5 | MB |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 — 1.2 | MB |
| Bilirubin, Direct | 0.07 | | mg/dL | 0.00 — 0.40 | MB |
| Alkaline Phosphatase, Serum | 84 | | IU/L | 25 — 150 | MB |
| AST (SGOT) | 29 | | IU/L | 0 — 40 | MB |
| ALT (SGPT) | 33 | | IU/L | 0 — 40 | MB |

Lab: MB LabCorp Birmingham        Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL

REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

ALABAMA DEPARTMENT OF CORRECTIONS

Name: _Brazell Aquehal_

**RADIOLOGY SERVICES REQUEST AND REPORT**

State ID No: _226568_

DOB _11-3-84_

INSTITUTION: _Easterling_

Race: _W_  Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _Darbouze_ | _2-21-05_ | | | | |

HISTORY/DIAGNOSIS:

| | | | | | | X-RAY REQUEST | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES | | | | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM | | | | |
| ANKLE | | HAND ✓ | _R_ | OS CALCIS (HEEL) | | TEMPOROMANDIBULAR JOINTS | | | | |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE | | | | |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA | | | | |
| COCCYX | | KNEE | | RIBS | | TOES | | | | |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST | | | | |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA | | | | |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH | | | | |
| FEMUR | | NASAL BONES | | SKULL | | | | | | |

Brazell

**REPORT.**

RIGHT HAND: There is mild deformity of the 5th metacarpal secondary to old, healed fracture. There are no other significant findings.

COMMENT: If symptoms persist and acute fracture is strongly suspected, follow-up would be recommended.

D & T: 02-22-05 Howard P. Schiele, M.D./rr Board Certified Radiologist (Signature on file)

_8/22/05_

X-RAY TECHNOLOGIST'S NAME (PRINT) _____

X-RAY TECHNOLOGIST'S SIGNATURE _Kimberly Crawford (2)_

DATE, TIME EXAM PERFORMED _2-21-05_

RADIOLOGIST'S NAME (PRINT) _____    RADIOLOGIST'S SIGNATURE _____    DATE SIGNED _____



# Laboratory Corporation of America

| SPECIMEN 149-205-5085-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| NPY-11            FASTING: N<br>                    DOB: 11/03/1984 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| BRAZELL,MICHAEL | M | 19 / 6 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2004 | 6:12 | 5/28/2004 | 5/29/2004 | 7:19 | 3907 |

| CLINICAL INFORMATION |
|---|
| CD- 95202804742 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 226568 |
|---|---|

ACCOUNT: KILBY CORRECTIONAL FACILITY
          PRISON HEALTH SERVICES
          12201 WARES FERRY ROAD
          MT MEIGS          AL  36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 8.2 | x10E3/uL | 4.0 - 10.5 | | MB |
| Red Blood Cell (RBC) Count | 5.38 | x10E6/uL | 4.10 - 5.60 | | MB |
| Hemoglobin | 15.9 | g/dL | 12.5 - 17.0 | | MB |
| Hematocrit | 48.2 | % | 36.0 - 50.0 | | MB |
| MCV | 90 | fL | 80 - 98 | | MB |
| MCH | 29.6 | pg | 27.0 - 34.0 | | MB |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | | MB |
| RDW | 15.0 | % | 11.7 - 15.0 | | MB |
| Platelets | 215 | x10E3/uL | 140 - 415 | | MB |
| Polys | 58 | % | 40 - 74 | | MB |
| Lymphs | 30 | % | 14 - 46 | | MB |
| Monocytes | 9 | % | 4 - 13 | | MB |
| Eos | 3 | % | 0 - 7 | | MB |
| Basos | 0 | % | 0 - 3 | | MB |
| Polys (Absolute) | 4.8 | x10E3/uL | 1.8 - 7.8 | | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | | MB |
| Eos (Absolute Value) | 0.2 | x10E3/uL | 0.0 - 0.4 | | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur  Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Brazell, Michael

PRISON ID
221015768

DATE SUBMITTED
5-28-04

## NPY 11

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.    01D0706289



WAYNE D. MERCER
LABORATORY

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | | | | | Month/Year of Charting: | | | 01/06 | | | | | | | | | |

**Facility Name:** Easterling Correctional Facility

**Month/Year of Charting:** 01/06

---

Inderal 20MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

*See New order*

Start Date: 10-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-10-2006    RX #: 250760844

---

Percogesic ¨ po
bid prn x 30d

Start Date: 12-6-05    Prescriber: *Darbouze*
Stop Date: 1-6-06    RX #:

---

Inderal 20mg ¨
po bid x 90d

Start Date: 12-31-05    Prescriber: *Darbouze*
Stop Date: 3-31-06    RX #:

---

PERcogesic "
bid PRN X 60 days

Start Date: 1-18-06    Prescriber: *Darbouze*
Stop Date: 3-18-06    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | O | | C | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |
| Housing Unit: Population | | | J. Smith | S | |
| Patient ID Number: 226568 | | | | | |
| Patient Name: | | | | | |
| **Brazell, Michael** | | Date of Birth: | | | |

| Facility Name: | Easterling Correctional Facility |
|---|---|

Month/Year of Charting: 12/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Inderal 20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-10-2006    RX #: 250760844

PERCOGESIC II P.O
bid PRN X 30 days

Start Date: 12/6/05    Prescriber: Darbouze/lb
Stop Date: 1-10-06    RX #:

HC CR. bid X
5 days

Start Date: 12/6/05    Prescriber: Darbouze/lb
Stop Date: 12-11-05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| Allergies | | | | S. Smothers | Sro | 1 Discontinued Order |
| | | | | | | 2 Refused |
| | | | | | | 3 Patient out of facility |
| | | | | | | 4 Charted in Error |
| | | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | | 6 Self Administered |
| Patient ID Number: 226568 | | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | | 8 Medication Held |
| **Brazell, Michael** | | | Date of Birth: | | | 9 No Show |
| | | | | | | 10 Other |

Facility Name: Easterling Correctional Facility    Month/Year of Charting: 11/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap    120.00**

Take 2 capsule(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555854

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555856

**Inderal  20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-10-2006    RX #: 250760844

**APAP-Phenyltoloxamine 30-325MG Tab 120.00**

Take 2 tablet(s) by mouth twice daily as needed

Start Date: 10-13-2005    Prescriber: Floyd, Linda
Stop Date: 11-11-2005    RX #: 250760890

**Depakene 500mg. P.O. Bid x 14 days**

Start Date: 11 1 05    Prescriber: Banerjee
Stop Date: 11 15 05    RX #:

**Zantac 150 mg. P.O. Bid x 14 days**

Start Date: 11 1 05    Prescriber: Banerjee
Stop Date: 11 15 05    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |

Housing Unit: Population
Patient ID Number: 226568
Patient Name:
**Brazell, Michael**
Date of Birth:

| Facility Name: Kasterling | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Month/Year of Charting: 10/05 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

↓ Inderal 20mg.
P.O. bid X 90 days

4a →
4p →

| | Start Date: 10/11/05 | Prescriber: Darbouzelle |
| | Stop Date: 1-11-06 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | L. Ewing LPD | LE | M.Payne PN | MP | 1. Discontinued Order |
| Allergies  NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 226567 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Brazell Michael | | | TI | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | Date of Birth: 11-3-94 | | 10. Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | Month/Year of Charting: | | | 10/05 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap    120.00**

Take 2 capsule(s) by mouth twice daily

| Start Date: | 09-07-2005 | Prescriber: | Banerjee MHM, Sreelekha |
|---|---|---|---|
| Stop Date: | 11-05-2005 | RX #: | 250555854 |

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Start Date: | 09-07-2005 | Prescriber: | Banerjee MHM, Sreelekha |
|---|---|---|---|
| Stop Date: | 11-05-2005 | RX #: | 250555856 |

Tylenol 500mg ī po
BID x5d

| Start Date: | 10/4/05 | Prescriber: | Danforse/82 |
|---|---|---|---|
| Stop Date: | 10/7/05 | RX #: | |

Keflex 500mg ÷
po bid x 10d

| Start Date: | 10-10-05 | Prescriber: | Floyd |
|---|---|---|---|
| Stop Date: | 10-20-05 | RX #: | |

Inderal 20mg
÷ po tid x 90d

| Start Date: | 10-10-05 | Prescriber: | Floyd |
|---|---|---|---|
| Stop Date: | 1-10-06 | RX #: | |

Percogesic ÷ po
bid prn x 1 mth

sig

| Start Date: | 10-10-05 | Prescriber: | Danforse |
|---|---|---|---|
| Stop Date: | 11-10-05 | RX #: | |

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| | | | | | | 1 Discontinued Order |
| Allergies | NKA | | | | | 2 Refused |
| | | | | | | 3 Patient out of facility |
| | | | | | | 4 Charted in Error |
| Housing Unit: | Population | | | | | 5 Lock Down |
| Patient ID Number: | 226568 | | | | | 6 Self Administered |
| Patient Name: | | | | | | 7 Medication out of Stock |
| **Brazell, Michael** | | | | Date of Birth: | | 8 Medication Held |
| | | | | | | 9 No Show |
| | | | | | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | Month/Year of Charting: | | 09/05 | | | | | | | | | | | | | | |

**Valproic Acid 250MG Cap    16.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533822

**Ranitidine HCl 150MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533828

*(handwritten: new orders 9/6/05)*

**Percogesic**
**po bid prn**
**x 30 d**

**8-15**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 8-15    Prescriber: Danbonne
Stop Date: 9-15    RX #:

**VPA 500 mg.**
**P.O. Bid x 60 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 9/6/05    Prescriber: Banerjee
Stop Date: 11/6/05    RX #:

**Zantac 150 mg.**
**P.O. Bid x 60 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 9/6/05    Prescriber: Banerjee
Stop Date: 11/6/05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | Darvier / Sulaychoff | 8 / sw | Tate m / Primar m | W / R | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |

Housing Unit: Population
Patient ID Number: 226568
Patient Name:
**Brazell, Michael**
Date of Birth:

| Facility Name: Easterling Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 08/05 | | | | |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Valproic Acid 250MG Cap      120.00**

TAKE 2 CAPSULE(S) BY MOUTH
TWICE DAILY

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533822

**Ranitidine HCl 150MG Tab      60.00**

TAKE 1 TABLET(S) BY MOUTH  TWICE
DAILY

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533828

Percogesic ÷ po
Bid PRN x 30d.

8/15 – 9/15

Start Date: 8/15    Prescriber: Daubrie
Stop Date: 9/15    RX #:

| Diagnosis | | |
|---|---|---|
| Allergies | | |
| Housing Unit: Population | | |
| Patient ID Number: 226568 | | |
| Patient Name: Brazell, Michael | | |

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| CGarcia corr | 95 | ftnar | | 1 Discontinued Order |
| L.Ewing LPN | LE | S. Snow | SRS | 2 Refused |
| J.Dawkin Lpn | JD | | | 3 Patient out of facility |
| SWaychoff | | | | 4 Charted in Error |
|  |  |  |  | 5 Lock Down |
|  |  |  |  | 6 Self Administered |
|  |  |  |  | 7 Medication out of Stock |
|  |  |  |  | 8 Medication Held |
|  |  |  |  | 9 No Show |
|  |  |  |  | 10 Other |

Date of Birth:

# MEDICATION ADMINISTRATION RECORD

07/01/2005
STDT01

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAP/PHTLX(ACETA-,PHENA-,PHENY 325/30MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS<br>NEEDED FOR 60 DAYS<br>RX: 7424930 FLOYD, N.P., LINDA, NP<br>START - 05/19/2005    STOP - 07/17/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VALPROIC ACID (DEPAKENE) 250MG CAP<br>TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY<br><br>RX: 7533822 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 06/10/2005    STOP - 09/07/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br><br>RX: 7533828 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 06/10/2005    STOP - 09/07/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked by | | Title: RW | Date 0629a |
| PATIENT | BRAZELL, MICHAEL | | PATIENT CODE | ROOM NO. | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD
06/01/2005

(EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALPROIC ACID (DEPAKENE) 250MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY<br><br>RX:  7394187 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 05/13/2005    STOP - 08/10/2005 | 4a<br>4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(handwritten medication entries:)

Percogesic II P.O. B.d   4a
Prn HA x 2 mos   4p
5-12-05 - 8-12-05 Banerjee

Depakene 500 mg   4A
P.O. Bid x 90 days
6/8/05 - 9/8/05 Banerjee   4P

Zantac 150 mg. P.O.   4A
Bid x 90 days
6/8/05 - 9/8/05 Banerjee   4P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| 'lergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

PATIENT

BRAZELL, MICHAEL