# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| ~~Tylt~~ Tylenol 500/g po BID x 7d 5/10/05 - 5/17/05 Darboze | 4a / 4p | |
| Benzyl Peroxide apply BID 5/10/05 - 5/17/05 Xi btt Darby | 4a / 4p | |
| Depakene 250 mg. P.O. Bid x 90 days 5/11/05 - 8/11/05 Banerjee | 4A / 4P | |
| Percocet ii po Bid PRN HA x 2mo 5/17-05 → 8/17/05 | 4A / 4P | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/10/05    THROUGH 5/31/05

Physician Darboze
Alt. Physician

Telephone No
Alt. Telephone

Medical Record No

Allergies NKDA    B-20

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Date: 5/10/05 |
|---|---|---|---|---|

PATIENT Brazell, Michael

PATIENT CODE 776568    ROOM NO    BED    FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol ī Gm Q8° B.t  
Prn x 30d.  
3-4-05 - 4-4-05   Daily/m

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-1-05     THROUGH 4-30-05

Physician Dr Dashaye

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies NKA          R.S

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By R. Swington | | Title: RN | Date: 3-2... |

PATIENT Brazell Michael

PATIENT CODE

ROOM NO.

BED  FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg X2 po TID
x 7 days
3-2-2005 - 3-9-2005 Darlene    4 Am — 0863   See
9 Am —      New
4 pm —      Order

Tylenol 1 gm po Bid    4a
PRN x 30 d.    4p
3/4 - 4/4/05  Darbouze/BB

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **3-2-2005**        THROUGH

Physician  Darlene

Alt. Physician    Telephone No    Medical Record No

Allergies  NKA    Alt. Telephone

    Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: 3-2-20 |
|---|---|---|---|---|

PATIENT
BRAzell- Midal    PATIENT CODE    ROOM NO    BED    FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600g i po TID
x3d
2/15/05 - 2/8/05  Darborge

4a
4q
4c

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | THROUGH | |
|---|---|---|
| Physician | | Telephone No. | Medical Record No |
| Alt. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked. | |
| | | By: | Title: | Date 2/15/05 |
| PATIENT  Brazell, Michael | | PATIENT CODE | ROOM NO. | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Motrin 600 mg T.p.o
T I D prn X 14 days    4a  9a  4p
2-18-05 / 3-4-05 Darbouze print

Tylenol 500m ti p.o. tid    4A  9A  4P
X 7 days
2/28/05 — 3/7/05 Darbouze

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-1-05    THROUGH 2-28-05

Physician Darbouze
Alt. Physician

Telephone No.
Alt. Telephone

Medical Record No.

Allergies NKDa

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked
By N Mobley

Title: RN    Date: 2-18-0

PATIENT Brazell, Michael

PATIENT CODE    ROOM NO.    BED    FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOTRIN 600mg PO BID
X 10 DAYS
1-21-2005 - 1-31-2005 WEST DR

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-1-2005    THROUGH 1-31-2005

Physician West

Alt. Physician

Allergies NKA

Telephone No

Alt Telephone

Medical Record No

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked:
By:    Title M    Date: 1-20-200

PATIENT BRAZELL - Michael    PATIENT CODE 226568    ROOM NO. 505    BED    FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pen V.K 500mg T Qo    4a
tid X 10 days    9a
10-26-04 — 11-5-04 Dilut F/L    4p

H2O2 Rinses B.d    4a
X 2 wks
10-26-11-14    Wed 4p

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-1-04    THROUGH 11-30-01

Physician Barbee

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKA    A25

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: H. Sumpton | Title: RA | Date 10-29-0 |

PATIENT  Brazell, Micheal

| PATIENT CODE | ROOM NO. | BED | FACILITY C |



# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg ÷ po tid x 3d. 10/26 – 10/29 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg ÷ po tid x 10d. 10/26 – 11/5 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H2O2 Rinses Bid x 2wk 10/26 – 11/14 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| | | |
|---|---|---|
| CHARTING FOR Oct '04 | THROUGH | |
| Physician | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies NKDA    A25 | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Contents Entries Checked By SBush    Title: LPN    Date: 10/26 |
| PATIENT Brazell, Michael | | PATIENT CODE 22607.08    ROOM NO. 000    BED    FACILITY 5C |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_          Date of Request: _2-12-06_
ID # _226568_                    Date of Birth: _11-3-84_   Location: _5B-8_
Nature of problem or request: _My face is breaking out real bad, I_
_need something to clear it up. Thanks for your time and_
_patience._

Signature: _Michael Brazell_

### DO NOT WRITE BELOW THIS LINE

Date: _2 / 13 / 206_
Time: _____ AM  PM
Allergies: _____

Scv veT

┌─────────────────────────────┐
│           RECEIVED          │
│  Date: _2-13-06_            │
│  Time:                      │
│  Receiving Nurse Intials _ℓ_ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                          CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

## Nursing Evaluation Tool:                              General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _BRAzell_ _Michal_
                          Last                                    First                    MI

Inmate Number: _226568_        Date of Birth: _11_ _3_ _184_
                                                              MM  DD  YYYY

Date of Report: _2_ _12_ _2006_        Time Seen: _8 45_    AM (PM) Circle One
                      MM  DD  YYYY

**Subjective:** Chief Complaint(s): _My Face is break out Agan_

Onset: _Few days_

Brief History: _I have had in before — hydrocortisone cream worthly Cleared up_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _78_  RR: _16_  B/P: _11+_ _1_ _70_

Examination Findings: _2. Places break out on Face — No Sign of infl._
(Continue on back if necessary)

**Assessment: (Referral Status)**        Preliminary Determination(s): _____
                                                                      ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☐ **Referral REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)

     ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Hydrocortisone Cream 1% 6I 3 X 10 days_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: __/__/__
                                                                                    MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                    Time _____

X _D Lowe_        Name: _D Lowe_
    Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Michael Brazell*                Date of Request: *1/6/06*

ID # *226568*                Date of Birth: *11-3-84*  Location: *5-B-8*

Nature of problem or request: *Having problems with head-aches, if you can help it will be greatly appreciated, thanks for your time and patience*

*Michael Brazell*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌──────────────────────────────┐
│        RECEIVED              │
│ Date:  1-9-06               │
│ Time:  11 ~                 │
│ Receiving Nurse Initials ___ │
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

*See Net*  1/9/06

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )     No ( )

Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)


**PHS**

**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: _ECF_
Patient Name: _Brazell_ (Last)          _Michael_ (First)
Inmate Number: _226568_          Date of Birth: _11 , 3 , 1984_ (MM DD YYYY)
Date of Report: _1 , 9 , 2006_ (MM DD YYYY)          Time Seen: _9:40_ AM (PM) Circle One

_Subjective:_ Chief Complaint(s): "_Having problems with headaches_"
Onset: _Since he was 12_
Brief History: _He said he was hit the head when he was_
(Continue on back if necessary) _12 years old and I hurts every since then._

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _98.6_ P: _68_ RR: _18_ B/P: _120 , 58_
Examination Findings: _Pt states he was on percocesic's and they ran_
(Continue on back if necessary) _out_

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____
  ☐ Referral **NOT REQUIRED**
  ☑ Referral **REQUIRED** due to the following: (Check all that apply)
    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
    (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List: _Motrin 200mg PO BID x 5 days_
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. bouze_          Date for referral: _1 / 13 2006_ (MM DD YYYY)
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _J. Chey LRN_          Name: _J. Ivey LRN_
  Nurses Signature          Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_          Date of Request: _____

ID # _226568_          Date of Birth: _11-3-84_    Location: _5B-8_

Nature of problem or request: _I put in a sick call slip a few weeks ago about my head aches, I was put in to see the doctor but I haven't seen anyone. Im having severe head aches, I need to see someone A.S.A.P. Thanks for your time and patience. Im also having numbness in my left wrist and fingers, Im_ _Michael Brazell_    _also having nerve problems._          Signature

## DO NOT WRITE BELOW THIS LINE

Date: _12 / 5 / 205_
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time: _12/5/05_
Receiving Nurse Intials _MP_

**(S)ubjective:**  _WAived_  _Dr App._

**(O)bjective**    **(V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_     Date of Request: _11-10-05_
ID # _226568_     Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _I got a sty on my left eye, need help A.S.A.P._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> RECEIVED
> Date: _11-14-05_
> Time: _11:30 A_
> Receiving Nurse Intials: _JM_

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**   _Waiver Desired_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
          Was MD/PA on call notified:    Yes ( )    No ( )

_(signature)_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_      Date of Request: _11-14-05_
ID # _226568_      Date of Birth: _11-3-84_   Location: _5B-8_
Nature of problem or request: _Still haveing problems with headaches,_
_need help A.S.A.P Thanks for your time and_
_patience._

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:  11-15-05             │
│ Time:                       │
│ Receiving Nurse Intials  MP │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)


**PHS**

**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

---

Facility: _ECF_

Patient Name: _Brazell_     _Michael_
                 Last           First

Inmate Number: _22 6568_          Date of Birth: _11 / 3 / 84_ MI
                                                  MM   DD   YYYY

Date of Report: _11 / 15 / 05_     Time Seen: _9:20_ AM / PM Circle One
                 MM   DD   YYYY

---

<u>Subjective</u>:  Chief Complaint(s): _headaches_

Onset: _chronic_

Brief History: _pt c/o continued chronic headaches due to past_
(Continue on back if necessary) _traumatic head level injury, pt states Percogesics give_
_relief and requests continual rx_

☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated) T: _998_  P: _84_  RR: _14_  B/P: _112/78_

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

_____

☐ Check Here if additional notes on back

<u>Assessment</u>: *(Referral Status)* Preliminary Determination(s): _____

☐  Referral <u>NOT REQUIRED</u>

☑  Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: _____
   _____
   _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>: Check All That Apply:
   ☐ Instructions to return if condition worsens
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

   ☐ Other: _____
           (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_          Date for referral: _11 / 21 / 05_
                                                                          MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _____          Name: _Sword RN_
       Nurses Signature                      Printed



Nursing Evaluation Tool:    **Altered Mental Status**

Facility: _Easterling_

Patient Name: _Brazee_        _Michael_
First

Inmate Number: _226668_ Last        Date of Birth: _11_ / _3_ / _84_ MI
MM   DD   YYYY

Date of Report: _10_ / _7_ / _05_        Time Seen: _9:40_    AM /PM Circle One
MM   DD   YYYY

---

### Altered Mental Status "AEIOU Tips"

A – Alcohol                                                T – Trauma
E – Electrolytes/Encephalopathy/Endocrinopathy            I – Infection
I – Insulin (too much, too little)                        P – Psychiatric
O – Opiates and other drugs (contact poison control)      S – Seizure/Shock
U – Uremia and other metabolic disorders

---

**Subjective:** Chief Complaint: _" "I want to kill myself "_

Onset : _Today_

History: _"I just want to kill myself, and I will harm anybody_
_right now, I drank some cleaner about 3-4 hours ago,_ con
(Continue on back if necessary)                                    ☐ Check Here if additional notes on back

Source of History: ☐ Bystander(s)  ☐ Patient  ☐ Both patient and bystander(s)

**Objective:**  Vital Signs: (As Indicated) T: _98.8_  P: _92_  RR: ___  B/P: _110 / 88_  Wt _186_
                                                                                            Pox 97
Pulse Ox %: _97_ % ☐ Room Air  ☐ O2 LPM: _____    Blood Glucose: _____

Airway: ☑ Clear  ☐ Partial obstruction
Breathing: ☐ Spontaneous  ☑ Normal  ☐ Shallow  ☐ Irregular
Circulation: ☐ Pulse present  ☐ Strong  ☐ Weak  ☑ Regular  ☐ Irregular

Neurologic: (AVPU) ☑ Awake  ☐ Responds to Voice  ☐ Responds to Pain  ☐ Unresponsive
(Check the appropriate highest response level)
Pupil: ☐ PERRL  ☐ Pupils unequal/abnormal:_____

> Repeat Vital Signs and Neurologic checks on
> Neurological Flow Sheet if indicated.

Initial Glasgow Coma Scale:_____    *See Neurological Flow Sheet for*
*components*

Trauma: ☑ NO  ☐ YES (If trauma to the head use C-Spine precautions)
Skin: ☐ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy   Skin Color: ☐ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
Incurred injuries: ☐ None apparent  ☐ Yes_____

---

☑ Additional Examination: _WM A&Ox3 flooping down at unaltered claim w/p Stated he_
Continue on back if necessary
_drank some cleaner writ feels better p he threw up_
                                                          ☑ Check Here if continued on back

**Assessment: Referral Status)**                  Preliminary Determination(s): _____

   ☐  **Referral NOT Required**
      ☐ Normal exam; patient with no risk factors or significant past medical history     _____
      ☐ Hypoglycemia due to short-acting insulin corrected with glucose administration    _____

   ☑  **Referral Required** due to the following: (Check all that apply)
      ☐ Due to trauma                          ☐ Low blood sugar caused by long acting glucose medication
      ☐ Significantly altered level of consciousness  ☐ Abnormal exam findings for this patient
      ☐ At risk patient due to past medical History   ☐ Recurrent Complaint (More than 2 visits)
      ☑ Other (Describe): _____

                                                          ☐ Check Here if continued on back

**Plan:** Check All That Apply:
      ☐ Protect airway (with C-Spine precaution) and administer oxygen
      ☐ Initiate automatic 24 hour observation with @ least 30 min. checks; V.S. and Neuro checks 15 min. x 4 until stable; then
         check 30 min. x 4/stable; then check 1 hr. x 4/stable; then check every 4 hrs
      ☑ Other: _Refer to Dr Nevels. Notified @ 9:55pm Setback_
                (Describe)

x _____        Name: _C Garcia LPN_
      Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_     Date of Request: _Oct. 3, 05_
ID # _226568_     Date of Birth: _11-3-84_   Location: _5B-15_
Nature of problem or request: _I'm haveing problems with head aches,_
_if you can help me with my problem it will be_
_greatly appreciated. Thanks for your time and patience._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────────┐
│            RECEIVED                  │
│ Date:                                │
│ Time:                                │
│ Receiving Nurse Intials _____       │
└─────────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98⁸_   P: _76_   R: _____   BP: _132/85_   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

**Nursing Evaluation Tool:**                                          **Headache**

Facility: _ECF_

Patient Name: _Brazell        Michael_
                   Last                      First         MI

Inmate Number: _22 6568_                         Date of Birth: _11 / 3 / 18 Y_
                                                          MM   DD   YYYY

Date of Report: _10 / 4 / 05_                    Time Seen: _9:45_ AM /(PM) Circle One
           MM  DD  YYYY

_Subjective:_ Chief Complaint(s): _headache_

    Onset: _1 wk p̄ Perogesic Rx_ ☑ New Onset ☐ Sudden ☐ Gradual ☒ Chronic
                                expired

    Activity prior to onset: _none_

History: _pt was struck c̄ baseball bat as a child - results_
(Continue on back if necessary) _in chronic c/o head pain_

                                                        ☐ Check Here if additional notes on back

Pain Scale: (1-10) _6_  Duration of Pain:_____  Does anything relieve the pain? _Perogesic_

Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☒ Dull/Achy ☐ Other:_____
Location of pain: _all over_                    Radiation: ☒ No Radiation ☐ Radiation to:_____
Associated Symptoms: Nausea ☒ NO ☐ YES  Vomiting ☒ No ☐ Yes (x_____)   ☐ Visual Changes   ☐ Photophobia ☐
                    Dizziness ☐ Sinus Problems ☐ Other:_____
Worst Headache: ☒ NO ☐ YES    Prior Headache history: ☐ NO ☒ YES_____
History of Head Injury? ☐ NO ☒ YES (if Yes): LOC? ☒ NO ☐ YES   Confusion: ☒ NO ☐ YES ☒ Seizures: ☒ NO ☐ YES
Meds taken: ☐ NO ☒ YES_____  Trauma sustained in altercation with custody staff, or other
                                  inmate? ☒ NO ☐ YES (Requires notification of correctional staff)

_Objective:_  Vital Signs: (As Indicated) T: _98_ ⁴  P: _76_   RR: _16_   B/P: _132 / 88_
General Appearance: ☒ No acute distress ☒ Alert ☒ Oriented x _3_ ☐ Confused ☐ Lethargic
           ☐ Irritable / Agitated   ☒ Normal facial symmetry ☒ YES ☐ NO:
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Pupil: ☒ PERRL ☐ Pupils unequal/abnormal: _____
Neck: ☒ Supple with no meningeal signs ☐ Stiff neck
Musculoskeletal: ☒ Symmetric with no weakness ☐ Asymmetric/Weakness:_____
Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☒ NO ☐ YES:_____

☐ Additional Examination:_____
Continue on back if necessary
                                                     ☐ Check Here if continued on back

_Assessment: (Referral Status)_    Preliminary Determination(s):_____
    ☐ Referral **NOT** Required

    ☒ Referral **Required** due to the following: (Check all that apply)
      ☐ Abnormal Vitals    ☐ Visual disturbances    ☐ Dizziness    ☒ Recurrent Complaint (More than 2 visits)
      ☐ Altered mental status    ☐ Unequal pupils    ☐ Nausea/vomiting,
      ☐ Recent Head Injury    ☐ + Meningeal signs    ☐ B/P systolic > 160, diastolic > 95
      **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.    ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other:_____

OTC Medications given ☐ NO ☒ YES (If Yes List): _Tylenol 1gm ⊽ po BID x 5d_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_ _____ Date for referral: _10 / 7 / 05_
                                                               MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____  Time_____

x _____    Name: _S. Crawford RN_
    Nurses Signature                           Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*M.A.B.*

Print Name: _Michael Brazell_    Date of Request: _8-7-05_
ID # _226568_    Date of Birth: _11-3-84_  Location: _5A-1_
Nature of problem or request: _Having problems with head aches, my_
_medication ran out need to see a docter. Thanks for_
_your time and patience._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8 / 8 / 05_
Time: _0125_ AM PM
Allergies: _NKDA_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: AUG 8 2005           │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** "My head has been hurting me."

**(O)bjective** (V/S): T: _122/78 98.2_  P: _76_  R: _20_  BP: _122/78_  WT: _178_
A+O x3, Skin w/o to touch. Resp even & unlabored. Denies
having a H/A at this time. Ø acute distress noted.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** Tylenol 500mg TT po BID x 7days, See MD

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE X  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Gallemore, Lpn_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Michael Brazell          Date of Request: July 24, 05
ID # 226568              Date of Birth: 11-3-84  Location: 3A-1
Nature of problem or request: The cell that Im in lights doesn't work and
the darkness is bothering my thoughts, I hate not being able to see.
I've also been depressed and this cell is driving me crazy.
I need someone to talk to, please help me.
P.S. Officers keep messing with me    Michael Brazell
and Im having some real bad          Signature
thoughts,

### DO NOT WRITE BELOW THIS LINE

Date: 7-28-05 PM
Time: _____ AM PM
Allergies: NKA

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:** " I just want to see MH & see if they can
get me moved to another cell."

**(O)bjective (V/S): T:** 98⁴  **P:** 74  **R:** 18  **BP:** 118/80  **WT:** 180
Pt denies any bad thoughts @ this time. States he has
asked for the to move him several times because the light
won't come on & he is "Clostaphobic" anyway.
**(A)ssessment:** Altd- Should Sto wink & Keep E close.
POT for alt in copy skills.
**(P)lan:** Refer to Mental Health

Refer to:   MD/PA  (Mental Health)  Dental  Daily Treatment      Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
            SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_     Date of Request: _May 24, 05_
ID # _226568_     Date of Birth: _11-3-84_ Location: _5B-20_
Nature of problem or request: _I was assaulted by 2 officers_
_during the assault my neck was injured it's_
_real stiff and I've been having sharp pains._

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/25/05_
Time: _2130_ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: MAY 2 5 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "in the back of my neck"
"Since the 23rd - when an officer jumped on me"

**(O)bjective** (V/S): T: _99.8_  P: _78_  R: _16_  BP: _108/60_  WT: _185_
AAOX3, skin warm and dry, resp even and unlabored, pt makes ests
above statement re: current complaint and area of pain. ROM-WNL, no
redness or swelling noted, pt indicates mid-cervical subdue as location

**(A)ssessment:** pt currently on perioglesics - denies relief of current complaint

alt. in comfort

**(P)lan:**
refer to MD

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_     Date of Request: _May, 9, 05_
ID # _226568_     Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _Im haveing headaches and my_
_face Keeps breaking out._

_Michael Brazell 226368_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/10/05_
Time: _2155_ AM PM
Allergies: _NKDA_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials ____   │
└─────────────────────────────────┘
```

IP 5/17/05

**(S)ubjective:** " My Teteral is out ad the headaches started again "
" The razor makes my face break out "

**(O)bjective (V/S):** T: _98_   P: _80_   R: _16_   BP: _112/82_   WT: _185_

AAO X 3, skin warm and dry, multiple acne lesions visible ad r'd numberon cheeks and neck, none even'l of ulcberof, pt c/o recurring HA - relief c APAP

**(A)ssessment:** alt in skin integrity
alt in comfort

**(P)lan:** Tylenol 500g ii po BID X 7d
Benzoyl Peroxide X 14d
Sever Profile X 6 mos

Refer to: MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2-28-05 5⁰⁰a | S 'I'm still here'<br>O - W/M standing in safe cell A&0 x3 sleep for short intervals during nite sits in [?] room prn<br>a MHO.<br>P. cont to Monitor _____ W. Lydon RN |
| 3-1-05 6:30a | S no Reply<br>O - W/M lying in safe cell Because up set during night ē correctional officer.<br>P. cont to monitor _____ W Lydon RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazill Micheal | 226528 | 1-3-81 | 1-3-81 | East |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael A. Brazell_    Date of Request: _2-1-05_
ID # _226568_    Date of Birth: _11-3-84_ Location: _HCU_
Nature of problem or request: _Haveing constant head aches from past_
_head injury, also haveing problems with my right_
_hand, thanks for your time and patience._

_Sincerlly_

_Michael A. Brazell_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _3/2/2005_
Time: _915_ AM (PM)
Allergies: _NKA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:** I have headaches 2 or 3 a month that last for 2 days at a time day & night and then they will go away - I have them from a car accident my head does not hurt anymore but it's kinda soft.

**(O)bjective** (V/S): T: _98_    P: _90_    R: _16_    BP: _110/90_    WT: _suicide cell_

Alert- orientated X 3 - states he has headaches several times a month and would like Dr to order him something for him maybe for 30 days or longer

**(A)ssessment:** he can states motren does not help - He also has soft
Alt- Comfort of health tissue of Rt. hand - no swelling noted - soft probably
due to healing

**(P)lan:** See Dr - Already has tylenol order for 9 days he is going to try it
and see how it works - then he is be able to tell Dr if
it helps

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_d. Barbour RN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

2-14-05  S  No reply
5ᵃᵃ      O - W/M lying on mat in safe cell A&OV3 NAD
         A - MHO
         P  cont to monitor          H Syton RN

2/14/05  S - "I need to get a Shower."
7PM      O - Pt denies any Suicidal ideations or other med. Requests
a shower. Continues to have safe vest & safe mat only.
A&Ox3. Answers questions appropriately. Good eye
Contact. Ambulates in safe cell ad lib. Smiles & talks
c officers & nurses. No visible distress noted.
A - MHO
P. Will cont to observe                    R S___

2-15-05  S 'I'm ok'
7 am     O - W/M standing in safe cell A&O x3. NAD
         A - MHO
         P. cont to monitor          H. Syton R

2-16-2005 4M  S  I'm OK
         O - Alert - oriented X 3 - looks out window
         No C/O hurting himself or other
         A - Smile c___t          P - cont to watch ___

2-17-2005 4M  S - I'm Alright
         O - Alert - oriented X 3 - Smile ___ on - Visual No
         complaints  A - Smile c___t
         P - cont to watch ___



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: BRAzell - Michael | D.O.B.: 11 13 184 |
|---|---|---|

2-23-2005  4/M -S- No Count - Late he stood I want my money

Q- Alt -Oriented X 2 - Safe Cell - Safe Cown - Safe
B/ANKE - Voices c/o Complnt of bug hrn9/P .

A- Suicide Watch

P- continue to monitor Shrush

2-24-05  S- Ø reply.

O- White male alert & oriented X 2 Safe gown
intact to body. Ø c/o voiced.

A- Alteration in mental Status

P- Continue on suicid watch. — S Anderson LPN

2-24-2005  4/M S- Looking at window

O- Safe c cell - Safe Cown - No c/o
hurt hrrself or others  — meds given .

A- Suicide Watch

P- Continu To Monitor Shrush

2-25-05  S- Ø reply.

O- White male, Ø verbal responsed when
spoken to.

A- Alteration in mental status

P- Continue on suicide watch. — S Anderson Lt.



# PHS
PRISON HEALTH SERVICES INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Michael Brazell**   Date of Request: **1-19-05**
ID # **226568**   Date of Birth: **11-3-84**   Location: **5A-19**
Nature of problem or request: **Having problem with my wisdom teeth, need to see a dentist.**

Signature: *Michael Brazell*

### DO NOT WRITE BELOW THIS LINE

Date: **1/20/2005**
Time: **3⁰⁰**   AM/(PM)
Allergies: **NKA**

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Initals _____

**(S)ubjective:** RT- Bottom wisdom tooth coming in. Thinks it is Abt low to pmil

**(O)bjective   (V/S):** T: **98**  P: **70**  R: **16**  BP: **100/70**  WT: _____

Alert - oriented X 3 — skin warm dry — no swelling noted Has RT-Lower wisdom tooth coming in pushing against other tooth — start

**(A)ssessment:** He was only Antibiotics (no Hx) - w/u it can on this he w/b suppose to sign up to see it can be pull Motrin 600mg 105 ID

**(P)lan:** See Dentist
Alt. Comfort detox pan    X 10 days/
DR-West / D. Bull
1 dose p.m. SP/M 1-20-2005

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

1/20/05

Signature: _____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Michael Brazell_   Date of Request: _2-15-05_
ID # _226568_   Date of Birth: _11-3-84_  Location: _HCU_
Nature of problem or request: _Constant Headaches, have a problem_
_sleeping_

Signature _Michael Brazell_
_226568_

### DO NOT WRITE BELOW THIS LINE

Date: _2/15/05_
Time: _20 15_ (AM) PM
Allergies: _NKDA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:** _"I have been having migraines since I was a_
_kid"_

**(O)bjective  (V/S):** T: _98 8_  P: _76_  R: _16_  BP: _124/84_  WT: _unk._
_AAOx3, skin warm/dry, resp. even and unlabored_

**(A)ssessment:** _alteration in comfort and sleep_

**(P)lan:** _Motrin 600mg 1 po TID X 3d_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_2/18/05_

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: Easterling | Institution: Kilby B80 | NKDA |
| Date: 6/14/04  Time: 800  AM/PM | Date: 6/2/04  Time: ___ AM/PM | |

| RECEIVED FROM: | RELEASE FROM: | PHYSICAL EXAMINATION |
|---|---|---|
| Institution/Work Release Center/Free-World Hospital | ☐ Infirmary  ☐ Segregation | Date of last exam: 5/27/04 |
| | ☒ Population  ☐ Mental Health | Chest X-Ray Date: ___ Result: ___ |
| RECEIVING MEDICAL STATUS | ☐ Other ___ | PPD Reading: 5/30/04 Omm |
| ☑ Population | RELEASE TO: | Classification: ___ |
| ☐ Infirmary | ☒ DOC  ☐ Infirmary  ☐ Mental Health | Limitations: ___ |
| ☐ Isolation | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | ___ | ☐ | ☐ | Wears Glasses/Contacts | ☐ | ☑ | |
| Urinalysis | ___ | ☐ | ☐ | Dental Prosthesis | ☐ | ☑ | |
| ___ | ___ | ☐ | ☐ | Hearing Aide | ☐ | ☑ | SScottLpn |
| | | | | Other Prosthesis | ☐ | ☑ | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | |
|---|---|
| MEDICATIONS | ☐ Sent w / inmate  ☐ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate  ☐ Not sent w / inmate |
| HEALTH RECORD | ☒ Sent w / inmate  ☐ Not sent w / inmate |
| Released to: ___ | |
| Date: ___ Time: ___ AM/PM | |
| MEDICATIONS | ☐ Received  ☒ Not Received |
| X-RAY FILM | ☐ Received  ☐ Not Received |
| HEALTH RECORD | ☒ Received  ☐ Not Received |
| CHART REVIEWED | ☑ YES  ☐ NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: ___  LAST CLINIC: ___

Received by: SScottLpn
Signature of Receiving Nurse
Date: 6/14/04  Time: 800  AM/PM

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | ___ | ___ | ___ | ___ |
| ☐ Mental Health | ___ | ___ | ___ | ___ |

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | Yes | No | | IV Use |
|---|---|---|---|---|
| Drug Use | ☒ | ☐ | | |
| Mental Illness | ☐ | ☒ | | |
| Suicide Attempt | ☐ | ☒ | | |
| Chronic Care | ☐ | ☒ | | |

| STATUS | | |
|---|---|---|
| Special Diet | ☐ | ☒ |
| Appearance | ☒ | ☐ |

OTHER PERTINENT NURSING ASSESSMENT ___

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | ☐ | ☑ |
| Lice | ☐ | ☑ |
| Edema | ☐ | ☑ |
| Warm & Dry | ☑ | ☐ |
| Cool & Moist | ☐ | ☑ |

| CONDITION | | |
|---|---|---|
| Alert | ☑ | ☐ |
| Oriented | ☑ | ☐ |
| Uncooperative | ☐ | ☑ |
| Depressed | ☐ | ☑ |

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'9" |
| Weight | 175 |
| Blood Pressure | 100/60 |
| Temperature | ___ |
| Pulse Resp | 52-18 |
| Other | ___ |

Hassell
Signature of Nurse Completing Assessment (Sending Nurse)

6/2/04
Date
SScottLpn
Signature of Intake Screening Nurse (Receiving Nurse)
6/14/04
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Brazell, Michael A. | 236568 | 11/3/84 | W/M | KCF |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|---------------|

2-25-2005 S — I'm Doing About The Same

O — Alert — Oriented X3 — Talking to Different men

Safe Cell — Safe Conv'd — No Complaints of hurting himself or others

A Suicide Watch

P — Continue To Monitor _____

2-22-05  S No Reply
6:00 a  O — lying on Mat in safe cell A+O x3. Up standing
in cell at intervals during 11-7

a. M HO
P. cond to Monitor _____ Taylor RN

2/26/05  S. "Can I have my medicine"
LATE  9AM  O — W/m ambulatory in Safe Cell. A+ O x J.
ENTRY  C/o feels depressed. Good eye contact noted.
Request pain medicine for pain in hand. O
Injury noted to body upon physical
assessment.
A. Suicide Watch
P — Medication given p no orders. Contin current
2. _____ Smith RN

2/27/06 8AM  S — "I'm alright"
O — W/m ambulatory in Safe Cell. Dressed in
gown. A+ O x J. C/o Suicidal thoughts. O Injury
noted to body. Good Eye cont Contact noted
A — Suicide Watch
P — Continue Current 2. _____ Smith

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

2-18-05  S I'm OKay
3ᴬᴹ    O Sleeping most of shift recieved sandwich meal + milk
       denies thoughts of suicide @ this time
       A Stable
       P Continue to monitor - VS remains up ↗

2/19/05 6A  S - "I Feel a little better."
       O - Ⓐ Ⓞ x 3 WM aroused easily for v.s. Resp even
       & unlabored. No injury noted. Quiet &
       cooperative. BP 118/70 68 16 T 97.3 BLVE 90% Rⁿ
       mucos intact A. Alt. coping.
       P - Monitor PRN.                    L. Ewing LPN

2-19-2005  S - Im Doing OK
       O - Alt - oriented x 3. - SAFe cell - SAFe Con
       Watches what is going on - but does not cause any problem.
       Ask for motrin tonight. Given - Voices no complaints of
       hurting himself or other.
       A - Suicide Watch
       P - Continue to monitor   [signature]

2-20-2005  4 PM S - Im OK
       O - Alt - SAFe Con - SAFe Cell -
       Talks to us. Request medicine for pain given
       A - Suicide watch
       P - Continue to monitor   [signature]

2-21-2005  4 pm S - I am doing OK. but I still would like my mom
       O - Alt - oriented x 3 - SAFe cell - SAFe Con
       No complaints of of hurting himself or other
       A - Suicide watch
       P - Continue to monitor   [signature]



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Bruzell, Michael | D.O.B.: 11 3 84 |
|---|---|---|

12/6/05 1p  S/c c/o Headaches, rash on fingers, + itching

N.A.z, kcd

HEENT ... nl

Neuro: intact

skin: dezonting rash on tips of fingers

Kat/2  Migraine contact Dermatitis

Plan - fingerposure + trihon - 1
   - Hydrocort  on

1-18-06 6p  WT 190  BP 130/68  P 64  n 18  T 98.6

S/c headaches

21 WM - h/ Migraine controlled by Zanagrn and Ardinal - lt r activity for refill on Rx - To RoS in 40 days

O- rash, itching

HEENT: nl          Neuro: intact

Lymph: unk          ypraas: oo

Headache

Plan: fingerposure A... X 60day

| Date/Time | Inmate's Name: Brazell, Michael | D.O.B.: 1/3/84 |
|---|---|---|

10/NN — WT 188   BP 112/80   P 80   R 18   T 97.2

Headaches, Laceration (L) leg 20 wm ō Hx of chronic
HA. here today ē laceration to left lower leg

Ambulate s difficulty                              UA Ualproic Acid
NAD USS A&O x3                                    250 II B.d
HEENT wnl Emi Pinla denies                        VA level 6/5
    HA today  clo pain to eyes                    83.0 mg/ml
    ē HA reports NOU ē HA                              NADot
    denies photophobia (+) Photophobia
Ext (L) lower leg ē 4 cm x ½ cm size
    laceration noted reports occurred 5 days
    ago edges non approximated ō redness
    noted around area ⊖ active bleeding
    ⊕ edema noted

A  Migraine HA
    laceration to (L) lower leg

P  Tx call clean area ē soap and H₂O
   Apply TAO to area ē large Band aid to area
    daily x 1 week
   Shoot Reflex 500 mg I po B I D x 10 days
   inderal 20 mg I po ns x 30 days
   Procozene II po B I D PRN x 1 month.
   BP ē P √ q30 x 1 week
   Compliance to All Rx
   Safety   RTC PRN        Hazel Cnum

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

3/4/05  Wt. 180    B/P 118/80  P-78  R16 T98

S/C N/A Headache eased by Tylenol or Motrin — no head injury, dizziness, childhood — No visual disorders, neck stiffness, fever/chills, photophobia, weakness, ear-ache

O: NAD, VSS
   present(?)
   ...
   Neuro: intact

A: Headache

P: R/V, Tylenol 1g ℞ BID PRN x 30 days
   f/u PRN.

5/17/05  S/c headaches

S/  Wt 196   BP 110/80  P 88  R 18  T 98⁰
O/  20 wm c̄ c/o as Above c̄ Hx of head trauma as child
    denies N/V or photophobia reports phonophobia
    c̄ HA pain ↑ pain last 2-3 days x Q. week
    reports taking Tylenol s̄ relief  ↑ N/V/A
         NAD  VSS  A&O x3  Ambulates s̄ Difficulty
         Neuro intact  Skin intact c̄ small isolated
         HEENT wnl  Eom: Perrla  healing acne as tbl

A  Migraine HAs 2⁰ to old trauma
P/ Percogesic ↑ po BID PRN X 2 months for HA pain
   Re Safety, compliance to meds
      ↑ Fluids
      RTC PRN
                              [signature]

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Brazell Michael D.O.B.: 11/3 84 |
|---|---|
| 6/14/04 | W/m recd at Easterling. Food service worker cleared. — J Scott |
| 2-18-05 2p | WT- |
| S | (R) hand Injury - pain/swelling R hand after injury sustained while doing push up on his fist 3 days ago |
| O | R hand : no erythema/edema, mild deformity over the 4th Metacarpophalangeal joint - with some tenderness extending to the proximal phalanx. ROM slightly ↓ |
| A/P | Injury R hand (4th Metacarpal and proximal phalanx) |
| | Pl: no heavy use of R hand - Motrin x 7d - X ray R hand then F/u [signature] |
| S | c/o Injury R hand. |
| O | R hand : wnl<br>X ray : normal - no fracture/dislocation. |
| A/P | s/p Injury R hand - resolving<br>P: [illegible] ROM, [illegible] [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Brazell Michael D.O.B.: 11 / 3 / 84 |
|---|---|
| 6/10/05 | S/C |
| S | f/u from [illegible] pt c/o neck pain |
| | pt states to be fine now and denies any pain on |
| | ↓ ROM of R/L neck |
| O | NAD |
| | c spine non tender |
| | ROM full, no pain. |
| | Neuro: intact |
| [illegible] | Neck pain - resolved |
| | Rx: M/u PRN |
| 8/15/05 12P | WT-191 BP 110/80 P 92 R 18 T 99.8 |
| | SK headaches |
| S | 21 y/o c/o headache with no n/v, photophobia, neck stiffness, weakness - these symptoms was controlled with [illegible] |
| O | - NAD, VSS |
| | [illegible]: ✓ Neuro: intact |
| [illegible] | Headache |
| | Rx: [illegible] [illegible] x 30 days 7 |
| | [illegible] [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

Date/Time | Inmate's Name: | D.O.B.: / /

PHS
PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Brazill Michael

D.O.B. 1/1 31 84

ALLERGIES: NKDA

Use First Date 1/18/06

noted R.Evil 1/18/06 1240 pm

DIAGNOSIS Headache

Percogesic ii po BID PRN x 60 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY

PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME: Brazell Michael 226568
D.O.B. 11/3/84
ALLERGIES: NKDA
Noted ODarin
Use Last Date 1/1/06

DIAGNOSIS (If Chg'd)
Inderal 20mg ÷ po bid x 90 d
V.O. Dr Darbouze / ODarin
☐ GENERIC SUBSTITUTION IS NOT PERMITTED
1/3/06

---

NAME: Brazell Michael 226568
D.O.B. 1/1 3/84
ALLERGIES: NKDA
noted L. Epin 12/16/05 1:10 pm
Use Fourth Date 12/6/05

DIAGNOSIS (If Chg'd) Headache, contact dermatitis
Fioricet ii to BID PRN x 30 days
Hydrocortisone cr BID x 5 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: BRAZELL, MICHAEL 226568
noted 11/9/05 RFlowers, LPN
D.O.B. 11/3/84
ALLERGIES: NKDA
Use Third Date 11/9/05

DIAGNOSIS (If Chg'd) Bipolar D/O (IN remission)
D/C Depakene (I/M med non-compliant)
D/C Zantac (I/M refusing meds).
SBanerjee, MD
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Brazell, Michael 226568
noted 11/1/05 RFlowers, LPN
D.O.B. 11/3/84
ALLERGIES: NKDA
Use Second Date 11/1/05

DIAGNOSIS (If Chg'd) R/O Bipolar D/O
Depakene 500mg. P.O. Bid x 14 days
Zantac 150 mg. P.O. Bid
V.O. DR. Banerjee / RFlowers, LPN
SBanerjee, MD
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Brazell Michael 226568
D.O.B. 1/3/84
ALLERGIES: unknown
noted L. Epin 10/11/05 1050
Use First Date 10/11/05

DIAGNOSIS
Dc keflox
↓ Inderal to 20 mg po BID x 90 days
BP + P QD x 3 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Brazell Michael 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>noted OD<br>Use Last Date 10/6/05 | DIAGNOSIS (If Chg'd)<br>Keflex 500mg T po BID X 10 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Brazell Michael 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>noted OD<br>Use Fourth Date 10/6/05 | DIAGNOSIS (If Chg'd) Laceration to (L) leg, Migraine HA<br>inderal 20mg T po tid X 90 days<br>Percogesic II po BID PRN X 1 month.<br>tx call X 1 week clean (L) leg c soap/H2O Dry, Apply TAO and cover c [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Brazell, Michael 226568<br>noted 9/6/05 R Flowers, LPN<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Third Date 9/6/05 | DIAGNOSIS (If Chg'd) R/O Bipolar D/O<br>Depakene 500mg, P.O. Bid X 60 days<br>Zantac 150mg, P.O. Bid<br>V.O. Dr. Banerjee / R Flowers, LPN<br>S Banerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell Michael<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>noted [illegible] 8/15/05<br>Use Second Date 8/15/05 | DIAGNOSIS (If Chg'd) Headache<br>Percogesic II po BID PRN X 30 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Brazell Michael # 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Noted [illegible] 8/13/05<br>Use First Date 8/13/05 | DIAGNOSIS<br>PPD for Arg<br>V.O. Dr. Darbouze/[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY

MEDICAL RECORDS COPY
(03) 01109

**PHYSICIANS' ORDERS**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED



---

NAME: BRAXELL, MICHAEL
2 2 6 5 6 8
D.O.B. 11/3/84
undated 8/8/05
ALLERGIES: NKDA

DIAGNOSIS (if Chg'd) Rhabdomyol D/o; Amphotomee.
△ Depakene 250 mg po bid x 90 days
Rontac 150 mg po bid
VPA Level in three weeks.
Bonnaig., M.D.

---

NAME: BRAXELL, Michael
2 2 6 5 6 8
D.O.B. 11/3/84
ALLERGIES: NKDA
Use Last    Date 8/8/05

DIAGNOSIS (if Chg'd)
Percogesic II po BID PRN x 2 weeks
po PHA
YoutCar

☐ GENERIC SUBSTITUTION IS NOT PERMITTED
Use Fourth    Date 5/1/05

---

NAME: BRAXELL, Michael A.
undated
@ St. Thomas 5/1/05
LPN
D.O.B. 11/3/84
ALLERGIES: NKDA 5/1/05

DIAGNOSIS (if Chg'd) Rhabdo D/o; Amphotomee
Depakene 250 mg po bid x 90 days
LFT's (liver function tests) CBC w/pl
in 10 days (5-31-05). Bonnaig., MD.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED
Use Third    Date 5-18-05

---

NAME: Braxell, Michael
D.O.B. 11/3/84
ALLERGIES: NKDA
noted 3/11/05
Still 4/1/5

DIAGNOSIS (if Chg'd) Head & ½
Tylenol 1g po BID PRN x 30 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED
Use Second    Date 4/1/05

---

NAME: Braxell, Michael
226568
D.O.B. 11/3/84
noted 3/8/05
ALLERGIES: NKDA
food
Peds

DIAGNOSIS Soft tissue injury R hand
Dr. Mohr
Tylenol 500 mg II po TID PRN x 10 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED
Use First    Date 1/13/05  JHS

MEDICAL RECORDS COPY

60110

---

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use First    Date 10/26/04

ALLERGIES: NKA

D.O.B. 11/3/84    Noted
RH
10/26/04

NAME: Brazell, Michael
226568

DIAGNOSIS

Motrin 600 mg i po #4 X 3 day
Prilic 500 mg i po #11 X 10 days
H2O2 Rinses B.i.d X 2 weeks

---

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Second    Date 1/20/05

ALLERGIES: 226568

D.O.B. / /

NAME: Brazell – Michael

DIAGNOSIS (if Chg'd)
Motrin 600 mg #30 SIG X i tabs
Dr. List / D. Kalmalion

---

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Third    Date 2/16/05

ALLERGIES: NKA

D.O.B. 11/3/84

NAME: BRAZELL, MICHAEL
226568

DIAGNOSIS (if Chg'd)
I'm ordering suicidal thoughts
For Inm's safety, will continue
suicide watch.
R. Banister, MD

---

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Fourth    Date 2/18/05

ALLERGIES: NKA

D.O.B. 11/3/84

NAME: Brazell, Michael
#226568

DIAGNOSIS (if Chg'd)
Motrin 600 mg i po Tid po X 14 days
X Ray R hand
R hand X Ray report
R. hand

---

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Last    Date 2/23/05

ALLERGIES: N K DA

D.O.B. 11/3/84

NAME: BRAZELL, MICHAEL
226568

DIAGNOSIS (if Chg'd)
I'm still voicing suicidal thoughts
will continue suicide watch. Per
Inm's safety. Suicide watch suicide
Watch 2 suicide blanket. No objects.
objects. Lunch as Per Doc protocol.
R. Banister, MD

---

PHYSICIANS' ORDERS



PHS
PRISON HEALTH
SERVICES
INCORPORATED