IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MICHAEL BRAZELL (AIS #226568), | * | |
| Plaintiff, | * | |
| V. | * | 2:05-CV-1130-WKW |
| SUSANNE BUSH, ET AL. | * | |
| Defendants. | * | |

### AFFIDAVIT OF SUSANNE BUSH, L.P.N.

**STATE OF ALABAMA**

**COUNTY OF** Barbour

**BEFORE ME,** Linda E. Teal, a notary public in and for said County and State, personally appeared **SUSANNE BUSH, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Susanne Bush, L.P.N. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed practical nurse in Alabama since 1995. I have worked continuously as a nurse at Easterling Correctional Facility in Clio, Alabama, since that time. Since November 3, 2003, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Michael Brazell (AIS #226568) is an inmate currently incarcerated at Easterling Correctional Facility. I have reviewed Mr. Brazell's Complaint in this action as well as his

medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Brazell has made a complaint in this matter that I failed to provide him with medical evaluation or treatment for injuries he allegedly sustained during an altercation with an Alabama Department of Corrections Officer on November 16, 2005. Mr. Brazell's allegations are simply untrue.

As part of my duties as a nurse at Easterling, I occasionally serve as a segregation pill call nurse. As a pill call nurse, I am responsible for delivering medications to inmates housed in Easterling's segregation dormitories. On November 16, 2005, I was acting in this capacity while delivering medication to inmates housed in segregation dormitory No. 5.

While I have no memory of encountering Mr. Brazell on this date, I can say with certainty that I did not deliver any medications to him. Moreover, even if Mr. Brazell had solicited evaluation from me while I was delivering medications, I would have been unable to provide him with evaluation in the segregation setting unless I observed him in acute physical distress. Alabama Department of Corrections' protocol dictates that in order for an inmate to receive medical evaluation while housed in segregation he must first submit a written request for treatment with the infirmary. Subsequent to placing a written request, the inmate must then be escorted in restraints from his segregation cell to the infirmary by an Officer.

Based on my review of Mr. Brazell's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same

or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time did I or any of the medical or nursing staff at Easterling Correctional Facility deny Mr. Brazell any needed medical treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Brazell. At all times, Mr. Brazell's medical complaints and conditions were addressed as promptly as possible under the circumstances."

    Further affiant sayeth not.

_Susanne Bush LPN_
SUSANNE BUSH, L.P.N.

STATE OF ALABAMA    )
    )
COUNTY OF Barbour    )

    Sworn to and subscribed before me on this the ___9th___ day of _February_, 2006.

_Linda E. Deal_
Notary Public

My Commission Expires:

___7-15-07___