In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2006 MAR -2 A 9:57

Michael Brazell #226568 )
　　plaintiff )
　　v. )     Civil Action No.
Sunday Crawford ET. AL. )     2:05-CV-1130-WKW
　　defendant(s) )

------------------x

## Notice of Change of Address

The plaintiff, of the above styled case is now notifying this honorable court of a change of address. The plaintiff's new address is:

　　Mr. Michael Allen Brazell
　　2565 Kossow st.
　　Mobile, Ala. 36604,

for any further proceedings of this case please contact me at the above address.

　　Respectfully Submitted  *Michael Brazell*

## Certificate of Service

I hereby certify that a copy of the above and foregoing has been served by U.S. mail, done this __28th__ day of __February__, 2006, to: Rushton, Stakely, Johnston & Garrett, P.A., P.O. Box 270, Montgomery, Ala. 36101-0270.

　　Respectfully Submitted  *Michael Brazell*