**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 3, 2006

# NOTICE OF CORRECTION

FROM:  Clerk's Office

Case Style:  Michael Allen Brazell v. Gwendolyn Mosley et al

Case No.:  2:05cv01130-WKW
Document #33 Special Report
Filed on 3/1/06

This Notice of Correction was filed in the referenced case this date to add Exhibits A, B & C to the Special Report which were omitted when the document was e-filed. These exhibits are attached to this Notice of Correction and have been added as attachments to the Special Report.