# A F F I D A V I T

STATE OF ALABAMA     )
                              )

_Barbour_ COUNTY     )

        I, _Beth H Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional Fac._; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Michael A. Brazell_, AIS# _226568_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

        I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison HealthCare Service - E.C.F._; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

        This, I do hereby certify and affirm to on this the ___1st___ day of _March_, 2006.

                        _Beth H Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE** ___1st___ **Day of** _March_, 2006.

_Linda A. Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires



## PRISON HEALTH SERVICES
### SEGREGATION LOG

Name: Brazell, Michael   AIS _____   DOB _____   UNIT _____   YEAR 2005

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:
M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL:



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Michael Brazell*

Date of Birth: *11-3-84*     Social Security No: *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*

Date: *12-5-05*     Time: *8:35 p.m.*     A.M.
P.M.

This is to certify that I, *Michael Brazll*, currently in
(Print Inmate's Name)

custody at the *EBni*, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *S/C 12-0-705*
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Michael Brazell*                      *____*
(Signature of Inmate)**               (Signature of Medical Person)

_____            _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11-17-05 | TIME 435 ☒AM ☐PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6  ORAL/RECTAL  RESP. 18   PULSE 77  B/P 118,76  RECHECK IF SYSTOLIC _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S: Doc Body Chart.

O: w/m to HCU escorted by Officer Floyd and Sgt Bayley A&Ox3. Resp even et unlabored. Skin warm et dry to touch. Multiple abrasions noted arms and hands bilaterally.

**PHYSICAL EXAMINATION**

A. Doc Body Chart

P. No further Tx indicated. Release to Doc.

| ABRASION/// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 11/17/05 | TIME 4/45 ☒AM ☐PM | RELEASE/TRANSFERRED TO ☒DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☒SATISFACTORY ☐ POOR ☐FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Hawkins Lpn | DATE 11-17-05 | PHYSICIAN'S SIGNATURE | DATE 11/17/05 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Brazell, Michael | AGE 21 | DATE OF BIRTH 11/3/84 | R/S w/m | AIS # 226568 |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: *Michael Brazell*

Date of Birth: 11-3-84          Social Security No: *226568*

Date: 11-14-05          Time: 9:00 pm          A.M. (P.M.)

This is to certify that I, *Michael Brazell*, currently in
(Print Inmate's Name)

custody at the *Easterling*, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *Sick Call*
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Michael Brazell*                          *Cindy Duncan*
(Signature of Inmate)**                    (Signature of Medical Person)

226568

_____          _____
(Witness)                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-10-05

**To:** Dr Easterling

**From:** PHS Easterling

**Inmate Name:** Brazell Michael          **ID#:** 226508

---

### The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Tx call x1 week 10-10-05 thru 10-17-05 @
8AM clean c̄ soap/H2O, dry, apply TAO
et cover c̄ wandaid

---

**Date:** 10/10/05   **MD Signature:** M Floyd/CRNA Duri   **Time:** 1535

10-12-05   4A-   dne - sks
10-13-05   4A-   dne sks
10-14-05   4A-   dne sks

60418

SEG
B8



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** ___10/11/05___

**To:** ___DOC___

**From:** ___HCU___

**Inmate Name:** ___Brazell Michael___ **ID#:** ___226 568___

---

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**                           5 A.M.

Blood Pressure & Pulse daily x 3 days

10/12 BP 108/58 p 60

10/13 BP 112/58 p 60

10/14 BP 112/72 p 64                    AH 10/14/05

**Date:** 10/11/05 **MD Signature:** Darboyze / Ci **Time:** 11 05 AM

Michael Brazell 226568

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-13-05

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Brazell, Michael     **ID#:** 226568

---

### The following action is recommended for medical reasons:

1. House in ⟋⟍
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. (Other) PPD Reading on (mon) 8-15-05 P

**Comments:** 7-3 pill call

---

**Date:** 8-13-05    **MD Signature:** V.SoreDarbron/Bmcan    **Time:** 11

*Michael Brazell*

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ET

| ADMISSION DATE 5/23/05 | TIME 910 AM/PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 99.0 | ORAL RECTAL | RESP 20 | PULSE 98 | B/P 130/80 | RECHECK IF SYSTOLIC ____/____ <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S "an officer assaulted me"
O- A1Ox3. Skin warm/dry. Resp
even & unlabored. Reports that
an officer rammed this head
unto the wall causing injury
to this neck. Reports sharp
pain upon moving neck and
neck feels stiff. Ø visible
injuries noted. Skin intact.
Ø distress noted.
A- DOC Body Chart
P- Releax to DOC

Skin
intact
Ø injuries
visible

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 5/23/05 | TIME 915 AM/PM | RELEASE / TRANSFERRED TO | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE | DATE 5/23/05 | PHYSICIAN'S SIGNATURE | DATE 5/24/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell, Michael | DOC# 226568 | DOB 11/3/84 | R/S W/M | FAC. ECF |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _5 / 10 / 05_    ORIGINATING INSTITUTION/WORK RELEASE CENTER _EAS_

REASON FOR PROFILE: _razor irritation_

TREATMENT: _shave profile_

### SHAVE PROFILE INSTRUCTIONS

1  Specific area of face or neck involved is to be identified on the above profiles by the physician.
2  Hair in the areas shown on the diagrams is not to exceed 1/8".
3  The type shave to be used is clipper.
4  This shaving profile expires on _11 / 10 / 05_
5  Any corrections automatically cancel this profile authorization.
6  If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7  Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
          DATE
☑ Inmate _5 / 10 / 05_
          DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS# |
|---|---|---|---|---|
| Brazell, Michael | 11/3/84 | | W/M | 226568 |

ORIGINAL - Blue Medical Jacket        YELLOW - Inmate            PINK- Warden

F-13

X _Michael Brazell_
   _226568_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 2 /13 /05 | TIME 920 AM/PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|
| ALLERGIES NKDA | Wt 172 | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | | |
| VITAL SIGNS: TEMP 98.5 | ORAL RECTAL RESP 20 | PULSE | B/P 110/70 | RECHECK IF SYSTOLIC _____ / <100> 50 |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S-"I feel like I want to
hurt myself or someone
else."

O- W/M brought to HCU. Ct Ox3.
Skin warm et dry to touch.
Resp even et unlabored.
No injuries noted at
present. Denies any
injuries. Denies having
a plan. No acute
distress noted.

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

A- Alt in mental status

RIGHT OR LEFT

P- Dr. Nevels notified.
See orders.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Suicide watch Safe Vest + blanket Sack lunch. No personal Property. VO Dr. Nevels / DScott rn | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
As above

| DISCHARGE DATE 2/13/05 | TIME 930 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☑ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE DScott rn | DATE 2/13/05 | PHYSICIAN'S SIGNATURE SBanerjee, MD | DATE 2/16/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | | DOC# 226568 | DOB 11-3-84 | R/S W/m | FAC. ECF |
|---|---|---|---|---|---|

PHS-MD-70007                              (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/13/05

**To:** Doc

**From:** PHS

**Inmate Name:** Brazell Michael     **ID#:** 226568

---

### The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Suicide Watch. Place in Safe Cell ō Safe gown, Safe blanket & Sack lunches only. NO personel property.

**Date:** 2/13/05   **MD Signature:** Oct Newell She   **Time:** 9:30 p

DC Murphy CRST

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/2/05

**To:** Medical Records/Security

**From:** _____

**Inmate Name:** Michael Brazell  **ID#:** 226568

---

### The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until_____

5. Other _____

**Comments:**
Release from suicide watch
back to ADOC segregation.

_____

_____

**Date:** 3/2/05  **MD Signature:** _____ RN  **Time:** 4:35 pm

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 2/15/05 | TIME 2010 ☐AM ☑PM | ORIGINATING FACILITY _____ ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁸ | ORAL RECTAL | RESP 16 | PULSE 76 | B/P 124, 84 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "I was doing push ups on my knuckles" R 4th digit

O: swollen # proximal joint, AAOX3, resp. equal un unlabored, skin warm al dry

A: alteration in comfort

O: GAOX3 (currently in medical isolation cell - HCV)

P: Motrin order, to see MD

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

swollen

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600g ↑ po T/D | 2015 | 82 |

| DIAGNOSIS alteration in comfort |
|---|

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 2/15/05 | TIME 2020 ☐AM ☑PM | ☐RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/15/05 | PHYSICIAN'S SIGNATURE | DATE 2/18/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell, Michael | DOC# 226568 | DOB 11/3/84 | R/S W/M | FAC. E15 |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/9/04 | TIME 835 ☑AM ☐PM | ORIGINATING FACILITY East ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|---|
| ALLERGIES NKDA | | 1724 | CONDITION ON ADMISSION ☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA | |
| VITAL SIGNS: TEMP 98⁸ ☐ORAL ☐RECTAL | RESP 16 | PULSE 88 | B/P 120, 90 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S. I got in a Fight

O. Ambulate in handcuffs
escorted by Off Lightner +
Hamilton. A+ O x 3. Speech cl.
Resp. E ease. Scratch noted
to back of neck. No other
redness noted to left side
of neck. No other broken
areas or bruises noted to skin
no c/o voiced.
A. Body chart per

**PHYSICAL EXAMINATION**

Doc Protocol.
P. Released to DOC no
A. needed.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9/9/04 | TIME 9⁰⁰ ☐AM ☐PM | RELEASE/TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE [signature] | DATE | PHYSICIAN'S SIGNATURE [signature] | DATE 9/10/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | DOC# 226568 | DOB 11-3-81 | R/S W/m | FAC. East |
|---|---|---|---|---|

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/27/04 | TIME 1pm ☐AM ☑PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | Wt. 175 | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98.4 (ORAL) RECTAL    RESP 16    PULSE 80    B/P 110/70 —    RECHECK IF SYSTOLIC <100> 50 /

| NATURE OF INJURY OR ILLNESS S - "DOC" | | | | | |
|---|---|---|---|---|---|
| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

PHYSICAL EXAMINATION

O - W/M A+O x3 Amb c Steady gait Resp c ease Skin w/D - 4cm round human bite noted to (R) side of ↑ back - Abrasions noted to ↓ (R) shoulder + (R) side of neck - Small approx ½ in Abrasion noted below lower lip - No other injury noted to body Denies any complaints A - Body chart per DOC -

Redness
Red Abrasion
4cm
PROFILE RIGHT OR LEFT
RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tetanus 0.5ml IM to (R) deltoid v/o Dr. Darbouze / SB | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6/27/04 | TIME 1:10 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE S Bushipn | DATE 6/27 | PHYSICIAN'S SIGNATURE | DATE 6/3/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | DOC# 220568 | DOB 11/3/84 | R/S W/m | FAC ECF |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ____ | ✓ |
| TB TEST CURRENT | ✓ | ____ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ____ | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: *2Scottyn*          DATE: 6-14-04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: x *Michael Brazell* DATE: 6-14-04

EXPIRATION DATE: 6-14-05

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|---|
| Brazell    Michael | | 226808 | 11-3-84 | W/m | ECF |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**

## PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dis-satisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

X _Michael Boyd_ 50568 | 175 | 5'9" | 10-14-04
Inmate Signature     AIS#     Weight     Height     Date

_signature_
Witness     10-14-04     7:00pm
                Date          Time

# RECEIVING SCREENING FORM

INMATE'S NAME: _BRAZELL, Michael_    DATE: _5/27/04_ TIME: _9:55 AM_

DOB: _11/3/84_    OFFICER: _Freddie McCampbell_ INSTITUTION: _KILBY_

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X |  |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? |  | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? |  | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? |  | X |
| Is the skin in poor condition or show signs of vermin or rashes? |  | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? |  | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | X |
| Is the inmate making any verbal threats to staff or other inmates? |  | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | X |
| Does the inmate have any obvious physical handicaps? |  | X |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Freddie McCampbell_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 1/30/06 TIME: | | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
| Anger outbursts | | 0 / 0 |
| Snapping at people | | 0 / 0 |
| Mood swings | | 0 / 0 |
| Irritability | | 0 / 0 |
| Low tolerance level | | 0 / 0 |
| Medications: Depakene / Xantac D/c'd as of 11/9/05 | | Informed Consent |

Compliance:   Inmate report _____ % vs MAR _____ % I'm doing well clinically

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am fine. I don't have any problem now. My mood is good. I don't get angry anymore. I am doing good" Reports & other sxs of mood, anxiety or thought d/o. & thoughts to hurt himself or anyone else. Voices no other issues or concern. A+Ox3. Good eye contact.

Side effects: _____

**O** _____

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | L | | Mood- euthymic, Affect |
| Serious Depression | L | | appropriate  Ⓢ SI Ⓢ HI Ⓢ HA, Ⓢ delusions Ⓢ paranoia |
| Self-Injurious Thoughts | L | | Ⓢ sxs of Bipolar D/o or Impulse  Thought |
| Suicidal Intent | L | | Denies  Control D/o noted.  Process- |
| Aggressive | L | | Denies  logical, |
| Seriously Impulsive | L | | None noted.  & loose |
| Situational Upset | L | | None noted.  associa- |
| | | | None noted.  tions |

Lab info: None from mental health.   Labs Ordered: _____ Labs Reviewed: _____ AIMS: _____
noted at this time

**ASSESSMENT/Diagnosis (DSM-IV)**
Bipolar D/o (in remission)
Impulse control D/o (in remission)

**PLAN:** I'm clinically stable. Has been doing well without being on any psychotropic meds. since 11/9/05. Exhibits Ⓢ sxs or signs of mental illness at present time. Discussed c̄ Tx team to change his mental health code to HIST at this time

Return to clinic: RTC to clinic PRN    Print Last Name: DR. BANERJEE    Sign: SBanerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAXELL MICHAEL | 226568 | 20 | W/M | HIST | ECF |

Disposition: Medical File
Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. RTC on PRN basis at this time. Continue care.

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226564_ Institution: _Easterling_
Date Review Completed: _11-2-05_ Date Placed in Segregation: _9-9-04_

30 DAY REVIEW        ✓ 90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

**MENTAL STATUS EXAMINATION**

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS: _Coded SMI_

**RECOMMENDATIONS:**

_X_ *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION**

Treatment Plan Initiated On: 2/14/05   Treatment Coordinator: M. Griffin

Inmate's Housing Location: Safe Cell   Institution: ECF

Presenting Crisis: Inmate reports having suicidal ideations.

**DSM IV Diagnosis:**

Axis I: _____

Axis II: _____

Axis III: _____

Current Precautionary Measures:
Placed in safe cell

| Problem #1 Reports having suicidal ideations. |
| Goal: Eliminate thoughts & intent to harm self |
| Target Date for Resolution: 2/15/05 |
| Intervention(s): 1. Place in safe cell |
| 2. Supportive therapy by MHP |
| Staff Member(s) Responsible: TC RN MD    Frequency: Daily |

| Problem #2 Reporting suicidal ideation |
| Goal: Eliminate thoughts of self harm |
| Target Date for Resolution: 2/19/05 |
| Intervention(s): 1. Safe cell |
| 2. Supportive therapy |
| Staff Member(s) Responsible: TC, RN, MD    Frequency: Daily |

Second Page attached:    Yes ☐    No ☐

**Treatment Team Members**

Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: M. Griffin, MHP    Date: 2/15/05

Inmate Agreement: _____    Date: _____

Treatment Plan Review by: _____    (within one working day)

| Inmate Name Brazell, Michael | AIS # 226568 |

ALDOC Form 470-02

AR-470 – December 2, 2001

# Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care *(Review)*

**Treatment Plan Reviewed on:** 10/10/05                    **Treatment Plan Initiated on:** 3/16/05
**Inmate's Current Housing Location:**                    **Institution:** Easterling Correctional Facility

CURRENT STATUS

Problem # 1 Inmate continues to display signs and symptoms of Impulse Control Disorder as evidenced by angry outbursts, mood swings, irritability, low tolerance level, and impulsivity that is harmful to self or others.

Target Date for Resolution: 6 months

Status: Resolved            No Change X            Modified

Outcome/Modification: Inmate will continue to receive individual monthly counseling and 90dys psychiatric follow-up. Inmate will continue to comply with recommended medication regime by psychiatrist. Inmate was seen by psychiatrist on 8/3/05, at that time, inmate's medication regime was increased. Inmate was seen by MHP on 10/6/05 and reported increase in anger episodes during the past week. As a result of his impulse behavior he mentioned that he was in a fight with his cellmate in segregation.

Staff Member Responsible: Psychiatrist, MHP, Nurse                    Frequency: 90dys, Monthly, Weekly

Problem # 2 Inmate is medication non-compliant with his Depakene medication.

Target Date for Resolution: 6months

Status: Resolved            No Change X            Modified
Outcome/Modification: Inmate will be seen by psychiatrist for medication re-evaluation. Inmate will enroll in the medication compliance group upon release from segregation. MHP will discuss the importance of medication compliance with inmate during individual counseling sessions.

Staff Member Responsible:Psychaitrist, MHP, Nurse                    Frequency: Monthly, Weekly

Psychiatrist: *SBanerjee, MD.*                    Date: 10/12/05

Mental Health Nurse: *R. Flowers, LPN*                    Date: 10/12/05

Treatment Coordinator: *T. Wille, MS*                    Date: 10/12/05

Inmate Agreement: *[signature]*                    Date: 10/12/05

Next Treatment Plan Review to be Conducted by:                    (within six months)

| Inmate Name: Brazell, Michael | AIS#226568 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE**

Treatment Plan Initiated on: 3/16/05    Treatment Coordinator: Steven Futrell, Psy D

Inmate's Housing Location: Segregation    Institution: ECF

DSM IV Diagnosis:

Axis I: Impulse Control DO

Axis II: Deferred

Axis III: None noted

Axis IV: Incarceration

Axis V: GAF =

---

**Problem #1** Outbursts of Anger
Goal: Reduce or eliminate the frequency, intensity, and duration of episodes of anger.
Target Date for Resolution: 9/16/05
Intervention: 1. Psychotropic medication
2. Psychotherapy/counseling ē treatment coordinator
Staff Member Responsible: Psychiatrist / TC    Frequency: 90 /30

---

**Problem #2** Suicidal ideation, per history
Goal: Prevent any recurrence of suicidal ideation
Target Date for Resolution: Ongoing
Intervention: Psychotherapeutic intervention by treatment coordinator.
Staff Member Responsible: TC    Frequency: 30 days/ongoing

---

**Problem #3** Hx of Substance Abuse
Goal: Reduce/eliminate the impulse to abuse substances
Target Date for Resolution: 9/16/05
Intervention: 1. Psychotherapeutic intervention by T.C.
2. Referral to SAP Drug Treatment S/P
Staff Member Responsible: TC / SAP Staff    Frequency: 30 days / TBA

---

Second Page attached:    Yes ☐    No ☑
**Treatment Team Members**
Psychiatrist: S Banerjee, M.D.    Date: 3/16/05
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: Steven Futrell Psy D    Date: 3/16/05
Inmate Agreement: Michael Brazell    Date: _____
Treatment Plan Review to be Conducted by: _____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226567 |

3:20 pm
3/16

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)

Treatment Plan Reviewed On: 2/28/05     Treatment Plan Initiated On: _____

Inmate's Current Housing Location: Safe Cell     Institution: _____

Current Precautionary Measures:

Safe Cell

CURRENT STATUS:

**Problem #1** — Suicidal threats

Target Date for Resolution: 3/27/05
Status:     Resolved ☐     No Change ☑     Modified ☐

Outcome/Modification: Eliminate thoughts of harming self or others.

Staff Member(s) Responsible: TC, RN, MD          Frequency: Daily

**Problem #2** — Suicidal threats

Target Date for Resolution: 3/28/05
Status:     Resolved ☐     No Change ☑     Modified ☐

Outcome/Modification: Eliminate thoughts of harming self or others

Staff Member(s) Responsible: TC, RN, MD          Frequency: Daily

Comments: 3/2/05: Stated that he is neither suicidal nor homicidal. DC suicide watch.

Second Page attached:     Yes ☐   No ☐
### Treatment Team Members

Psychiatrist: _____     Date: _____
Mental Health Nurse: _____     Date: _____
Treatment Coordinator: K. Griffin, MHP     Date: 2/28/05

Inmate Agreement: _____     Date: _____

Next Treatment Plan Review by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazelly Michael | 226568 |

ALDOC Form 470-03

10 of 13

AR 470 – December 2, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION   (*REVIEW*)**

Treatment Plan Reviewed On: 2/24/05     Treatment Plan Initiated On: 2/4/05

Inmate's Current Housing Location: Safe Cell     Institution: ECF

Current Precautionary Measures: Safe Cell

**CURRENT STATUS:**

**Problem #1**
Suicidal threats

Target Date for Resolution: 2/25/05
Status:          Resolved ☐     No Change ☑     Modified ☐

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible: TC, RN, MD     Frequency: Daily

**Problem #2**
Threatening self-harm.

Target Date for Resolution: 2/24/05
Status:          Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: Eliminate thoughts of self-harm

Staff Member(s) Responsible: TC/RN/MD     Frequency: Daily

Comments:

Second Page attached:     Yes ☐     No ☐

**Treatment Team Members**
Psychiatrist: _____     Date: _____
Mental Health Nurse: _____     Date: _____
Treatment Coordinator: M. Griffin, MHP     Date: 2/24/05

Inmate Agreement: _____     Date: _____

Next Treatment Plan Review by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226,568 |

ALDOC Form 470-03

10 of 13

AR 470 – December 2, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION** *(REVIEW)*

Treatment Plan Reviewed On: 2/21/05    Treatment Plan Initiated On: 2/4/05

Inmate's Current Housing Location: Safe Cell    Institution: ECF

Current Precautionary Measures:

Placed in safe cell

### CURRENT STATUS:

**Problem #1**

Inmate reports having thoughts of harming self.

Target Date for Resolution: 2/22/05

Status:    Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: 1. Placed in safe cell
2. Supportive therapy by MHP

Staff Member(s) Responsible: TG RN, MD    Frequency: Daily

**Problem #2**

Suicidal ideation

Target Date for Resolution: 2/24/05
Status:    Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible: TG RN, MD    Frequency: Daily

Comments:

Second Page attached:    Yes ☐    No ☐

### Treatment Team Members

Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: M. Cubley, MHP    Date: 2/21/05

Inmate Agreement: _____    Date: _____

Next Treatment Plan Review by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

10 of 13

AR 470 – December 2, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 11/9/05 | TIME: | | |
|---|---|---|---|
| **Target Symptoms** | | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
| Angry outbursts | | | 0 / 0 - 1 |
| Snapping at people | | | 0 / 0 - 1 |
| Mood swings | | | 0 / 0 - 1 |
| Irritability | | | 0 / 0 - 1 |
| Low tolerance level | | | 0 / 0 - 1 |
| **Medications:** med non-compliant | | Depakene, Xantac | Informed Consent |
| **Compliance:** Inmate report 100% 0% vs MAR 100% % | | | ✓ |

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have not been taking those medicines for past three months. I am doing good without taking any medicines. I have been flushing those medicines down the toilet. I feel good. I don't get angry anymore, I don't get any mood swings." Reports ∅ other sxs of mood, anxiety or thought d/o.

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | ∅ sxs of psychosis, ∅ SI, ∅ HI, ∅ HA | ∅ thought |
| Serious Depression | ✓ | | ∅ sxs of Bipolar D/o or ∅ ∅ delusion | to hurt |
| Self-Injurious Thoughts | ✓ | | Denies · Impulse control D/o | himself |
| Suicidal Intent | ✓ | | Denies ✓ · noted at this time. | or |
| Aggressive | ✓ | | None noted | anyone |
| Seriously Impulsive | ✓ | | None noted } at present time | else. |
| Situational Upset | ✓ | | None noted | Voices |

| Lab info: None at this time - | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

no other concern at present.

**ASSESSMENT/Diagnosis (DSM-IV)**
Bipolar D/o (in remission)
Impulse control D/o (in remission)

**PLAN:** I'm clinically stable. Has been med non-compliant and refusing all psychotropic meds at this time. Exhibits ∅ sxs or signs of mental illness at present. Will D/C Depakene,

| Return to clinic: RTC 90 days | Print Last Name: DR. BANERJEE | Sign: Banerjee M.D. | D/C |
| **Patient's Name:** (Last, First, Middle) | AIS # | Age | R/S | Code | Institution | Xantac |
| BRAZELL, MICHAEL | 226568 | 20 | w/m | SMI | ECF |

**Disposition:** Medical File

Will be followed up ā counseling RTC in 90 days for follow up. Discussed Tx plan ē Im. He understands and agrees ē Tx plan. Continue care.

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Brazell, Michael

AIS #: 226568                    LOCATION: B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**

Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X

Explanation: 7 morning & evening doses of Depakene missed. Inmate states "I don't need it & I'm not going to take it anymore."

Reported by: R. Flowers, LPN              Date: 11-8-05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 11/1 - 11/7/05

Inmate remains non-compliant & talked to on weekly basis. Instructed inmate of possible signs & symptoms from not taking medication as ordered & to take medication as ordered. Will be seen by Dr. Banerjee on 11/9/05 for follow-up & med non-compliance.

Follow-Up by: R. Flowers, LPN              Date: 11-9-05  Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance report on 11/9/05. Please review progress notes dated 11/9/05.
                                        SBanerjee, MD

Follow-Up by: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Brazell, Michael_

AIS #: _226568_          LOCATION: _5 B-8_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

---

**PROBLEM REPORTED:**
   Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _X_
Explanation:

5 morning & 6 evening doses of Depakene missed

Reported by _R. Flowers, LPN_          Date: _11-1-05_

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/25- 10/31/05
Inmate states " I don't want to take any medicine any more."

I instructed inmate of importance of taking medication as ordered & possible signs & symptoms of not taking medication routinely. Will be seen on 11/9/05 by Dr. Banerjee for follow up & med non- compliance

Follow-Up by _R. Flowers, LPN_          Date: _11-4-05_  Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
                                        SBanerjee, MD.

Follow-Up by:                    Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568                    LOCATION: B - 8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500mg. | Bid | |

---

**PROBLEM REPORTED:**

Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X

Explanation:

3 morning doses of Depakene missed
2 evening doses of Depakene missed

Reported by: R. Flowers, LPN        Date: 10/25/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/17/05 - 10/25/05

Inmate states "I don't need the medicine & I'm not going to take it."

Instructed inmate on importance of taking medication & possible signs/symptoms if not taking it. Will be scheduled to be seen by Dr. Banerjee for med-noncompliance.

Follow-Up by: R. Flowers, LPN        Date: 10/25/05        Michael Brazell
                                                              226568

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05.

                                    SBanerjee, MD

Follow-Up by:                        Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR-458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Brazell, Michael_

AIS #: _226568_      LOCATION: _5 B-8_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**

Side effects:____ Medication-Related Problem:_____ Non-Compliance: _X_

Explanation:

4 morning & evening doses of Depakene missed

Reported by: _R. Flowers, LPN_     Date: _10/17/05_

**MENTAL HEALTH NURSE FOLLOW-UP:** Week of 10/11 - 10/17/05

Inmate states "The medicine is not working for me."

Instructed inmate to take medication as ordered & will be scheduled to be seen by Dr. Banerjee for med non-compliance.

Follow-Up by: _R. Flowers, LPN_     Date: _10/18/05_    _Michael Brazell_ _226568_

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
           SBanerjee, MD

Follow-Up by:            Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Brazell, Michael

AIS #: 226568          LOCATION: 5B-15

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| VPA | 500 mg | Bid | |
| Zantac | 150 mg | Bid | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X
Explanation:

5 morning doses of VPA & Zantac missed
4 evening doses of Zantac & VPA missed

Reported by: R. Flowers, LPN          Date: 9/26/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 9/21/05 - 9/26/05
Inmate states "I don't think its doing me any good."

Instructed inmate on importance of taking medication as ordered & will be scheduled to be seen by Dr. Banerjee for med non-compliance.
Follow-Up by: R. Flowers, LPN          Date: 9/27/05   Michael Zoy V

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
                                    SBanerjee, MD

Follow-Up by:                              Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_  AIS#: _226568_  Institution: _ECF_

Date Review Completed: _8-3-05_  Date Placed in Segregation: _9-28-04_

30 DAY REVIEW      ✓ 90 DAY REVIEW  _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other: _____ |

COMMENTS: _Coded SMI._

**RECOMMENDATIONS:**

_X_  SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
   SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
   REFERRED FOR PSYCHIATRIC EVALUATION
   Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Bracell_    Date of Request: _July 24, 05_
ID # _226568_    Date of Birth: _11-3-84_   Location: _3A-1_
Nature of problem or request: _The cell that I'm in lights doesn't work and_
_the darkness is bothering my thoughts. I hate not being able to see._
_I've also been depressed and this cell is driving me crazy._
_I need someone to talk to, please help me_
P.S. Officers keep messing with me    _Michael Bracell_
   and I'm having some real bad     Signature
   thoughts.

### DO NOT WRITE BELOW THIS LINE

Date: _7-25-05_
Time: _1700_ AM PM
Allergies: _NKDA_

┌─────────────────────────┐
│      RECEIVED │
│ Date: │
│ Time: │
│ Receiving Nurse Intials _____ │
└─────────────────────────┘

**(S)ubjective:** _"I just want to see MHP & see if they can_
_get me moved to another cell"_

**(O)bjective (V/S): T:** _98.4_   **P:** _77_   **R:** _18_   **BP:** _118/80_   **WT:** _180_

**(A)ssessment:** _I/M being very bad tonite @ this time. States he has_
_asked for the to move his several times because the lights_
_won't come on & he is "Clastraphobic" anyway._
_PMO+S. Skin warm/dry. Lungs clear._

**(P)lan:** _POT for alt in coping skills_
     _Refer to Mental Health_

     _Rec'd & talked_
     _to by MHP on_
     _7/26/05_
     _R.T Lewis, LPA_

Refer to:   MD/PA   (Mental Health)   Dental   Daily Treatment    Return to Clinic PRN
                CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

             _Signature_
             *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226578_ Institution: _ECF_

Date Review Completed: _5-19-05_ Date Placed in Segregation: _9-28-04_

30 DAY REVIEW          ✓ 90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

### MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| **Concentration:** | **Intellectual Functioning:** |
| Appropriate for Segregation | Within Normal Limits |
| **Mood:** | **Memory:** |
| Appropriate for Segregation | Intact |
| **Orientation:** | **Speech:** |
| Appropriate for Segregation | Appropriate for Segregation |
| **Other:** | |

### BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS: _Coded SMI_

### RECOMMENDATIONS:

    X    *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
         *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
         *REFERRED FOR PSYCHIATRIC EVALUATION*
         *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_ Date of Request: _4-16-05_
ID # _226568_ Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _I need to see someone in Mental Health. I've been feeling depressed. At times I've been geting so angry, that the only thing that can calm me down is if I hit something. Help me befor I hurt someone._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

_Scheduled for_
_5/2/05_

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_R. Flowers, LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 8/3/05   TIME:

Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before
---|---|---
Angry outbursts | | 0 – 1/2
Snapping at people | | 0 – 1/2
Mood Swings | | 0 – 1/2
Irritability | | 0 – 1/2
Low Tolerance level | | 0 – 1/2

Medications:  VPA  Xantac.   Informed Consent ✓

Compliance:  Inmate report 100% % vs MAR 100% %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am feeling better now, since I got started on the medicines. I don't have that many angry outbursts anymore." Reports Ø other sx's of mood

Side effects:

**O** anxiety or thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other issues or concerns. A+O x 3. Good eye contact. Mood: euthymic. Affect: Appropriate. Thought

Selected Issues | NO | YES | If yes, comment on pertinent positive findings
---|---|---|---
Psychosis | ✓ | | Ø sx's of psychosis, Ø SI, Ø HI, Ø HA,
Serious Depression | ✓ | | sx's of Bipolar d/o improving Ø delusions
Self-Injurious Thoughts | ✓ | | Denies
Suicidal Intent | ✓ | | Denies
Aggressive | ✓ | | None noted
Seriously Impulsive | ✓ | | None noted
Situational Upset | | ✓ | Re: current situation of being in seg.

Thought Process: logical Ø loose associations.

Lab info: VPA level 83 ug/mL   Labs Ordered:   Labs Reviewed: on 6/29/05   AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)**
Bipolar D/O ~~(in remission)~~ (in partial remission)
Impulse control D/O ~~(in remission)~~ (in partial remission)

**PLAN:** I'm clinically stable. Responding well to his current psychotropic meds. Will continue current meds. Continue current tx plan. RTC in 90 days for follow up. Continue care.

Return to clinic: RTC 90 days   Print Last Name: DR. BANERJEE   Sign: SBanerjee, MD.

Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution
---|---|---|---|---|---
BRAXELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF

Disposition: Medical File

ADOC AR. 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-16-06 | 1:45 P | S - I/m rep. he stays anxious & picks at his face & has peeling fingers. He relates his anxiety to not knowing whether he has 45 days left to serve, or 16 years, depending on whether his split is taken or not. He denied dep & SI. He rep. good family support. He reads & listens to music to pass time. He was encouraged to continue using good coping skills. He denied anger outbursts. O - Good eye contact, smiled often, grooming appropriate, speech logical & coherent. No overt Sx of mental illness noted. A - Situational anxiety. P - Continue care. | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 21 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/12/05 | | Inm seen for TX team meeting. Reviewed and discussed tx plan c̄ Inm. He understands and agrees c̄ tx plan. Continue care. | S Banerjee, MD |
| 11/14/05 | 12:00pm | Monthly individual contact | |
| | | S- I/m Brazell, Michael was seen for monthly individual contact today. However, I/m refused and stated "I don't want them to shake my cell up." I/m denies experiencing any suicidal/homicidal ideations, as well as, auditory/visual hallucinations. | |
| | | O- 20 y/r old who alert, coherent, cooperative, spoke logically, maintained eye contact, I/m lying on the bed (top rack). | |
| | | A- I/m appears clinically stable at the time based on available information noted. ① Signs/symptoms of impulse control d/o - I/m appears to be adjusting at the time and is not in any distress ② medication non-compliance - I/m is currently compliant at the time. | |
| | | P- cont with monthly individual counseling, monitor mental stability / medication compliance. 90 day psychiatric follow up. Will follow-up next month. ~ V Phillips, MSW | |
| 12-12-05 | 11:40 A | S- I/m rep. his stressed out about his sentence (possible loss of split). He rep his fingers are itchy & peeling. We discussed stress management techniques. He rep he listens to music & sometimes reads. He rep. no SI or HI. He rep his family is supportive. He denied mood or anger problems. | |
| | | O- Alert, good eye contact, smiled occasionally, grooming appropriate. | |
| | | A- Appeared currently stable, polite. | |
| | | P- Continue care. | E. Bruner, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/30/05 | cont | A- I/m is clinically stable at this time and is not displaying any s/s/s symptoms of Bipolar Disorder. *O s/s/s symptoms of Bipolar Disorder- I/m is asymptomatic at this time and reports a decrease in anger/irritability and depressive episodes. | |
| | | P- cont with monthly counseling, monitor mental stability/medication comp to weekly. Go days psychiatrist for f/up | |
| | | | T. White, MS MHP |
| | | Monthly wellbeing contact | |
| 10/10/05 | 10:30 am | S- I/m Brazell "rest monitoring", "had problems with my cellmates" "I have been coughing over the past week." I/m denies experiencing any additional problems/stressors at this time. I/m Brazell reports experiencing angry mood swings over the past few weeks. I/m is not taking his psychiatric medication and reported " I have been flushing my medication down the toilet". I/m reports feeling a little depressed about being in segregation. I/m denies experiencing suicidal/homicidal ideation as well as auditory/visual hallucinations. I/m Brazell is partially medication compliant at this time and is not taking his psychiatric medication. | |
| | | O- 20 yr old w/m alert, coherent, spoke clearly, cooperative, good eye contact, dress/grooming neat. I/m Brazell describes his mood as being "alright". I/m reports eating 1-3 meals a day and sleeping 1-2 hrs a night. | |
| | | A- I/m is currently stable at this time but is displaying s/s/s symptoms of Bipolar Disorder. *O s/s/s symptoms of Bipolar mood disorder- I/m continues to report angry mood swings at this time. (Possibly in use with winter) *O medication non compliance- I/m is non compliant with his psychiatric meds. P- continue with monthly counseling, monitor mental stability/medication comp to weekly. Refer to psychiatrist for evaluation | |
| | | | T. White, MS MHP |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/6/05 | cont | continues to report not feeling any difference to medication regime "doesn't feel he needs it". I/m states "he just needs to control his bms's?". I/m reports that his anger tendencies have decreased since in new cell, no problems with cellmate. I/m denies feeling depressed and not suicidal/homicidal. I/m also denies experiencing auditory/visual hallucinations. | |
| | | O- 20 y/o w/m alert, coherent, spoke rapidly, abruptly, tangential, good eye contact, dress/grooming neat, I/m reports eating 1-3 meals a day and sleeping 8 hrs a night. | |
| | | A- I/m is mentally stable at this time and is not displaying any s/s of any symptoms of Bipolar Disorder. Impaired impulse control Disorder ⊕ outbursts of anger — I/m denies feeling angry at this time and reports improved mood ⊖ suicidal ideation— I/m denies feeling suicidal at this time. | |
| | | P- cont with monthly counseling, monitor meds s/s, resume if needed, 90 day psychiatric follow-up. | |
| | | [signature] RN | |
| 9/20/05 | 11:00 AM | Monthly | |
| | | S- I/m Brazell reported "Just maintaining" "everything okay" "doing alright". I/m denies experiencing any distress or problems at this time. I/m states his anger tendencies have decreased. I/m Brazell states he doesn't believe medication regime is helping him, "to be honest with you I have been flushing my medicine down for the past month". I/m denies feeling depressed at this time. I/m Brazell denies feeling suicidal/homicidal and is not experiencing any auditory/visual hallucinations. | |
| | | O- 20 y/o old w/m alert, coherent, cooperative, friendly, spoke rapidly, dress/grooming neat, I/m Brazell describes his mood as being "alright". I/m reports eating 1-3 meals a day and sleeping 3-6 hrs a night | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell Michael | 226669 | 20 | W/m | ECF |

ERDISCIPLINARY PROGRESS TES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/22/05 | cont | G - I/m is relatively stable at the time and is not displaying any clinical symptoms of Impulse control disorder. *Anger tendencies - I/m is not experiencing any anger tendencies at the moment and states the last angry episode was Saturday. *Suicidal Ideation - I/m denies experiencing suicidal ideation at the time. *Hx of substance abuse - I/m is scheduled to enroll in SAP upon release from segregation.

p - cont with monthly counseling, q/4 days psychiatric follow-up, monitor mental stability/medication compliance.

T. Whitgone
MHP | |
| 7/26/05 | 11:15 AM | Monthly scheduled contact
S - I/m Brasie reported "kind of stress out over these stress". I/m continues to report that his current medication regime is not working, still has anger tendencies. I/m denies suicidal ideation, as well as suicidal ideation. I/m Brasie reports suicidal ideation and recent over assault on another inmate. I/m reports feeling paranoid at times of others trying to harm him

O - I/m — oriented, alert, coherent, delicate, speaks legibly, good eye contact, dress/grooming neat, I/m reports eating 1 1/2 - 3 meals a day and sleeping 5-6 hrs on/off a night

G - I/m is relatively stable at the time, but is displaying mild symptoms of Impulse control disorder.

p - cont with monthly counseling, q/4 days psychiatric follow-up, monitor mental stability/medication compliance.

T. Whitgone
MHP | |
| 8/9/05 | 12:15 pm | Monthly scheduled contact
S - I/m Brasie reported "feeling alright pretty good". I/m denies experiencing any additional problems/distress at the time. I/m | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| Brasie Michael | 226568 | 20 | W/m | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-19-05 | | Counseling session in admin seg. S-Inmate Brazell reported this is his second time in prison. I/M stated that he is compliant with medication. I/M stated "I don't feel any different." MH encouraged I/M to continue taking his meds. I/M receives fiancial support from his father. O- Alert, Cooperative, Appropriate affect A- Depressed mood P- Next session is scheduled in one month | A. Peters MHP |
| 6/8/05 | | Im seen. Was last seen on 5/11/05. VPA level 19 ng/mL. Discussed c̄ Im to increase his VPA to 1000 mg/d. Discussed to plan c̄ Im. He understands and agrees c̄ to plan. Will repeat VPA in three weeks. Continue care. | S Banerjee, MD |
| 6/23/05 | 9:44AM | Outpatient mental counseling S- Outpatient monthly counseling — I/M Brazell reported "Doing alright." I/M denies suicidal/homicidal ideation at this time, but continues to report anger towardness toward inmates & staff. I/M is currently taking psyctrope medication at the time and doesn't feel like it helps. I/M Brazell denies experiencing any auditory/visual hallucinations, but is experiencing situational depression. I/M denies experiencing any other distress or problems at this time. O- 20 yr old w/m alert, oriented x3, cooperative, good eye contact, dress/grooming neat, I/M described his mood as being "ok" w/ affect congruent. I/M reports eating 1 1/2-3 meals a day and sleeping 8 hours plus at night |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE; 5/11/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| Angry outbursts at times | | 2/0 |
| Snapping at people | | 2/0 |
| Mood swings | | 2/0 |
| Irritability | | 2/0 |
| Low tolerance level | | 2/0 |

**Medications:** got started on Depakene                    Informed Consent ✓

**Compliance:** Inmate report ___ % vs MAR ___ %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I get angry at people when they pick on me. I don't have any suicidal thoughts."

**Side effects:** Reports Ⓞ other sxs of mood, anxiety or

**O** thought d/o. Ⓞ thoughts to hurt himself or anyone else. Voices no other issues or concerns at present. A+O x3. Mood: angry

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | mood noted at times. Ⓞ sxs of psychosis noted Affect: occasional |
| Serious Depression | ✓ | | mild. Sxs of Bipolar D/O irritable |
| Self-Injurious Thoughts | ✓ | | Denies [impulse control] affect noted - |
| Suicidal intent | ✓ | | Denies D/O thought process |
| Aggressive | ✓ | | None noted — at present logical, |
| Seriously Impulsive | ✓ | | mildly None noted mildly impul Ⓞ loose |
| Situational Upset | ✓ | | impulsive Re- current situation sⅠ/e associations |

| Lab info | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|
| Labs ordered on 5/11/05, VPA, LFT's, CBC. | | | |

**ASSESSMENT/Diagnosis (DSM-IV)**

R/O Bipolar D/O
Impulse control D/O

**PLAN:** I'm exhibiting mild sxs of Bipolar D/O and Impulse Control D/O. Will start him on Depakene. Explained risks / benefits of being on Depakene. In. He understands and agrees Ⓞ Tx plan. Continue care

| Return to clinic | Print Last Name: | Sign: | |
|---|---|---|---|
| RTC 90 days | DR. BANERJEE | S Banerjee, MD | |
| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
| BRAZELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | Cont.     NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | (P:) DC suicide watch, 2° to inmate's statement that he has not plan to harm himself or others. <br> - Treatment Plan <br> - Follow-up monthly/PRN. | |
| 3/16/05 | | Im seen in Tx team meeting. Discussed and reviewed Tx plan c̄ im. He understands and agrees c̄ Tx plan. Continue care. <br><br> SBanerjee, MD | |
| 3/1/05 | 3:20p | (S) Stated he had c̄ has had no further suicidal impulses. No evidence or claim of homicidal ideation or A/V hallucinating. Says he will be in segregation until his EOS next year. <br> (O:) Appropriate eye contact. Speech was clear and cogent. Grooming and hygiene WNL. Affect and mood were neutral. Insight and judgment were ostensibly good. Oriented to time, place, person, and situation. Did not present as psychotic, or as a danger to himself or others, at the time of contact. <br> (A:) No overt mental illness at the time of contact. <br> (P:) Follow-up monthly PRN. [signature] | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazil, Michael | 226568 | 20 | WM | ECF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3-1-05 | 5:__ | S: Inmate seen in prob. cell on suicide watch. Inmate continues to express thoughts of harming self & at times thoughts of harming others to protect himself. Inmate not going back into population. Inmate appears to be afraid of being placed in regular dorm w/ other inmates.<br><br>O: Cooperative, good eye contact, calm affect. Normal. No psychosis.<br><br>A- Axis I. Suicidal ideations<br><br>P: Remain in prob. cell. | _____, MHP |
| 3/2/05 | 4:35 pm | (S:) Stated definitely that he has neither suicidal nor homicidal intent. Said he's not getting anything out of being in this cell, so he might as well get out. Denied A/V hallucinations.<br><br>(O:) Neutral affect and mood. Dressed in a suicide smock. Insight and judgment appeared to be WNL at the time of contact. Oriented to time, place, person, and situation. Has reportedly been telling other inmates that he has a life sentence, to protect himself and his EOS date (he is due for release in about one year), thus suggesting a plan to keep himself safe and alive. Did not present as psychotic, nor as a danger to himself or others, at the time of contact.<br><br>(A:) Malingering/manipulation to remain LSE in a single cell. | EPRM (cont)___ |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | WM | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/28/05 | S- | Inmate seen in obs cell on suicide watch. Inmate continues to voice suicidal ideations. "I don't want to live. I'm ready to die." Pre-occupied with thoughts of dying. However, this can be an attempt to convince others to not allow him back into population. It is reported that inmate Brazell is afraid of what may happen to him in population. | |
| | O- | Cooperative, talkative, good eye contact, affect normal. No sx of depression, no psychosis. Possibly a manipulation to remain in obs cell. | |
| | A- | Suicidal ideation. | |
| | P- | Remain in safe cell. | _____ MHP |
| 2-28-05 | 1:30pm | S- I'm feeling the same way. I'm mad at everybody messing w/ me. I'll kill myself. I haven't heard from my family. I go home next march, but I tell other inmates I have life so maybe they will think I have nothing to lose and leave me alone. I swung on a guy for making homosexual advances and I got put in Seg and he went to GA. | |
| | | O- Smiling, talkative, good eye contact, no sxs of mental illness noted. Rlo manipulation to avoid population. | |
| | | A- Suicidal ideation | |
| | | P- Remain in safe cell. ——— | Mitchell |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 206568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/23/05 | | Inm seen. Still voicing suicidal thoughts, ideas. For pt's safety will continue suicide watch. Suicide mattress, suicide smock, suicide blanket recommended. Monitor clinical status closely on regular basis. Continue care. | S Banerjee, MD. |
| 2/24/05 | | S- Inm seen in safe cell on suicide watch. Inm continues to make suicidal threats. "I'm going to hurt myself when I get the chance." Tired of people messing w/ me. Inm avoided giving names of people that he feels is messing w/ him. O- Reappears, oriented malingering to avoid conflict w/ other inmates that he are affect. Normal. No psychosis. No s/sx of depression. A- A+/S Suicidal threats P- Remain in safe cell. J. Phifer, MHP | |
| 2/25/05 | 4:01 pm | (S) Still claiming intent to harm himself. Said he's "tired of this shit". (O) Seen in safe cell. When trying to watch going's and coming's thru the infirmary, still garbed in a suicide smock. Did not present as psychotic, nor was an imminent danger to himself or others at the time of contact. (A) Potential to act out by harming himself R/O malingering/manipulation for 2° gain. (P) Continue suicide watch. Follow up daily. [signature], Psy D. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/23/05 | 4:15pm | (S:) Stated he is tired of life. "tired of these fuckers messing ē me." ("Who is messing with you?") "Everybody's messing with me." ("Why?") "Just to be messing with me." Stated he is always thinking of hurting some one. "Tell them I need anger management". Denied A/V hallucinations (laughed when asked about what the voices say). Still claiming that he wants to harm himself. (O:) Affect and mood were fairly bright, in stark contrast to the affect and mood of the typical suicidal inmate. Garbed in a suicide smock. Speech was clear and cogent. Maintained good eye contact. Very inquisitive regarding the content of my note. Insight and judgment seemed very poor. Oriented to time, place, person, and situation. Did not appear psychotic at the time of contact. Genuine danger to himself or others is questionable. (A:) Maintain on suicide watch as a precaution. (P) R/o manipulation/malingering for 2° gain, particularly the avoidance of threats or debts. (P:) maintain suicide watch. ___ [signature] | |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/14/05 | | S- I'm seen in safe cell on suicide watch. I'm reported having suicidal ideations since the death of his *(illegible)* a month ago. "I've been feeling like this for over a month." O- *(cooperative, responsive to questions)* affect appropriate *(illegible)*. No psychosis. A- Suicidal ideations P- Remain in safe cell. | J. *(illegible)*, MHP |
| 2/16/05 | | I'm expressing suicidal thoughts. For his safety, will continue suicide watch for now. Continue care. Monitor clinical status closely. | S. Banerjee, MD. |
| 2/17/05 | | S- I'm seen in safe cell on suicide watch. I'm refusing to talk. "I don't want to talk, I'm tired of talking to everybody." I'm continues to express suicidal ideations. O- *(uncooperative, not very talkative)*, affect *(illegible)*, angry mood, suicidal ideations. A- Suicidal ideations P- Remain in safe cell. | J. *(illegible)*, MHP |
| 2/18/05 | 4:45 pm | (S) Only communication is to say he is suicidal. (O) Swaddled in blanket. Affect and mood are irritable. Insight and judgment likely poor. (A) Potential for self harm. (P) Continue suicide watch. | S. *(illegible)*, MD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | | W/M | ECF |

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226568_ Institution: _Easterling_

Date Review Completed: _11-18-04_ Date Placed in Segregation: _9-28-04_

✓ 30 DAY REVIEW          90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

**MENTAL STATUS EXAMINATION**

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

**COMMENTS:**

**RECOMMENDATIONS:**

 _X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
     *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
     *REFERRED FOR PSYCHIATRIC EVALUATION*
     *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226568_ Institution: _ECF_

Date Review Completed: _8-9-04_ Date Placed in Segregation: _6-27-04_

☑ 30 DAY REVIEW                90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

MENTAL STATUS EXAMINATION

| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
|---|---|
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS:

RECOMMENDATIONS:

_X_    *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
         *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
         *REFERRED FOR PSYCHIATRIC EVALUATION*
         *Other*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

## PSYCHOLOGICAL UPDATE

Name: _Samell, Michael_ AIS#: _226 568_ R/S: _W/M_

Date: _7/12/04_ Date of Birth: _11/3/84_ Age: _19_

Inmate _Samell_ was last evaluated by ADOC psychology staff member _____ on _7/2/03_.

A diagnosis of _____ was made and the inmate was recommended for participation in _____

_SAP/ADC_

_____

_____

_____

The following observations and recommendations are made as a result of the current interview:

RECEIVED JUN 10 2004

I.  **Educational Needs**
   _✓_a. ABE        ___b. Special Education        ___c. Trade School        ___d. Junior College

                                                          _SAP 2003_

II.  **Mental Health Needs**

_____ A. Refer to psychiatrist          _____ E. Sexual adjustment          _____ I. Self-concept enhancement

_____ B. Substance abuse counseling     _____ F. Reality therapy            _____ J. Healthy use of leisure

_____ C. Depression                     _____ G. Anger-induced acting out   _____ K. Personal development

_____ D. Stress management              _____ H. Values clarification

        Date referred to psychiatrist          _____ / _____ / _____

III.  RECOMMENDATIONS/REMARKS: _____

_____

_____

_____

_____

_____

MENTAL HEALTH CODE:        SMI        HARM        HIST        (NONE)

Evaluation Completed by: _____          Date: _____

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

*Easterling*

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## RECEPTION MENTAL HEALTH SCREENING

Institution: __KCF__          Date/Time Inmate Received: __5/28/04__

Date/Time of Screening: __5/28/04__   Signature/Title of Screener: __Burrell, MS-MHP__

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
☐ Yes ☑ No   Psychotropic medication:_____
☐ Yes ☑ No   Medication turned over to ADOC upon arrival?
☐ Yes ☑ No   Mental health follow-up in last 90 days:_____
☐ Yes ☑ No   Suicide/self-harm attempts in last 90 days:_____

### MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):
☐ Yes ☑ No   Outpatient treatment:_____
☐ Yes ☑ No   Inpatient treatment:_____
☐ Yes ☑ No   Psychotropic medication:_____
☐ Yes ☑ No   Suicidal attempts:_____
☐ Yes ☑ No   Suicidal thoughts:_____
☐ Yes ☑ No   Head injury:_____
☐ Yes ☑ No   Seizures:_____
☐ Yes ☑ No   Violent behavior:_____
☑ Yes ☐ No   Substance abuse: _Mth, coke, alc, MS, pills_
☑ Yes ☐ No   Substance abuse treatment: _in PMDM-03_
☐ Yes ☑ No   Special education classes:_____

### INMATE SELF-REPORT OF CURRENT STATUS
☐ Yes ☑ No   First incarceration (reaction):_____
☑ Yes ☐ No   Reports family support: _dad_
☐ Yes ☑ No   Reports serious depression/remorse:_____
☐ Yes ☑ No   Thinking about suicide:_____
☐ Yes ☑ No   Has plan for suicide:_____
☐ Yes ☑ No   Possible to implement plan:_____
☐ Yes ☑ No   Reports hallucinations:_____

### BEHAVIORAL OBSERVATIONS
☐ Poor eye contact     ☐ Poor hygiene     ☐ Unable to pay attention     ☐ Unresponsive
☐ Disoriented          ☐ Overly anxious   ☐ Unable to follow directions  ☐ Unable to read
☐ Crying               ☐ Memory deficits  ☐ Signs of self-mutilation     ☐ Afraid
☐ Illogical speech content   ☐ Appears to be hearing voices or seeing things   ☐ Paranoid
☐ Hostile              ☐ Other unusual behavior:_____

### DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)
☐ Routine housing and mental health follow-up          ☐ Emergency mental health referral
☐ Priority mental health follow-up but not emergency   ☐ Safe cell placement recommended
☐ Current psychotropic meds verified/interim supply ordered   ☐ Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:
- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
  (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:
- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:
- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

_____        226568                5 27 04
Inmate Signature                  AIS Number             Date Signed

Brazell, Michael

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

                    developed by

               Roger L. Greene, Ph.D.
              Robert C. Brown, Jr., Ph.D.
                   and PAR Staff



               -- CLIENT INFORMATION --


 Client      : BRAZELL, MICHAEL        Age            : 19

 Sex         : Male                    Marital Status :

 Education   :                         Date of Birth  : 11/03/1984

 File Name   : 226568

 Prepared for: Kilby Correctional Facility on 06/01/2004


                 -------------------------
```

    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
                    All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                PAGE   2
PREPARED FOR: Kilby Correctional Facility

```
                -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

            L    F    K   Hs   D   Hy  Pd   Mf  Pa   Pt  Sc   Ma  Si
  110 --  --   --   --   +  --   --   --   --   --   --   --   --   -- -- 110
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -              +                                            -
  100 --                  +                                            -- 100
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -              +                                            -
   90 --                  +                                            -- 90
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -              +                                            -
   80 --                  +                                            -- 80
           -              +                                     *       -
           -         *    +                                            -
           -              +                                            -
           -              +                          *                 -
   70 --                  +                               *            -- 70
           -              +                                            -
           -   --   --   -- +  --  -* --   --   --   --   --   -* -     -
           -              +                              *             -
           -    *         +                                            -
   60 --                  +                         *                  -- 60
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -              +                                            -
   50 --  --   --   --   + --   --   --   --   --   --   --   --   -- -- 50
           -              +                                            -
           -              +       *         *                          -
           -              +                                            -
   40 --                  + *                                          -- 40
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -         *    +                                            -
   30 --                  +                                            -- 30
           -              +                                            -
           -              +                                            -
           -              +                                            -
           -              +                                            -
   20 --  --   --   --   + --   --   --   --   --   --   --   --   -- -- 20
                          1    2    3    4    5    6    7    8    9    0
            L    F    K   Hs   D   Hy  Pd   Mf  Pa   Pt  Sc   Ma  Si
T-Score    61   76   30   39   66   43  77   44  72   57  63   69  66
Unanswered (?) Items = 197

Welsh Code:  46'9208-7/53:1# F'L-K#
```

MMPI-2 INTERPRETIVE REPORT                                          PAGE  3
PREPARED FOR: Kilby Correctional Facility


                    -- PROFILE MATCHES AND SCORES --


| | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: | | | 4-6/6-4 | 4-6/6-4 (9) |
| Coefficient of Fit: | | | .8 | .85 |
| | | | | |
| Scores: | ? (raw) | 197 | | |
| | L | 61 | 53 | 52 |
| | F | 76 | 74 | 66 |
| | K | 30 | 43 | 43 |
| | Hs (1) | 39 | 54 | 48 |
| | D (2) | 66 | 63 | 52 |
| | Hy (3) | 43 | 55 | 49 |
| | Pd (4) | 77 | 79 | 72 |
| | Mf (5) | 44 | 49 | 47 |
| | Pa (6) | 72 | 81 | 72 |
| | Pt (7) | 57 | 61 | 52 |
| | Sc (8) | 63 | 65 | 56 |
| | Ma (9) | 69 | 59 | 65 |
| | Si (0) | 66 | 54 | 47 |
| Mean Clinical Elevation: | | 60 | 65 | 58 |
| | | | | |
| Ave age-males: | | | 33 | 33 |
| Ave age-females: | | | 32 | 29 |
| | | | | |
| % of male codetypes: | | | 4.9% | 1.4% |
| % of female codetypes: | | | 4.9% | 1.2% |
| | | | | |
| % of males within codetype: | | | 67.6% | 70.9% |
| % of females within codetype: | | | 32.4% | 29.1% |


---------------------------------------------------------------

     Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                        4-6/6-4

---------------------------------------------------------------

MMPI-2 INTERPRETIVE REPORT                                              PAGE    4
PREPARED FOR: Kilby Correctional Facility

## -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.

## -- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not
be interpreted because the number of unanswered items is greater
than 30.

L     T = 61

L scores in this range are suggestive of individuals who
may be defensive, lack insight, and be slightly more conforming
and moralistic than usual.  They may have a tendency to repress
or deny problems and unfavorable traits.

F     T = 76

F scores in this range, if they are valid, suggest the
increasing probability of serious psychological and emotional
problems which are often characteristic of severe neurosis,
psychosis, or behavioral problems.  Scores in this range also may
occur because individuals have had some difficulty reading or
understanding the test items (evaluate measures of consistency of
item endorsement), or because they have some motivation to
overreport psychopathology (evaluate measures of accuracy of item
endorsement).

K     T = 30

Scores in this range are very low and suggest that the
individual may have serious psychological and emotional problems
or may have distorted and greatly exaggerated their problems to
create the impression of a severe psychological disorder.
Psychological defenses may be extremely weak and the individual
may have limited ability to cope with stress.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --

4-6/6-4 Codetype

Clinical Presentation:

These individuals are angry, argumentative, and resentful of any demands being placed on them. They are excessively demanding of attention, affection, and sympathy. They typically have poor work histories. Marital problems are quite common. These individuals are suspicious of the motives of others and paranoid features should be ruled out.

These individuals are generally obnoxious, hostile, and angry. They are usually able to control the expression of their hostility , but they do exhibit episodic angry outbursts. These individuals often express rather vague emotional and physical complaints and they report feeling depressed and nervous. Substance abuse may be a significant issue. In response to stress, these individuals may exhibit outbursts of temper and threats of punishment.

These individuals often exhibit strong needs for attention, affection, and sympathy coupled with suspiciousness concerning the motives of others. They may become hostile and angry when their expectations are not met.

The self-concept of these individuals is usually unrealistic and grandiose. They tend to exaggerate their own contributions and self-worth.

These individuals are likely to have a long history of very poor interpersonal relationships. They are difficult to interact with because of their hostile attitudes and behavior which lead to poor relationships. Their relationships are often characterized by resentment, anger, hostility, suspiciousness, and extrapunitive behavior. They are very sensitive to and resentful of any demands being placed on them.

Treatment:

The prognosis is generally quite poor due to the denial of personal responsibility for their problems. These individuals are usually very demanding in psychotherapy.

MMPI-2 INTERPRETIVE REPORT                                          PAGE   6
PREPARED FOR: Kilby Correctional Facility

Possible Diagnoses:

Axis I    - Rule Out Mood Disorders
            Rule Out Schizophrenia
            Rule Out Paranoid Disorders
            Rule Out Psychoactive Substance Abuse Disorder

Axis II   - Rule Out Paranoid Personality Disorder
            Rule Out Passive Aggressive Personality Disorder
            Rule Out Borderline Personality Disorder


                        -- CLINICAL SCALES --


    Hs (1)  T = 39

    Scores in this range indicate that the individual does not
report physical complaints or problems.  Individuals obtaining
scores in this range are often seen as optimistic, sensitive,
insightful, and free of somatic preoccupation.

D   (2)  T = 66

    Scores in this range are typical for individuals who feel
depressed, unhappy, sad, and pessimistic about the future.  They
often feel guilty and are self-critical.  Suicidal ideation and
potential should be ruled out.  These individuals often feel
inadequate, helpless, and lacking in self-confidence.  Social
withdrawal, poor concentration, appetite and sleep disturbances,
and low frustration tolerance are possible.  Increasingly higher
scores are usually associated with an increase in the number and
severity of depressive symptoms.

Hy (3)  T = 43

    Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

Pd (4)  T = 77

    Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures.  These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible.  They often have
little regard for social standards.  They often show poor
judgment and seem to have difficulty planning ahead and

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility                          PAGE  7

benefiting from their previous experiences.  They make good first
impressions but long term relationships tend to be rather
superficial and unsatisfying.  Analysis of the Content Scales
and/or the Harris-Lingoes Subscales may facilitate interpretation
of scores within this range.

Mf (5)  T = 44

     Males obtaining scores within this range usually identify
strongly with the traditional masculine role.  They may
over-emphasize their strength and physical ability.

Pa (6)  T = 72

     Scores in this range are frequently obtained by 1)
individuals who are suspicious, hostile, and feel as if they are
being mistreated, or by 2) individuals who are hypersensitive to
the reactions of others.  The Dominance (Do) Scale is helpful in
distinguishing between these groups of individuals -- high Do
scores indicating the first group and low Do scores indicating
the second group.  Individuals in both groups will often blame
others for their difficulties.  The first group of individuals
may manifest psychotic behavior and a thought disorder may be
readily apparent.  Ideas of reference and delusions of
persecution also may be present.

Pt (7)  T = 57

     Scores in this range are considered to be within normal
limits.

Sc (8)  T = 63

     Individuals who obtain scores in this range may think
somewhat differently than others.  This may reflect a creative or
avant-garde attitude, or a schizoid-like process.

Ma (9)  T = 69

     Scores in this range typically are obtained by individuals
who are described as overactive, have difficulties in
concentrating and attending, and find it difficult to relax.
They often are quite creative people who start many projects but
find it difficult to see them through to completion.  As the
elevation on this scale increases, there is the increasing
probability that the individual is likely to be seen as
emotionally labile, impulsive, experiencing flight of ideas,
restless, and exhibiting manic features.  They may also exhibit
maladaptive hyperactivity, grandiosity, verbosity, irritability,
unpredictability, and insufficient inhibitory capacities.

MMPI-2 INTERPRETIVE REPORT                                    PAGE  8
PREPARED FOR: Kilby Correctional Facility

Si (0)  T = 66

Scores in this range usually are obtained by individuals who prefer to be alone or with a small group of friends.  They are likely to be reserved in new social situations.


-- ADDITIONAL SCALES --


No additional scales were selected for interpretation by the user.

---

END OF REPORT
* * * * * * * *



**PRISON HEALTH SERVICES, INC.**

# YEARLY HEALTH EVALUATION

## I.     HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | | |
| Smoke, Dip or Chew | ✓ | | Past hx of smols |
| ALLERGIES | | ✓ | |

Weight __188__  Temp __99⁸__  Pulse __88__  Resp __18__  Blood Pressure __112/90__

Eye Exam: __20/20__ OD __20/20__ OS __20/20__ OU

**If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.**

## II.     TESTING – (LPN or RN)                    RESULTS

Tuberculin Skin Test (q yr)
    Date given __8-13-05__ Site __(L) Forearm__
    Read on __8/15/05__ Results __O____ mm

Past Positive TB Skin Test  →  **Survey Completed**
(Chest x-ray if clinical symptoms)   Date _____ Results _____

RPR (q 3 yrs)   Date __5-28-04__  Results __NR__
EKG (baseline at 35, over 45 q 3 yrs)   __N/A__
Cholesterol (at 35 then q 5 yrs)   __N/A__
Tetanus/Diptheria  (q 10 yrs)   Last Given __6/27/04__ Due __6/2014__
    (if done today)   Site given _____ Dose _____ Lot # _____

Optometry Exam (@ 50 if not already seen)   __N/A__
Mammogram
    (females @ 40, q 2 yrs/other M.D. order)   Date _____ Results _____

## III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart   __RRR__
Lungs   __Clear bilaterally__
Breast Exam   __Self Exam explained W/pt__
Rectal (yearly after 45)   Results __N/A__
    with Hemoccult   Results __N/A__
Pelvic and PAP (q 1 yr)   Date _____ Results _____

Facility __Easterling__  Nurse Signature __S mckinnon__  Date __8-13-05__

M.D. or Mid-Level  Signature __[signature]__   Date __8/15/05__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Brazell, Michael | 226568 | 11-3-84 | W/m |

PHS

# INTAKE SCREENING

Date: 5/27/04                                     AIS#: 226568

| Last Name: Brazell | First: Michael | Middle: Allen |
|---|---|---|
| Birthplace: Mobile | DOB: 11-3-84 | SS#: 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 |

**FEMALES:** Pregnancy test: (circle one)  Positive  _N/A_  Negative     B/P 130/88  Temp ___  Pulse 84  Resp 20  Weight 172#

FSBS _____ If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
2000 Hx head injury

Previous Incarcerations (Date & Facility)
2003 Draper

| Medications: ☑None | Special Diet (Prescribed) none |
| Allergies: ☑NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

**ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
   ( ) Lethargic  ( ) Stuporous  ( ) Comatose
   Describe:

2) General Appearance   (✓) Normal  ( ) Abnormal

3) Signs of Trauma   ( ) Yes   (✓) No

4a) Behavior/Conduct: (✓) Calm   (✓) Cooperative   (✓) Non-Violent
    ( ) Agitated   ( ) Uncooperative   ( ) Violent
    ( ) Manipulative   ( ) Disorganized
    Describe:

4c) Perceptions:   ( ) Delusional   ( ) Hallucinations

3) Substance Abuse:   (✓) Yes  ( ) No  ( ) Suspected
   (✓) Current Intoxication/Abuse   (✓) Use  ( ) Withdrawal Symptoms
   (✓) Drugs  ( ) Alcohol
   Describe- What kind? Amount/Frequency?
   Rx meth, crank, pills, herale
   *If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date):  IV use

4b) Affect/Mood: (✓) Normal  ( ) Manic   ( ) Depressed
    ( ) Euphoria   ( ) Flat   ( ) Emotionally Confused
    Describe:

4c) Perceptions:   ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?   ( ) Yes  (✓) No
5c) Is there evidence
If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control
  Y or N

Triggers for Close Watch
Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N

6a) Communication Difficulties   ( ) Yes  (✓) No
6c) Hearing Impairment   ( ) Yes  (✓) No

6b) Memory Defects   ( ) Yes  (✓) No
6d) Speech Difficulties   ( ) Yes  (✓) No

7) Physical Aids: (✓) None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches
   ( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other

8) Additional comments, complaints, symptoms:   None ☑

S)

O)   Fever  Y  (N)        Swollen Glands  Y  (N)        Signs of Infection  Y  (N)        Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____.   Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_Michael Brazell_                          _Julie Helton RN 5/27/__
Inmate's Signature/Date                    Health Provider Signature/Date

Form 60412 Revised 4/04



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

M Curtis Brazell                                      Father
Name                                    Relationship

2900 Newman Rd                          251-480-7063
Street Address                                   Phone Number

Mobile                    Ala.                    36695
City                       State                    Zip Code

Michael Brazell         226568      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   Aug 13, 05
Inmate Signature             Doc#          S.S.#          Date

Mclinnh                                          8-13-05
Witness                                            Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 11-3-84 | W/m | an |

# INTAKE HEALTH APPRAISAL

NAME: _____
AIS#: _____
D.O.B.: _____ R/S _____

## HEALTH CLASSIFICATIONS:
(Circle One)

(1 - No Restrictions)

2 – Temporary Restrictions
    See Special Needs Form
3 – Permanent Restrictions
    See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
    Recheck_____.

## PLACEMENT:

General Population    X
Emergency Department  ( )
Isolation             ( )
Medical Observation   ( )
Other_____

## REFERRAL:
CCC Placement    ( )

Clinic(s)_____ N/B
    See MD/Mid-Level flow sheet
    for clinic(s).
Medical          ( )
Dental           ( )
Mental Health    ( )
Other_____
When: ( ) Immediately
      ( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

_____
_____

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| **General Movement** Deformity Pain, Bleeding (Habitus), Hygiene | | ✓ | |
| **Neuro** | Mental Status Intox Withdrawal, Tremor Neuro-Deficits | ✓ | A&O x 3 |
| **Skin** | Injury, Bruises, Trauma Jaundice Diaphoretic Rash, Lesions, Infestations Needle Marks (Color), Turgor | ✓ | 12 tatoos |
| **Head** | Normocephalic Atraumatic Hair, Scalp | | |
| **Eyes** | Glasses/Vision Pupils Sclera, Conjunctiva | ✓ | PERRLA |
| **Ears** | Appearance Canals, TMs, Hearing | ✓ | Cerumen ⑧ |
| **Nose** | Epistaxis Sinuses | ✓ | |
| **Throat** | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ✓ | |
| **Neck** | C-Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ✓ | FROM |
| **Chest** | Config. Ausc/Resp Cough/Sputum Breast/Masses | ✓ | CTA ⑧ |
| **Heart** | Ausc Rate, Rhythm Murmurs, Ectopy | ✓ | RRR |
| **Abdomen** Bowel Sounds Palp, G/R/T, Hernia | | ✓ | ⊕ BS |
| **GU** | Flank Tenderness Bladder Tenderness/Distention | ✓ | |
| **Back** | ROM, Spasm, Injury | ✓ | FROM |
| **Extremities** | Edema, Pulse | ✓ | MAEW |
| **Genitals** | Injuries/Lesions | ✓ | |
| **Pelvic Pap** | | | N/B |
| **Rectal/Gulac** (required @ 45 and up) Deferred/follow-up: | | ✓ | ∅ B/B Pm's |

Medications Ordered: _____



_____ CRP _____    8/28/04 @ 1420
**M.D. or Mid-Level Signature**                 **Date/Time**