I have read the *access to health care* information sheets and have been given a copy.   I understand how to access health care.

Name _Michael Brazell_     Date _5-28-04_

AIS# _226568_

Medical Staff _____     Date _5-28-04_

4/13/04

# INTAKE HEALTH EVALUATION

NAME: Bruzell, Michael

AIS #: 226568

D.O.B.: 11-3-84

Age 19  Sex m  Race W  Height 5'8  Weight 173

Temp: 98.0  B/P: 120/80  Pulse: 72  Resp: 16

**\*\* B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.**

Do you now or have you ever had, or been treated for:

FSBS 79

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | HIV/AIDS \*\*\* | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | | \*\*\*Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | LMP | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts\*\* | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | \*\*Immediate M.H. Referral | | ' | Contraception | | |
| Lung Condition | | ✓ | T.B. | | ✓ | Type: | | |
| Asthma \* | | ✓ | PPD - date given: 5 27 04 | | | | | |
| \*Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 5/30/04 | | | Diagnostic Profile II | ✓ | |
| Emphysema | | ✓ | Results: 0  mm | | | RPR | ✓ | |
| Pneumonia | | ✓ | Visual Acuity | | | Urine Dip Stick | ✓ | |
| Diabetes | | ✓ | OD    OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: UTD

Immunizations Needed: no

\*\*\*HIV Medications: no

Acute or Chronic Problem Noted:  Y  (N)    Refer to Mid-Level or M.D. if yes.

_____ CRNP        5/28/04 e 1420
RN or Mid-Level, Signature        Date/Time

# PROBLEM LIST

Name: _Brazell, Michael_

AIS# _____ 226568

Date of Birth: _11/3/84_

Medication Allergies: _NKA_ _MD 5/11/05_
_SB, MD 1/30/06_

Mental Health Code: (SMI  HARM  HIST  (NONE))   Date Code Assigned: _6/3/04_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 5/11/05 | MH code A SMI | | SB, MD. |
| 5/17/05 | HA 2° to old trauma | | TF |
| 8/3/05 | Bipolar DO in partial remission | | |
| 8/3/05 | Impulse Control DO in partial remission | | |
| | — Migraine 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006   12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | |
| 11/9/05 | Bipolar D/O (In remission) Impulse Control DO (In remission) | | |
| 1/30/06 | MH code A HIST | | SB, MD. |

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Brazell, Michael  AIS# 226568

Medication Allergies: NKDA

**Medical: Chronic (Long-Term) Problems**
　　　　　　Roman Numerals for Medical/Surgical

**Mental Health Code: SMI  HARM  HIST  NONE**
　　　　　　Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | I. PPD 9/30/04 @mm | | | |
| 6/16/04 | MH CODE: NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

MICHAEL BRAZELL                              W/226568

**Inmate Name**                              **AIS Number**

_X Michael Brazell 226568_          _12-22-05_

**Inmate Signature**                         **Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _J mckinnon_

**Lot Number and Expiration Date** _AHBVB0048A_
_Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB 11/3/84

_MICHAEL BRAZELL_     _226568_
**Inmate Name**            **AIS Number**

_Michael Brazell_     _11-22-05_
**Inmate Signature**        **Date**

**Dose Given** _1 ml._

**Site Given** _L deltoid_

**Administered by** _J McKinnon LPN_

**Lot Number and Expiration Date** Lot# AHBVB004BA
                                       EXP. 01/20/2006

11/21/2005



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael          **BCDC#:** 226568

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Michael Brazell_
Patient's Signature

_3/8/05_
Date

_[Dentist's signature]_
Dentist's Signature

_3/8/05_
Date

PHS MD-70090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael                    BCDC#: 226568

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


*Michael Brazell*                    10|26|04
Patient's Signature                  Date


*N Cole*                              10-26-04
Dentist's Signature                  Date


PHS MD-70090

**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

# DENTAL RECORD

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



**Date of Initial Examination** 5-28-04

**Initial Classification**

Oral Pathology .......................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .......................... Periapical
Bitewing
Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 10.26.04 | | *of coverage all quadrant o/* | | *(illegible)* | |
| | | *(illegible) for 81 - mesy)* | | | |
| 3-8-05 | 32 | *cc. (illegible); NK, ON; DGMES heart MVRMVR; 2 carps* | | *(illegible)* | |
| | | *2 9a Xylo 1:100,000 fl used in Mand 10-4 brew* | | | |
| | | *filled 5; Approved; flap was made; too ti* | | | |
| | | *removed; no difficulty; oral VOT given TX.* | | | |
| | | *given; NV fillings;* | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| BRAZELL, Michael | 220568 | 11-3-84 | W | KCF |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022



## LabCorp
Laboratory Corporation of America

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 179-397-0140-0 | 226568 | 51647780589 | 01488855 | 334-397-4471 | 01 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| **BRAZELL** | | | **Easterling Corr. Facility** |

| Patient First Name | | Patient Middle Name | **Prison Health Services** |
|---|---|---|---|
| **MICHAEL** | | | **200 Wallace Dr.** |

| Patient SS# | Patient Phone | Total Volume | **Clio AL  36017-0010** |
|---|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 20/07/25 | 11/03/84 | M | NO |

| Patient Address | Additional Information |
|---|---|
| | PROV: |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 06/28/05 12:15 | 06/28/05 | 06/29/05 09:35 ET | BANERJEE | | BANERJEE |

**Tests Ordered**
Valproic Acid (Depakote).S

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Valproic Acid (Depakote).S** | | | | | |
| Valproic Acid (Depakote).S | 83 | | ug/mL | 50 - 120 | MB |

*SB, MD  7/13/05*

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

Detection Limit = 4

| MB: LabCorp Birmingham | Dir:  John Elgin, MD |
|---|---|
| 1801 First Avenue South, Birmingham, AL 35233 | |

For inquiries, the physician may contact: Branch: 334-792-0902  Lab: 205-581-3500

| BRAZELL, MICHAEL | 226568 | 179-397-0140-0 | Seq # 4674 |
|---|---|---|---|

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3500.  All Rights Reserved
Ver 1.11

**LabCorp**

| 147-397-0121-0 | S | MB | Final | Pg 1 | | 1.00 |
|---|---|---|---|---|---|---|

Time 03:42    Additional Information

Clinical Information    DOB: 11/03/84

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 226568 |

ID 51640749516

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| BRAZELL, MICHAEL | M | 020/06 |

Patient Address

Account Easterling Corr. Facility  01488855
Prison Health Services
200 Wallace Dr.                        01
Clio AL  36017-0010
334-397-4471
PROV:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/27/05 | 05/27/05 | 05/28/05 | 4443 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| alproic Acid (Depakote),S | | | | | |
| Valproic Acid (Depakote),S | 19 | Low | ug/mL | 50 - 120 | MB |

*DB MD 6/1/05*

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

*Schedule for appointment*

Detection Limit = 4

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233

or inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

                    LAST PAGE OF REPORT

                    REPORT    ©2004 Laboratory Corporation of America® Holdings
                                              All Rights Reserved

AZELL, MICHAEL          226568    147-397-0121-0 Seq# 4443 05-28-05 08:1751

143-397-0142-0   S   MB   ...al   Pg   1

**LabCorp**   1.00

Additional Information

CD- 51619534766

Clinical Information   DOB:   11/03/84

Physician ID   BANERJEE   Patient ID   226568

Account   Easterling Corr. Facility   01408855

Prison Health Services
200 Wallace Dr.                                      01
Clio AL  36017-0010
334-397-4471
PROV:

Patient Name
BRAZELL, MICHAEL A     Sex M   Age (Yr/Mos) 020/06

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 05/23/05 | 05/23/05 | 05/24/05 | 4.398 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| ...C With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 6.4 | | x10E3/uL | 4.0 — 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.41 | | x10E6/uL | 4.10 — 5.60 | MB |
| Hemoglobin | 15.9 | | g/dL | 12.5 — 17.0 | MB |
| Hematocrit | 47.7 | | % | 36.0 — 50.0 | MB |
| MCV | 88 | | fl | 80 — 98 | MB |
| MCH | 29.4 | | pg | 27.0 — 34.0 | MB |
| MCHC | 33.3 | | g/dL | 32.0 — 36.0 | MB |
| RDW | 14.5 | | % | 11.7 — 15.0 | MB |
| Platelets | 202 | | x10E3/uL | 140 — 415 | MB |
| Neutrophils | 43 | | % | 40 — 74 | MB |
| Lymphs | 45 | | % | 14 — 46 | MB |
| Monocytes | 8 | | % | 4 — 13 | MB |
| Eos | 4 | | % | 0 — 7 | MB |
| Basos | 0 | | % | 0 — 3 | MB |
| Neutrophils (Absolute) | 2.8 | | x10E3/uL | 1.8 — 7.8 | MB |
| Lymphs (Absolute) | 2.9 | | x10E3/uL | 0.7 — 4.5 | MB |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1 — 1.0 | MB |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 — 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 — 0.2 | MB |
| ...epatic Function Panel (7) | | | | | |
| ...rotein, Total, Serum | 7.1 | | g/dL | 6.0 — 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 — 5.5 | MB |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 — 1.2 | MB |
| Bilirubin, Direct | 0.07 | | mg/dL | 0.00 — 0.40 | MB |
| Alkaline Phosphatase, Serum | 84 | | IU/L | 25 — 150 | MB |
| ...ST (SGOT) | 29 | | IU/L | 0 — 40 | MB |
| ...LT (SGPT) | 33 | | IU/L | 0 — 40 | MB |

...ab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
...r inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL

REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

ALABAMA   DEPARTMENT OF CORRECTIONS

Name: _Brazell  Aquehail_

RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: _226568_

DOB _11-3-84_

INSTITUTION: _Easterling_

Race: _W_   Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _Darbouze_ | _2-21-05_ | | | | |
| HISTORY/DIAGNOSIS: | | | | | |

### X-RAY REQUEST

| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
|---|---|---|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM | |
| ANKLE | | HAND | ✓ R | OS CALCIS (HEEL) | | TEMPOROMANDIBULAR JOINTS | |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | | KNEE | | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA | |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | | NASAL BONES | | SKULL | | | |

Brazell

### REPORT

RIGHT HAND: There is mild deformity of the 5th metacarpal secondary to old, healed fracture. There are no other significant findings.

COMMENT: If symptoms persist and acute fracture is strongly suspected, follow-up would be recommended.

D & T: 02-22-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

_8/22/05_

X-RAY TECHNOLOGIST'S NAME (PRINT) _____   X-RAY TECHNOLOGIST'S SIGNATURE _Kimberly Newton (c)_   DATE, TIME EXAM PERFORMED _2-21-05_

RADIOLOGIST'S NAME (PRINT) _____   RADIOLOGIST'S SIGNATURE _____   DATE SIGNED _____



# Laboratory Corporation of America

| SPECIMEN<br>149-205-5085-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| NPY-11      FASTING: N<br>DOB: 11/03/1984 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **BRAZELL,MICHAEL** | M | 19 / 6 |

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 95202804742 |

| PHYSICIAN ID.<br>ROBBINS M | PATIENT ID.<br>226568 |
|---|---|

ACCOUNT:  KILBY CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
12201 WARES FERRY ROAD
MT MEIGS      AL   36507-0000
ACCOUNT NUMBER:  01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2004 | 6:12 | 5/28/2004 | 5/29/2004 | 7:19 | 3907 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 8.2 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.38 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.9 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 48.2 | % | 36.0 - 50.0 | MB |
| MCV | 90 | fL | 80 - 98 | MB |
| MCH | 29.6 | pg | 27.0 - 34.0 | MB |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | MB |
| RDW | 15.0 | % | 11.7 - 15.0 | MB |
| Platelets | 215 | x10E3/uL | 140 - 415 | MB |
| Polys | 58 | % | 40 - 74 | MB |
| Lymphs | 30 | % | 14 - 46 | MB |
| Monocytes | 9 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Polys (Absolute) | 4.8 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute Value) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham        DIRECTOR: Arthur  Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
*Brazell, Michael*

PRISON ID
*22165568*

DATE SUBMITTED
*5-28-04*

# NPY  11

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

```
"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the
         specimen.
```

CLIA ID NO.   01D0706289



WAYNE D. MERCER
LABORATORY

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Inderal 20MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

*See New order*

Start Date: 10-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-10-2006    RX #: 250760844

---

*Percogesic ÷ po bid prn x 30d*

Start Date: 12-6-05    Prescriber: Darbouzeki
Stop Date: 1-6-06    RX #:

---

*Inderal 20mg ÷ po bid x 90d*

1-1-06   Start Date: 12-31-05   Prescriber: Darbouze
4-1-06   Stop Date: 3-31-06   RX #:

---

*PERcogesic " p.o. bid PRN x 60 day*

Start Date: 1-18-06   Prescriber: Darbouzeki
Stop Date: 3-18-06   RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | O | | C | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | J. Smith | S | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 226568 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Brazell, Michael** | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | Month/Year of Charting: | 12/05 |

**Inderal  20MG Tab          60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-13-2005     Prescriber: Darbouze, Jean
Stop Date: 01-10-2006     RX #: 250760844

PERCOGESIC II P.O
bid PRN X 30 days

Start Date: 12/6/05     Prescriber: Darbouze/lb
Stop Date: 1-6-06     RX #:

HC CR. bid x
5 days

Start Date: 12/6/05     Prescriber: Darbouze/lb
Stop Date: 12-11-05     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | Darcie | 8 | 1 Discontinued Order |
| | | | S. Smothers | S.S | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 226568 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Brazell, Michael** | | | | | 9 No Show |
| | | Date of Birth: | | | 10 Other |

| Facility Name: Easterling Correctional Facility | | | | | | | | | | | | Month/Year of Charting: 11/05 | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap   120.00**
Take 2 capsule(s) by mouth twice daily
Start Date: 09-07-2005   Prescriber: Banerjee MHM, Sreelekha   RX #: 250555854
Stop Date: 11-05-2005

**zantac 150MG Tab   60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 09-07-2005   Prescriber: Banerjee MHM, Sreelekha   RX #: 250555856
Stop Date: 11-05-2005

**Inderal  20MG Tab   60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 10-13-2005   Prescriber: Darbouze, Jean   RX #: 250760844
Stop Date: 01-10-2006

**APAP-Phenyltoloxamine 30-325MG Tab 120.00**
Take 2 tablet(s) by mouth twice daily as needed
Start Date: 10-13-2005   Prescriber: Floyd, Linda   RX #: 250760890
Stop Date: 11-11-2005

**Depakene 500mg. P.O. Bid x 14 days**
Start Date: 11/1/05   Prescriber: Banerjee   RX #:
Stop Date: 11/15/05

**Zantac 150 mg. P.O. Bid x 14 days**
Start Date: 11/1/05   Prescriber: Banerjee   RX #:
Stop Date: 11/15/05

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number: 226568 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| **Brazell, Michael** | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | Kasterling | | | | | | | | | | | | | | Month/Year of Charting: | | 10/05 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

↓ Inderal 20mg.
p.o. bid X 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: 10/11/05 | Prescriber: Darbouzelle |
|---|---|
| Stop Date: 1-11-06 | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | L. Ewing LPD | LE | M Payne RN | MP | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 226569 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Brazell Michael | | TI | | | 8. Medication Held |
| | | | Date of Birth: 11-2-84 | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | | | 10/05 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap    120.00**
Take 2 capsule(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555854

**zantac 150MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555856

**Tylenol 500y ī po**
**BID x5d**

Start Date: 10/4/05    Prescriber: Dan-boze/82
Stop Date: 10/9/05    RX #:

**Keflex 500mg ī**
**po bid x10d**

Start Date: 10-10-05    Prescriber: Floyd
Stop Date: 10-20-05    RX #:

**Inderal 20mg**
**ī po tid x90d**

Start Date: 10-10-05    Prescriber: Floyd
Stop Date: 1-10-06    RX #:

**Percogesic ī po**
**bid prn x1mth**
**srg**

Start Date: 10-10-05    Prescriber: Danborze
Stop Date: 11-10-05    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies    NKA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit:    Population | | | | | 6 Self Administered |
| Patient ID Number:    226568 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Brazell, Michael** | | | Date of Birth: | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | | 09/05 | | | | | | | | | | | | | | | | |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Valproic Acid 250MG Cap     16.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha     RX #: 7533822

**Ranitidine HCl 150MG Tab     60.00**

TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha     RX #: 7533828

*(handwritten: "new orders 9/6/05")*

**Percogesic**
**po bid prn**
**x 30 d**

**8-15**

Start Date: 8-15
Stop Date: 9-15
Prescriber: Danborzo     RX #:

**VPA 500 mg.**
**P.O. Bid x 60 days**

Start Date: 9/6/05
Stop Date: 11/6/05
Prescriber: Banerjee     RX #:

**Zantac 150 mg.**
**P.O. Bid x 60 days**

Start Date: 9/6/05
Stop Date: 11/6/05
Prescriber: Banerjee     RX #:

Start Date:
Stop Date:
Prescriber:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | 8 | | W | 1 Discontinued Order |
| | | | | | 2 Refused |
| Housing Unit: Population | | | | R | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Patient ID Number: 226568
Patient Name:
**Brazell, Michael**
Date of Birth:

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: | | | | | 08/05 | | | | | | | | | | |

**Valproic Acid 250MG Cap    120.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533822

**Ranitidine HCl 150MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533828

Percogesic ÷ po
Bid PRN x 30d.

8/15 – 9/15

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/15    Prescriber:
Stop Date: 9/15    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | CDarcia corr | OS | flman | Ch | 1 Discontinued Order |
| Allergies | L.Ewing LPN | LE | S.Snow | SS | 2 Refused |
| | JDauw lpn | JD | | | 3 Patient out of facility |
| Housing Unit: Population | SWaycheff | SW | | | 4 Charted in Error |
| Patient ID Number: 226568 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| **Brazell, Michael** | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

# MEDICATION ADMINISTRATION RECORD

07/01/2005
STDT01

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAP/PHTLX(ACETA-, PHENA-, PHENY 325/30MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS<br>NEEDED FOR 60 DAYS<br>RX: 7424830 FLOYD, N.P., LINDA, NP<br>START - 05/19/2005    STOP - 07/17/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VALPROIC ACID (DEPAKENE) 250MG CAP<br>TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY<br><br>RX: 7533822 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 06/10/2005    STOP - 09/07/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br><br>RX: 7533828 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 06/10/2005    STOP - 09/07/2005 | 4A<br>4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Times Checked by | | Title: | Date |
| PATIENT | | PATIENT CODE | ROOM NO. | BED | FACILITY |
| BRAZELL, MICHAEL | | | | | |

# MEDICATION ADMINISTRATION RECORD
06/01/2005

(EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VALPROIC ACID (DEPAKENE) 250MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY    4a

RX:  7394187 BANERJEE, M.D. (MHM), SREELEKHA    4p
START – 05/13/2005    STOP – 08/10/2005

See new orders 6/9/05

Percogesic II P.O. B;d    4a
Prn  HA x 2ms    4p
5-12-05 – 8-12-05 Dakaug/1h

Depakene 500mg    4A
P.O. Bid x 90 days    4P
6/8/05 – 9/8/05 Banerjee

Zantac 150mg. P.O.    4A
Bid x 90 days    4P
6/8/05 – 9/8/05 Banerjee

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| 'lergies | NO KNOWN DRUG ALLERGY    B-90  A1 | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: _H. Sungata_ | Title: _RN_ | Date _5-22-0_ | |
| PATIENT | | PATIENT CODE | ROOM NO | BED | FACILITY C |
| BRAZELL, MICHAEL | | 'RUPIX | 1 | | EAS |