# MEDICATION ADMINISTRATION RECORD

STDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Tylenol 500/po BID x 7d   5/10/05 – 5/17/05 Darboze*  4a / 4p

*Benzyl Peroxide apply BID x? btt   5/10/05 – 5/17/05 Darby*  4a / 4p

*Depakene 250 mg. P.O. Bid x 90 days   5/11/05 – 8/1/05 Banerjee*  4A / 4P

*Percocet TT po Bid PRN HA x 2mo   5/17/05 → 8/17/05*  4A / 4P

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 5/10/05 | THROUGH 5/31/05 | |
| Physician Darboze | Telephone No | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies NKDA   B-20 | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: |

Date: 5/10/05

PATIENT Brazell, Michael
PATIENT CODE 776568
ROOM NO
BED
FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol ī Gm Q.O. Bid
Prn x 30d.
3-4-05 — 4-4-05  Daily/h

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 4-1-05    THROUGH 4-30-05

Physician Dr Darbaye

Alt Physician

Telephone No.

Alt Telephone

Medical Record No

Allergies NKA

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By H. Livingston | Title RN | Date 3-2 |
|---|---|---|---|---|

PATIENT Brasell Michel

PATIENT CODE

ROOM NO.

BED   FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg X2 po TID
x 7days
3-2-2005 - 3-9-2005 Darlene    4Am 9Am 4pm    *See New Order*

Tylenol 1gm po Bid PRN x 30d.
3/4 - 4/4/05 Darbouze/BB    4a 4p

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-2-2005    THROUGH

Physician Darlene
Alt. Physician

Telephone No
Alt. Telephone

Medical Record No

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked:
By: _____    Title: _____    Date: 3-2-200

PATIENT
BRAzell- Michael    PATIENT CODE    ROOM NO    BED    FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600g i po TID
x 3 d
2/15/05 - 2/8/05 Dabay

4a
9a
4r

---

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | | THROUGH | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No |
| Alt. Physician | | Alt. Telephone | |
| ...ergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked. By: | Title: Date 2/15/05 |

PATIENT  Brazelli, Michael

| PATIENT CODE | ROOM NO. | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

Motrin 600mg + po
TID prn x 14 days          4a
                          9a
2-18-05 / 3-4-05 Darbouze print   4p

Tylenol 500m # p.o. tid      4A
x 7 days                     9A
2/28/05 - 3/7/05 Darbouze    4P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 2-1-05   THROUGH 2-28-05

Physician Darbouze

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKDa

Rehabilitative Potential

Diagnosis

Medicaid Number   Medicare Number

Complete Entries Checked
By M. Mobley   Title: RN   Date: 2-18-0

PATIENT Brazell, Michael

PATIENT CODE 226568

ROOM NO.

BED   FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOTRIN 600mg PO BID
X 10 DAYS
1-21-2005 - 1-31-2005 West la

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 1-1-2005 THROUGH 1-31-2005

Physician West

Alt. Physician

Telephone No

Alt Telephone

Medical Record No

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By:

Date: 1-20-200

PATIENT BRAZell - Michael

PATIENT CODE 226568

ROOM NO. 50

BED FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pen V. K 500mg 1 Po 4a
t.i.d X 10 days   9a
10-26-04 — 11-5-04 Dilmore S/L   4P

H2O2 Rinses B.i.d   4a
X 2 wks
10-26-11-14   Wed 4P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-1-04     THROUGH 11-30-04

Physician    Barbaro

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies   NKA      A25

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: H. Swington | Title: RN | Date 10-27-0 |
|---|---|---|---|---|

PATIENT   Brazell, Micheal

PATIENT CODE   ROOM NO.   BED   FACILITY C

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg ÷ po tid x 3d. 10/26 – 10/29 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg ÷ po tid x10d. 10/26 – 11/5 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H2O2 Rinses Bid x 2wk 10/26 – 11/14 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| | | |
|---|---|---|
| CHARTING FOR Oct. '04 | THROUGH | |
| Physician | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies NKDA | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Contents Entries Checked By. SBush | Title: LPN | Date: 10/26 |
| PATIENT Brazell, Michael | | PATIENT CODE 22...08 | ROOM NO. 000 | BED | FACILITY EC |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_ _____ Date of Request: _2-12-06_

ID # _226568_ _____ Date of Birth: _11-3-84_ Location: _5B-8_

Nature of problem or request: _My face is breaking out real bad, I_
_need something to clear it up. Thanks for your time and_
_patience._

_Michael Brazell_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _2 / 13 / 2006_

Time: _____ AM  PM

Allergies: _____

Scv   ueT

┌────────────────────────────┐
│         RECEIVED           │
│ Date: _2-13-06_            │
│ Time:                      │
│ Receiving Nurse Intials _ℒ_ │
└────────────────────────────┘

**(S)ubjective:**


**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )      No ( )

Was MD/PA on call notified:   Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

| Facility: Alabama Department of Corrections |
|---|

Patient Name: _BRAZIL_ _Millan_
                        Last                              First                    MI

Inmate Number: _226568_     Date of Birth: _11_ / _3_ / _84_ MI
                                                           MM   DD   YYYY

Date of Report: _2_ / _12_ / _2006_     Time Seen: _8 45_   AM (PM) Circle One
                     MM   DD   YYYY

**Subjective:** Chief Complaint(s): _My Face is breaking out Again_

Onset: _Few days_

Brief History: _I have had it before — hydrocortisone cream worked the last time_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _78_  RR: _16_  B/P: _110_ / _70_

Examination Findings: _2 places broke out on Face — No sign of infection_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐  Referral **NOT REQUIRED**

☐  **Referral REQUIRED** due to the following: (Check all that apply) _____
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____
        (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Hydrocortisone cream 1% BID x 10 days_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____ Date for referral: ___/___/___
                                                                                                    MM  DD  YYYY
Referral Type ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time

X _[signature]_                Name: _[printed name]_
    Nurses Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Michael Brazell*          Date of Request: *1/6/06*
ID # *226568*                    Date of Birth: *11-3-84*  Location: *5-B-8*
Nature of problem or request: *Having problems with head-aches, if you*
*can help it will be greatly appreciated, thanks for*
*your time and patience*

*Michael Brazell*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

> RECEIVED
> Date: *1-9-06*
> Time: *11*
> Receiving Nurse Initials _____

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

*See Net*        *1/9/06*

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**Nursing Evaluation Tool:** _____ **General Sick Call**

Facility: _ECF_

Patient Name: _Brazell_ (Last)   _Michael_ (First)

Inmate Number: _226568_   Date of Birth: _11_ MM, _3_ DD, _1984_ YYYY   MI

Date of Report: _1_ MM, _9_ DD, _2006_ YYYY   Time Seen: _9:40_   AM (PM) Circle One

---

**_Subjective:_** Chief Complaint(s): _"Having problems with headaches"_

Onset: _Since he was 12_

Brief History: _He said he was hit the head when he was_
(Continue on back if necessary) _12 years old and I hurts every since then._

☐ Check Here if additional notes on back

**_Objective:_** Vital Signs: (As Indicated) T: _98.6_ P: _68_ RR: _18_ B/P: _120_/_58_

Examination Findings: _Pt states he was on percoogsic's and they ran_
(Continue on back if necessary) _out_

☐ Check Here if additional notes on back

**_Assessment:_** _(Referral Status)_ Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)

  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
  (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List: _Motrin 200mg PO BID x 5days_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. bouze_   Date for referral: _1_/_13_/_2006_ MM DD YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _J. Ivey TRN_   Name: _J. Ivey TRN_
  Nurses Signature      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Michael Brazell _____ Date of Request: _____

ID # 226568 _____ Date of Birth: 11-3-84 _____ Location: 5B-8 _____

Nature of problem or request: I put in a sick call slip @ a few weeks ago about my head aches, I was put in to see the doctor but I havn't seen anyone. Im having severe head aches, I need to see someone A.S.A.P. Thanks for your time and patience. Im also having numbness in my left wrist and fingers, Im Michael Brazell

also having nerve problems. _____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: 12 / 5 / 205
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:        12/5/05            │
│ Receiving Nurse Intials  MP     │
└─────────────────────────────────┘
```

**(S)ubjective:** WAiVeN   Dr App.

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )      No ( )
      Was MD/PA on call notified:   Yes ( )      No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_      Date of Request: _11-10-05_
ID # _226568_      Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _I got a sty on my left eye, need_
_help A.S.A.P._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _11-14-05_
Time: _11:30 A_
Receiving Nurse Intials

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**  _Waiver_
_Refused_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )     No ( )
          Was MD/PA on call notified:    Yes ( )     No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_    Date of Request: _11-14-05_
ID # _226568_    Date of Birth: _11-3-84_  Location: _5B-8_
Nature of problem or request: _Still haveing problems with headaches,_
_need help A.S.A.P Thanks for your time and_
_patience._

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _11-18-05_
Time:
Receiving Nurse Intials _MP_

**(S)ubjective:**

**(O)bjective    (V/S):  T:_____    P:_____    R:_____    BP:_____    WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)


**PHS**

**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Brazell_ Last   _Michael_ First

Inmate Number: _22 6560_    Date of Birth: _11 / 3 /84_ MM DD YYYY MI

Date of Report: _11 / 15 / 05_ MM DD YYYY    Time Seen: _9:20_ AM / PM Circle One

_Subjective:_ Chief Complaint(s): _headaches_

Onset: _chronic_

Brief History: _pt c/o continual chronic headaches due to past_
(Continue on back if necessary)
_traumatic head level injury, pt states Percogesis give_
_relief so requests continual rx_

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _99⁸_  P: _84_  RR: _14_  B/P: _112 / 78_

Examination Findings:
(Continue on back if necessary)

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
  ☐ Instructions to return if condition worsens
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
  (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_     Date for referral: _11 / 21 / 05_ MM DD YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _____     Name: _Sword RN_
Nurses Signature                    Printed


**PHS**

## Nursing Evaluation Tool: **Altered Mental Status**

Facility: Easterling

Patient Name: Brazell    Michael
_____ First

Inmate Number: 226668 Last    Date of Birth: 11 / 3 / 84
_____    MM DD YYYY    MI

Date of Report: 10 / 7 / 05    Time Seen: 9:40    AM /PM Circle One
MM DD YYYY

---

### Altered Mental Status "AEIOU Tips"

A – Alcohol                                                      T – Trauma
E – Electrolytes/Encephalopathy/Endocrinopathy    I – Infection
I – Insulin (too much, too little)                          P – Psychiatric
O – Opiates and other drugs (contact poison control)    S – Seizure/Shock
U – Uremia and other metabolic disorders

---

**Subjective:** Chief Complaint: "I want to kill myself"

Onset: today

History: "I just want to kill myself, and I will harm anybody right now, I drank some cleaner about 3-4 hours ago,  con
(Continue on back if necessary)    ☑ Check Here if additional notes on back

Source of History: ☐ Bystander(s)  ☑ Patient  ☐ Both patient and bystander(s)

**Objective:** Vital Signs: (As Indicated) T: 98.8  P: 92  RR: ____  B/P: 110 / 88  Wt 186
Pox 97

Pulse Ox %: 97 % ☐ Room Air ☐ O2 LPM: _____    Blood Glucose: _____

Airway: ☑ Clear ☐ Partial obstruction
Breathing: ☐ Spontaneous ☑ Normal ☐ Shallow ☐ Irregular
Circulation: ☑ Pulse present ☐ Strong ☐ Weak ☑ Regular ☐ Irregular

Neurologic: (AVPU) ☑ Awake ☐ Responds to Voice ☐ Responds to Pain ☐ Unresponsive
(Check the appropriate highest response level)
    Pupil: ☐ PERRL ☐ Pupils unequal/abnormal:_____

> Repeat Vital Signs and Neurologic checks on Neurological Flow Sheet if indicated.

Initial Glasgow Coma Scale:_____    *See Neurological Flow Sheet for components*

Trauma: ☑ NO ☐ YES (If trauma to the head use C-Spine precautions)
Skin: ☐ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Incurred injuries: ☐ None apparent ☐ Yes_____

☑ Additional Examination: WM A&Ox3 resp even ∴ unlabored claim w/p stated he
(Continue on back if necessary) drank some cleaner but feels better p he threw up    ☑ Check Here if continued on back

**Assessment:** Referral Status)    Preliminary Determination(s): _____
☐ **Referral NOT Required**
    ☐ Normal exam; patient with no risk factors or significant past medical history    _____
    ☐ Hypoglycemia due to short-acting insulin corrected with glucose administration    _____

☑ **Referral Required** due to the following: (Check all that apply)
    ☐ Due to trauma    ☐ Low blood sugar caused by long acting glucose medication
    ☐ Significantly altered level of consciousness    ☐ Abnormal exam findings for this patient
    ☐ At risk patient due to past medical History    ☐ Recurrent Complaint (More than 2 visits)
    ☑ Other (Describe): _____

☐ Check Here if continued on back

**Plan:** Check All That Apply:
    ☐ Protect airway (with C-Spine precaution) and administer oxygen
    ☐ Initiate automatic 24 hour observation with @ least 30 min. checks; V.S. and Neuro checks 15 min. x 4 until stable; then
        check 30 min. x 4/stable; then check 1 hr. x 4/stable; then check every 4 hrs
    ☑ Other: Refer to Dr Nevels. Notified @ 9:55pm seg back
    (Describe)

x _C. Garcia LPN_    Name: _C Garcia LPN_
Nurses Signature    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Michael Brazell     Date of Request: Oct. 3, 05
ID # 226568     Date of Birth: 11-3-84   Location: 5B-15
Nature of problem or request: Im haveing problems with head ache's, if you can help me with my problem it will be greatly appreciated. Thanks for your time and patience.

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

TP 10/10/05

**(S)ubjective:**

**(O)bjective**  (V/S): T: 98.8   P: 76   R: _____   BP: 132/85   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:

**Headache**

Facility: _ECF_
Patient Name: _Brazell    Michael_
　　　　　　　　Last　　　　　　First　　　　　MI
Inmate Number: _22-6568_　　　Date of Birth: _11 / 3 / 18Y_
　　　　　　　　　　　　　　　　　　　　　　　　MM  DD  YYYY
Date of Report: _10 / 4 / 05_　　Time Seen: _9:45_ AM /(PM) Circle One
　　　　　　　　MM  DD  YYYY

**Subjective:** Chief Complaint(s): _headache_

Onset: _1 wk p̄ Peroyesic Rx +_ ☐ New Onset ☐ Sudden ☐ Gradual ☒ Chronic
　　　　　　　　　　　　　　　expired
Activity prior to onset: _none_

History: _pt was struck c̄ baseball bat as a child - results_
(Continue on back if necessary) _in chronic c/o head pain_

Pain Scale: (1-10) _6_　Duration of Pain: _____　Does anything relieve the pain? _peroyesic_
Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☒ Dull/Achy ☐ Other: _____
Location of pain: _all over_　　Radiation: ☒ No Radiation ☐ Radiation to: _____
Associated Symptoms: Nausea ☒ NO ☐ YES　Vomiting ☒ No ☐ Yes (x　　)　☐ Visual Changes ☐ Photophobia ☐
　　　　　　　　　　☐ Dizziness ☐ Sinus Problems ☐ Other:
Worst Headache: ☒ NO ☐ YES　Prior Headache history: ☐ NO ☒ YES _____
History of Head Injury? ☐ NO ☒ YES(if Yes): LOC? ☒ NO ☐ YES　Confusion: ☒ NO ☒ YES ☐ Seizures: ☒ NO ☐ YES
Meds taken: ☐ NO ☒ YES _____　Trauma sustained in altercation with custody staff, or other
　　　　　　　　　　　　　　　　　inmate: ☒ NO ☐ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: _98⁴_　P: _76_　RR: _16_　B/P: _132_ / _88_
General Appearance: ☒ No acute distress ☒ Alert ☒ Oriented x _3_ ☐ Confused ☐ Lethargic
　　　　　　　　　　☐ Irritable / Agitated　☒ Normal facial symmetry ☒ YES ☐ NO:
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy　Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Pupil: ☒ PERRL ☐ Pupils unequal/abnormal: _____
Neck: ☒ Supple with no meningeal signs ☐ Stiff neck
Musculoskeletal: ☒ Symmetric with no weakness ☐ Asymmetric/Weakness: _____
Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☒ NO ☐ YES: _____
☐ Additional Examination: _____
Continue on back if necessary

☐ Check Here if continued on back

**Assessment: (Referral Status)**　**Preliminary Determination(s):** _____
　☐ Referral **NOT** Required
　☒ Referral **Required** due to the following: (Check all that apply)
　　☐ Abnormal Vitals ☐ Visual disturbances ☐ Dizziness ☒ Recurrent Complaint (More than 2 visits)
　　☐ Altered mental status ☐ Unequal pupils ☐ Nausea/vomiting,
　　☐ Recent Head Injury ☐ + Meningeal signs ☐ B/P systolic > 160, diastolic > 95
　　　　**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.　☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____
OTC Medications given ☐ NO ☒ YES (If Yes List): _Tylenol 1gm ☐ po BID x 5d_
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_　Date for referral: _10 / 7 / 05_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____　Time _____
x _____　　　Name: _S. Crawford RN_
　　Nurses Signature　　　　Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

M.A.B.

Print Name: _Michael Brazell_          Date of Request: _8-7-05_
ID # _226568_          Date of Birth: _11-3-84_   Location: _5A-1_
Nature of problem or request: _Having problems with head aches, my_
_medication ran out need to see a docter. Thanks for_
_your time and patience._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8 / 8 / 05_
Time: _0125_   AM PM
Allergies: _NKDA_

```
RECEIVED
Date:  AUG  8 2005
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** "My head has been hurting me."

**(O)bjective** (V/S): T: 122/98.2 /78   P: 76   R: 20   BP: 122/78   WT: 178
A+O x 3, Skin w/o to touch. Resp even & unlabored. Denies
having a H/A at this time. No acute distress noted.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** Tylenol 500mg TT po BID x 7days, See MD

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Gallimore, lpn_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Michael Brazell           Date of Request: July 24, 05
ID # 226568                Date of Birth: 11-3-84  Location: 5A-1
Nature of problem or request: The cell that Im in lights doesn't work and
the darkness is bothering my thoughts, I hate not being able to see.
I've also been depressed and this cell is driving me crazy.
I need someone to talk to, please help me.
P.S. Officers keep messing with me     _Michael Brazell_
and Im having some real bad         Signature
thoughts,

**DO NOT WRITE BELOW THIS LINE**

Date: 7 25 05 PM
Time: _____ AM PM
Allergies: NKA

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** " I just want to see MH & see if they can
get me moved to another cell. "

**(O)bjective (V/S): T:** 984  **P:** 74  **R:** 18  **BP:** 118/80  **WT:** 180

Pt denies any bad thoughts @ this time. States he has
asked for the to move him several times because the light
won't come on & he is "Clostaphobic" anyway.

**(A)ssessment:** Htoys - Should tolerate & keep @ ease.
POT for alt w copy skills

**(P)lan:** Refer to Mental Health

Refer to:   MD/PA  (Mental Health)  Dental  Daily Treatment        Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
                *SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_          Date of Request: _May 24, 05_
ID # _226568_          Date of Birth: _11-3-84_ Location: _5B-20_
Nature of problem or request: _I was assaulted by 2 officers_
_during the assault my neck was injured it's_
_real stiff and I've been having sharp pains._

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/25/05_
Time: _2130_ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: MAY 2 5 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "_in the back of my neck_"
"_Since the 23rd — when an officer jumped on me_"

**(O)bjective** (V/S): T: _99.8_  P: _78_  R: _16_  BP: _108/60_  WT: _185_
AAOX3, skin warm and dry, resp even and unlabored, pt makes ests above statement re: current complaint and area of pain. ROM-WNL, no redness or swelling noted, pt indicates mid-cervical subotrae as location

**(A)ssessment:** pt currently on periogsics - denies relief of current complaint

alt. in comfort

**(P)lan:**
refer to MD

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_    Date of Request: _May, 9, 05_
ID # _226568_    Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _Im haveing headaches and my_
_face keeps breaking out._

                         _Michael Brazell 226368_
                                 Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/10/05_
Time: _2155_ AM PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(P) 5/17/05

**(S)ubjective:** "My Tegretol is out and the headache started again"
"The razor makes my face break out"

**(O)bjective** (V/S): T: 98   P: 80   R: 16   BP: 112/82   WT: 185

AAo x 3 skin warm and dry, multiple acne lesions visible and T'd numerous on cheeks and neck, exp even'l of ulcerated, pt c/o recurring HA - relief c̄ APAP

**(A)ssessment:** alt in skin integrity
alt in comfort

**(P)lan:** Tylenol 500 g ii po BID X 7d
Benzoyl Peroxide X 14 d
Seizure Profile X 6 mos

Refer to: MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                 CIRCLE ONE
Check One: ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
           Was MD/PA on call notified:   Yes ( )   No ( )

                              SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|--|
| 2-28-05 5⁰⁰a | S 'I'm still here' |
| | O - W/M standing in Safe cell A&O x3 sleep for short intervals during nite sits in corog of room from |
| | a MHO. |
| | R. cont to Monitor _____ N. Lyton RN |
| 3-1-05 6:30a | S No Reply |
| | O - W/m lying in safe cell Because up set during night Z correctional officer. |
| | R. cont to monitor _____ H Lyton RN |

INMATE NAME (LAST, FIRST, MIDDLE)
Brazill Micheal

| DOC# | DOB | R/S | FAC. |
|------|-----|-----|------|
| 226528 | 1-3-81 | 1-3-81 | East |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael A. Brazell_    Date of Request: _2-1-05_
ID # _226568_    Date of Birth: _11-3-84_ Location: _HCU_
Nature of problem or request: _Haveing constant head aches from past_
_head injury, also haveing problems with my right_
_hand, thanks for your time and patience._
                              Sincerly
                              _Michael A. Brazell_
                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _3/2/2005_
Time: _915_ AM (PM)
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I have headaches 2 or 3 a month that last for 2 days at a time day + night and then they will go away - I have them from a car accident my head does not hurt anymore but it's kinda soft._

**(O)bjective** (V/S): T: _98_    P: _90_    R: _16_    BP: _110/90_    WT: _Suicide cell_

_Alert- Oreintated X 2 - States he has headaches several times a month and would_
_like Dr to order him something for him maybe for 30 days or longer_

**(A)ssessment:** _he can states motren does not help - He also has soft_
_Alt- Comfort of health tissue of Rt hand - No swelling noted - Soft probably_
_due to healin_

**(P)lan:** _See Dr - Already has tylnol order for 9dAs he is going to try it_
_and see how it works - Then he is be Able to tell Dr if_
_it helps_

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_d. Barber RN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

2-14-05  S No reply
5⁰⁰a  O - W/M lying on mat in safe cell A&OV3 NAD
     A - MHO
     P Cont to monitor       H Syton RN

2/14/05  S - "I need to get a shower".
7PM  O. Pt denies any Suicidal ideations & to mid. Requests
a shower. Continues to have Safe Vest & Safe Mat only.
A&O X3. Answers questions appropriately. Good eye
Contact. Ambulates in Safe Cell as lib. Smiles & talks
T officers & nurses. No visible distress noted.
A - MHO
P. Will cont to observe       RShm

2-15-05  S 'I'm OK'
7am  O - W/M standing in safe cell A&O X3. NAD
     A - MHO
     P. cont to monitor       H Syton R

2-16-2005  4M S I'm OK
     O - A&O - oriented X 3 - Looks out window
     No C/O hurting himself or other
     A - Smile calm    P - Cont to watch flow

2-17-2005  4M S - I'm Alright
     O - A&O - oriented X 3 - Smile gaze on - Vical No
     complaints  A - Smile calm
     P - Cont to watch       flow



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: BRAzell - michAel | D.O.B.: 11 13 184 |
|---|---|---|

2-23-2005 | 4/m -S - No Cavert - LAte he stool I want my Mediei
Q- Alt -Oreintation X 2 - SAFe cell - SAFe Cown - SAFe
B/ANKE - Voices W/O Complants of huty hiurself.
A- Suicide WAtch
P- continue to monitor behavior

2-24-05 | S- O reply.
O- White male alert & oriented X 2 Safe gown
intact to body. O c/o voiced.
A- Alteration in mental status)
P- Continue on suicid watch. ——— S. Anderson LPN

2-24-2005 | 4/m S - Looking at window
O - SAFe c cell - SAFe Cown - No c/o
hurt himself or others — meds given.
A- suicide Watch
P- continue To monitor behavior

2-25-05 | S- O reply.
O- White male, o verbal responses when
spoken to.
A- Alteration in mental status
P- Continue on suicide watch. — S. Anderson Lt.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_    Date of Request: _1-19-05_
ID # _226568_    Date of Birth: _11-3-84_   Location: _5A-19_
Nature of problem or request: _Haveing problem with my wisdom teeth, need to see a dentist._

Signature: _Michael Brazell_

### DO NOT WRITE BELOW THIS LINE

Date: _1 / 20 / 2005_
Time: _3 00_ AM / **PM**
Allergies: _NKA_

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:** RT- Bottom Wisdom Tooth Coming in Thinks it is Abt coming To Pull

**(O)bjective** (V/S): T: _98_   P: _70_   R: _16_   BP: _100/70_   WT:

Alert – oriented x 3 — skin warm dry — no swelling noted Has RT- Lower Wisdom Tooth Coming in Pushing Against other Tooth – Stated

**(A)ssessment:** he was only Antibiotics (an Ago – w/b it Cant on Thur he w/b Suppose to sign up to see it Can be pull Motrin 600 mg 105 ID

**(P)lan:** See Dentist
ACT. Comfort Detox plan
X 10 days /
DR- West / D. Bull
1 dose given 6 P/M 1-20-2005

Refer to:   MD/PA   Mental Health   (**Dental**)   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( X )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_          Date of Request: _2-15-05_
ID # _226568_                    Date of Birth: _11-3-84_ Location: _HCU_
Nature of problem or request: _Constant Headaches, have a problem_
_sleeping_

_Michael Brazell_
Signature _226568_

### DO NOT WRITE BELOW THIS LINE

Date: _2/15/05_
Time: _2015_ (AM) PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"I have been having migraines since I was a kid"_

**(O)bjective** (V/S): T: _98.8_  P: _76_  R: _16_  BP: _124/84_  WT: _unk._
_AAOX3, skin warm/dry, resp. ~~slow~~ even and unlabored_

**(A)ssessment:** _alteration in comfort and sleep_

**(P)lan:** _Motrin 600g 1 po TID X 3d_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:    Yes ( )   No ( )

_2/18/05_

_____ SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Easterling

Date: 6/14/04   Time: 800   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby B80

Date: 6/14/04   Time:    AM/PM

RELEASE FROM:
- [✓] Infirmary
- [ ] Segregation
- [✓] Population
- [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [✓] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA

PHYSICAL EXAMINATION

Date of last exam: 5/27/04

Chest X-Ray Date: ____ Result: ____

PPD Reading: 5/30/04 Omm

Classification: ____

Limitations: ____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | | [ ] | [ ] |
| | | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [✓] |
| Dental Prosthesis | [ ] | [✓] |
| Hearing Aide | [ ] | [✓] |
| Other Prosthesis | [ ] | [✓] |

Receiving Nurse: S Scott LPN

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: _____ | | |

Date: ____ Time: ____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [✓] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

Received by: S Scott LPN
Signature of Receiving Nurse

Date: 6/14/04   Time: 800   AM/PM

DATE: ____ LAST CLINIC: ____

FOLLOW-UP CARE NEEDED

- [ ] Medical   - [ ] Dental
- [ ] Mental Health

Date ____ Time ____ With Whom - - Location (Sending Nurse) ____ Date/Appt. Made w/Whom (Rec. Nurse) ____

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | [✓] |
| Mental Illness | | [✓] |
| Suicide Attempt | | [✓] |
| Chronic Care | | [✓] |

IV use

| STATUS | | |
|---|---|---|
| Special Diet | | [✓] |
| Appearance | [✓] | |

OTHER PERTINENT NURSING ASSESSMENT

Signature of Nurse Completing Assessment (Sending Nurse): Hassell

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | [✓] |
| Lice | | [✓] |
| Edema | | [✓] |
| Warm & Dry | [✓] | |
| Cool & Moist | | [✓] |

| CONDITION | | |
|---|---|---|
| Alert | [✓] | |
| Oriented | [✓] | |
| Uncooperative | | [✓] |
| Depressed | | [✓] |

6/14/04   Signature of Intake Screening Nurse (Receiving Nurse): S Scott LPN   6/14/04

INTAKE

Sick Call Procedures Explained: yes
Height: 5'9"
Weight: 175
Blood Pressure: 100/60
Temperature: 
Pulse Resp: 52-18
Other: ____

INMATE NAME (LAST, FIRST, MIDDLE): Brazell, Michael A.

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 236568 | 11/3/84 | W/M | KCF |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

2-25-2005 S — I'm Down About The Star

O — Alert — Oriented X3 — Talking to Different men

Safe cell — Safe Cound — No Complaints of hurting himself or others

A — Suicide Watch

P — Continue to Monitor _____

2-22-05  S — No Reply
6:00 a   O — lying on Mat in safe cell A+O x3. Up standing in cell at intervals during 11-7

A — M+O

P — cond. to Monitor            J. Lydon RN

2/26/05  S. "can I have my medicine"
Late   9AM  O — W/m ambulatory in Safe Cell. A+O x3.
Entry  C/o feels depressed. Good eye Contact noted.
Request pain medicine for pain in hand. Ø
Injury noted to body upon physical
assessment.
A. Suicide Watch
P — Medication given p.o. no orders. Continue Current
     2f _____ S. McLennan

2/27/05 8AM  S — "I'm alright"
O — W/m ambulatory in Safe cell. Dressed in
gown. A+O x3. C/o Suicidal thoughts. Ø injury
noted to body. Good Eye Contact noted
A — Suicide Watch
P — Continue Current 2f _____ S. McL

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

2-18-05 | S I'm OKay
3ᴬᴹ | O Sleeping most of shift received sandwich meal + milk denies thoughts of suicide @ this time
A Stable
P Continue to monitor - V/P remains up ✓

2/19/05 6A | S - "I Feel a little better."
O - A0x3 WM aroused easily for v.s. Resp even if unlabored. No injury noted. Quiet & cooperative. BP 110/70 68 16 T 97.3 BLVE 90% meal intact A. Alt. coping.
P - Monitor PRN. —————— L. Ewing LPN

2-19-2005 | S - I'm Doin OK
O - Alt - oriented x3. - Safe cell - Safe Conn Watches what is going on - but does not cause any problem. Ask For Modrin tonight. Given - Voices no complaints of hurting himself or other.
A - Suicide Watch
P - Continue To Monitor [signature]

2-20-2005 4PM | S - I'm OK
O - Alt ✓ Safe Conn - Safe cell - Talks To us. Request Medicine For pain given
A - Suicide Watch
P - Continue To Monitor [signature]

2-21-2005 4PM | S - I'm Feeling OK. But I still would like my mom
O - Alt - Oriented x3 - Safe cell - Safe Conn No complaints of of hurting himself or other
A - Suicide Watch
P - Continue To Monitor [signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Bruzell, Michael | D.O.B.: 11 13 84 |
|---|---|---|

12/6/05 1p    S/c C/o Headaches, rash on fingers + itching

N.A.D., x/cd
HEENT: ...
Neuro: intact
skin: dry scaly rash on tips of fingers

M.gr... contact Dermatitis
Rx, - Longovare + Dulin - 1
      - Hydrocort on

1-18-06 6p    WT 190    BP 130/60    P 64    R 18    T 98⁶
S/c headaches

O- clear, ...
HEENT: nl        Neuro: intact
Lymph: ...        ...

Headache

| Date/Time | Inmate's Name: Brazell, Michael | D.O.B.: 11/3/84 |
| --- | --- | --- |

10/00  WT 188   BP 112/80  P 80   R 18   T 97.2

Headaches, Laceration (L) leg 20 wm c̄ Hx of chronic
HA hue today c̄ laceration to left lower leg

Ambulate s̄ Difficulty                    VAlproic Acid
     NAD USS A A O x3                      250 ī̄ B.i.d

     HEENT wnl Emi Pink denies        VA level 6/05
        HA today c/o pain to eyes       83.0 ug/ml
          c̄ HA reports NOU c̄ HA        NKDA
           denies photophobia (+) Phrophobic

        Ext (L) lower leg c̄ 4 cm X ½ cm size
           laceration noted reports occured 5 days
          ago edges non Approximated c̄ redness
            noted around area (−) active bleeding
             Exudate noted

A  Migraine HA
   laceration to (L) lower leg

P  Tx call clean area c̄ soap and H2O
   Apply TAO to area c̄ large BandAid to area
     daily X 1 week
   Stadol Reflex 500 mg ī po B.i.d X 10 days
   inderal 20 mg ī po BID X 30 days
   Procozesic ī po BID PRN X 1 month.
   BP ī P ✓ a.i.d X 1 week
   Compliance to All Rx
   Safety   RTC PRN        Hazelann

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

3/4/05  Wt. 180    B/P 118/80  P-78  R16  T 98

S  S/C  N/A  Headache eased by Tylenol or Motrin — w/o
Hed. syncope dizzy, chillwood — No visual disorder, neck
stiffness, fever/chills, photophobia, weakness, ear-ache

O:  Nd# vss
      present —
      lungs c/t/a              pharynx —
      skin: intact

Asses  Headache
      Plan, Tylenol 1gm P.O. BID PRN x 300 days,
      follow up PRN.

5/17/05  S/C headache
S/    Wt 196    BP 110/80  P 88  R 18  T 98°
O    20 wm c c/o as above c Hx of head trauma as child d
      denies n/v or photophobia report Phonophobia
      c HA pain ↑ pain last 2-3 days x ao week
      reports taking Tylenol c relief  ⊘ N.D.A
           NAD  USS  AAOx3  Ambulates c Difficulty
           Neuro intact  Skin intact c small isolated
           HEENT wnl Eoni Perla  healing acne ashd
A   Migraine HA's 2° to old trauma
P/   Percogesic II po BID PRN X 2 months for HA pain
     ↑ Safety, compliance to meds
        ↑ Fluids
        RTC PRN
                            Harlan

PHS
PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

**Date/Time** | **Inmate's Name:** Brazell Michael | **D.O.B.:** 11/3 84

| Date/Time | Notes |
|---|---|
| 6/14/04 | W/m recd at Easterling. Food service |
| | worker cleared. — JScott |
| 2-18-05 2p | WT- |
| S | (R) hand Injury - pain/swelling R hand after injury [illegible] while doing push up on his fist |
| | 3 days ago |
| O | R hand : no erythema/edema, mild deformity |
| | over the 4th Metacarpophalangeal joint - with some |
| | tenderness extending to the proximal phalanx. |
| | ROM slightly ↓ |
| A/P | Injury R hand (4th Metacarpal and proximal phalanx) |
| | Rx: no heavy use of R hand |
| | - Motrin [illegible] |
| | - X ray R hand then F/u [signature] |
| S | [illegible] injury R hand. |
| O | R hand : [illegible] |
| | X ray : normal - no fracture/dislocation. |
| A/P | [illegible] injury R hand - [illegible] |
| | Rx : [illegible] ROM [illegible] [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Brazell Michael D.O.B.: 11/3/84 |
|---|---|
| 6/10/05 | S/C |
| S | I/p from [illegible] pt c/o Neck pain |
| | pt states to be fine now and denies any pain on |
| | ↓ ROM of his neck |
| O | NAD |
| | c spine non tender |
| | ROM full, no pain. |
| | [illegible] : intact |
| A | Neck pain - resolved |
| P | Rx: Mx [illegible] |
| | [signature] |
| 8/15/05 12P | WT-191 BP 110/80 P 92 R 18 T 99.8 |
| | S/C headaches |
| S | 21 y/o c/o headache with no n/v, photophobia, neck stiffness, weakness - these symptoms were controlled with [illegible] |
| O | NAD, VSS |
| | [illegible]: ✓ [illegible] : intact |
| A | Headache |
| P | Rx: [illegible] x 30 days 7 |
| | RTC PRN |
| | [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

| | | | Date/Time | Inmate's Name: | | | | | | | D.O.B.: / / | Date/Time |

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: <br> D.O.B. / / <br> ALLERGIES: <br> Use Last Date / / | DIAGNOSIS (If Chg'd) <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: <br> D.O.B. / / <br> ALLERGIES: <br> Use Fourth Date / / | DIAGNOSIS (If Chg'd) <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: <br> D.O.B. / / <br> ALLERGIES: <br> Use Third Date / / | DIAGNOSIS (If Chg'd) <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: <br> D.O.B. / / <br> ALLERGIES: <br> Use Second Date / / | DIAGNOSIS (If Chg'd) <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazill Michael <br> noted R.Evans 1/18/06 1240 pm <br> D.O.B. 1/1 3/ 84 <br> ALLERGIES: NKDA <br> Use First Date 1/18/06 | DIAGNOSIS Headache <br> Percogesic ii po BID PRN x 60 days > <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Brazell Michael 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Noted [illegible]<br>Use Last Date 1/1/06 | DIAGNOSIS (If Chg'd)<br>Inderal 20mg po bid x 90 d<br>V.O. Dr Banerjee / [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [illegible] 1/3/06 |
| NAME: Brazell Michael 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>noted [illegible] 12/6/05 10 pm<br>Use Fourth Date 12/6/05 | DIAGNOSIS (If Chg'd) Headache, contact dermatitis<br>Fiorinal [illegible] ii to BID PRN x 30 days<br>Hydrocortisone cr BID x 5 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [illegible] |
| NAME: BRAZELL, MICHAEL 226568<br>noted 11/9/05 [illegible] LPN<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Third Date 11/9/05 | DIAGNOSIS (If Chg'd) Bipolar D/O (IN remission)<br>D/C Depakene (I/M med non-compliant)<br>D/C Zantac (I/M refusing meds).<br>SBanerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell, Michael 226568<br>noted 11/1/05 [illegible] LPN<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Second Date 11/1/05 | DIAGNOSIS (If Chg'd) R/O Bipolar D/O<br>Depakene 500mg. P.O. Bid x 14 days<br>Zantac 150 mg. P.O. Bid<br>V.O. DR. Banerjee / [illegible] LPN<br>SBanerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell Michael 226568<br>noted [illegible] 10/11/05 1050<br>D.O.B. 1/3/84<br>ALLERGIES: [illegible]<br>Use First Date 10/11/05 | DIAGNOSIS<br>Dc keflox<br>↓ Inderal to 20mg [illegible] BID x 90 days<br>BP + P QD x 3 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [illegible] |

MEDICAL RECORDS COPY

60110 (4/03)

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Brazell Michael 226568 noted<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Last Date 10/12/05 | DIAGNOSIS (If Chg'd)<br>Keflex 500mg T po BID X 10 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED Hay Care |
| NAME: Brazell Michael 226568 noted<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Fourth Date 10/10/05 | DIAGNOSIS (If Chg'd) Laceration to Ⓛ leg, Migraine HA<br>Inderal 20mg T po tid X 90 days<br>Percogesic II po BID PRN X 1 month.<br>Tx call X 1 week Clean Ⓛ leg c Soap/H2O Dry, Apply TAO and cover c<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED Hay Care Bipolar |
| NAME: Brazell, Michael 226568 noted 9/6/05 R Flowers, LPN<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Third Date 9/6/05 | DIAGNOSIS (If Chg'd) R/O Bipolar D/O<br>Depakene 500mg, P.O. Bid<br>Zantac 150mg, P.O. Bid<br>X 60 days<br>V.O. Dr. Banerjee / R Flowers, LPN<br>S Banerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell Michael noted 8/15/05<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Second Date 8/15/05 | DIAGNOSIS (If Chg'd) Headache<br>Percogesic II po BID PRN X 30 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell Michael # 226568 noted 8/13/05<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use First Date 8/13/05 | DIAGNOSIS<br>PPD for Arg<br>V.O. Dr. Darbouze / [signature]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME: BRAZELL, MICHAEL 226568
noted 6/8/05 R Flowers LPN
D.O.B. 11/3/84
ALLERGIES: NKDA
Use Last Date 6/8/05

DIAGNOSIS (If Chg'd) R/o Bipolar D/O; Impulsive Control D/O
Δ Depakene 500 mg. po. bid } x 90 days
Zantac 150 mg. po. bid
VPA level in three weeks.
S Banerjee, MD.
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Brazell Michael 226568
D.O.B. 11/3/84
ALLERGIES: NKDA
5/17/05
Use Fourth Date 5/17/05

DIAGNOSIS (If Chg'd)
Percocet II po BID PRN x 2 months for HA
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: BRAZELL, MICHAEL A.
noted 5/11/05 R Flowers LPN ① ②
D.O.B. 11/3/84
ALLERGIES: NKDA
5/11/05
Use Third Date ~~3/8/05~~

DIAGNOSIS (If Chg'd) R/O Bipolar D/O; Impulsive Control D/O
Depakene 250 mg. po. bid x 90 days.
LFT'S (liver function tests) CBC ~~in~~ VPA in 10 days. (5-21-05) S Banerjee, MD.
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Brazell Michael
D.O.B. 11/3/84
ALLERGIES: NKDA
noted 3/4/05 1145
Use Second Date 3/4/05

DIAGNOSIS (If Chg'd) Headache
Tylenol 1g Po BID PRN x 30 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Brazell Michael 226568
D.O.B. 11/3/84
ALLERGIES: NKDA
noted L Ewin 2/28/05 245
Use First Date 2/28/05

DIAGNOSIS Soft tissue Injury R hand
Dr. M[illegible]
Tylenol 500 mg ii Po TID PRN x 7 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY

PHS
PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: BRAXELL, MICHAEL 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKDA<br>Use Last Date 2/23/05 | DIAGNOSIS (If Chg'd)<br>Im still voicing suicidal thoughts. Will continue suicide watch for Im's safety. Suicide smock, suicide mattress, suicide blanket. No sharp objects. Lunch as per DOC protocol.<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>S Banerjee, MD |
| NAME: Brazell Michael #226568<br>D.O.B. 1/13/84<br>ALLERGIES: NKA<br>noted [illegible] 2-18-05<br>Use Fourth Date 2/18/05 | DIAGNOSIS (If Chg'd) Injury R hand<br>Motrin 600mg ÷ po TID Prn X 14 days<br>X Ray R hand<br>F/u after X Ray report<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>[illegible] |
| NAME: BRAXELL, MICHAEL 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKA<br>Use Third Date 2/16/05 | DIAGNOSIS (If Chg'd)<br>Im expressing suicidal thoughts. For Im's safety, will continue suicide watch.<br>S Banerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell – Michael<br>D.O.B. / /<br>ALLERGIES: 226568<br>Noted [illegible] 1-20-2005 930<br>Use Second Date 1/20/2005 | DIAGNOSIS (If Chg'd)<br>MOTRIN 600mg PO BID X 10 days / Dr West / D. [illegible]<br>[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Brazell, Michael 226568<br>D.O.B. 11/3/84<br>ALLERGIES: NKA<br>noted SB 10/26/04<br>Use First Date 10/26/04 | DIAGNOSIS<br>Motrin 600 mg ÷ po tid X 3 day<br>PenVK 500 mg ÷ po tid X10 days<br>H2O2 Rinses Bid X 2 weeks<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>[illegible] |

MEDICAL RECORDS COPY