IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-1130-WKW |
| | ) (WO) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| Defendants. | ) |

### **ORDER**

On April 3, 2006, the Magistrate Judge filed a Recommendation (Doc. # 38) in this case, finding that the plaintiff's claims are due to be dismissed due to failure to prosecute, abandonment of claims and failure to comply with orders of the court. No objections to the Recommendation were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE