IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN BRAZELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-1130-WKW |
| | ) (WO) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. All claims are hereby DISMISSED without prejudice, each party to bear its own costs.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 1st day of May, 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE